**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorney for Defendants Fadi Elias,*
*Jennifer Pope, and Classic Motors, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>**DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action Filed: September 22, 2025<br>Trial Date:    N/A |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendants FADI ELIAS, JENNIFER POPE, and CLASSIC MOTORS, INC. (collectively, "Classic Motors Defendants"), answer the Complaint of Plaintiff. If an averment is not specifically admitted, it is hereby denied

/ / /

/ / /

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

# ANSWER TO COMPLAINT

1.     Answering Paragraph 1, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2.     Answering Paragraph 2, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3.     Answering Paragraph 3, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 3 further contains legal conclusions and argument as to which no response is required.

4.     Answering Paragraph 4, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 4 further contains legal conclusions and argument as to which no response is required.

5.     Answering Paragraph 5, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6.     Answering Paragraph 6, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 6 further contains legal conclusions and argument as to which no response is required.

    a)  [ADMIT?]

7.     Answering Paragraph 7, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1   allegations contained therein and on that basis deny such allegations. Paragraph 7

2   further contains legal conclusions and argument as to which no response is required.

3          a)  [ADMIT?]

4          8.      Answering Paragraph 8, Classic Motors Defendants lack sufficient

5   knowledge or information to form a belief concerning the truth of the factual

6   allegations contained therein and on that basis deny such allegations. Paragraph 8

7   further contains legal conclusions and argument as to which no response is required.

8          a)  [ADMIT?]

9          9.      Answering Paragraph 9, Classic Motors Defendants lack sufficient

10  knowledge or information to form a belief concerning the truth of the factual

11  allegations contained therein and on that basis deny such allegations. Paragraph 9

12  further contains legal conclusions and argument as to which no response is required.

13         10.     Answering Paragraph 10, Classic Motors Defendants lack sufficient

14  knowledge or information to form a belief concerning the truth of the factual

15  allegations contained therein and on that basis deny such allegations. Paragraph 10

16  further contains legal conclusions and argument as to which no response is required.

17         11.     Answering Paragraph 11, Classic Motors Defendants admit that this

18  Court has jurisdiction. Except as expressly admitted herein, Classic Motors

19  Defendants deny each and every allegation contained therein.

20         12.     Answering Paragraph 12, Classic Motors Defendants admit that this

21  Court has jurisdiction. Except as expressly admitted herein, Classic Motors

22  Defendants deny each and every allegation contained therein.

23         13.     Answering Paragraph 13, Classic Motors Defendants admit that venue is

24  proper in this Court. Except as expressly admitted herein, Classic Motors Defendants

25  deny each and every allegation contained therein.

26         14.     Answering Paragraph 14, Classic Motors Defendants lack sufficient

27  knowledge or information to form a belief concerning the truth of the factual

28  allegations contained therein and on that basis deny such allegations. Paragraph 14

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO
COMPLAINT; DEMAND FOR JURY TRIAL

further contains legal conclusions and argument as to which no response is required.

15.    Answering Paragraph 15, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16.    Answering Paragraph 16, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17.    Answering Paragraph 17, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18.    Answering Paragraph 18, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19.    Answering Paragraph 19, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20.    Answering Paragraph 20, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21.    Answering Paragraph 21, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 21

1  further contains legal conclusions and argument as to which no response is required.

2      22.      Answering Paragraph 22, Classic Motors Defendants lack sufficient

3  knowledge or information to form a belief concerning the truth of the factual

4  allegations contained therein and on that basis deny such allegations. Paragraph 22

5  further contains legal conclusions and argument as to which no response is required.

6      23.      Answering Paragraph 23, Classic Motors Defendants lack sufficient

7  knowledge or information to form a belief concerning the truth of the factual

8  allegations contained therein and on that basis deny such allegations. Paragraph 23

9  further contains legal conclusions and argument as to which no response is required.

10      24.      Answering Paragraph 24, Classic Motors Defendants lack sufficient

11  knowledge or information to form a belief concerning the truth of the factual

12  allegations contained therein and on that basis deny such allegations. Paragraph 24

13  further contains legal conclusions and argument as to which no response is required.

14      25.      Answering Paragraph 25, Classic Motors Defendants lack sufficient

15  knowledge or information to form a belief concerning the truth of the factual

16  allegations contained therein and on that basis deny such allegations. Paragraph 25

17  further contains legal conclusions and argument as to which no response is required.

18      26.      Answering Paragraph 26, Classic Motors Defendants lack sufficient

19  knowledge or information to form a belief concerning the truth of the factual

20  allegations contained therein and on that basis deny such allegations. Paragraph 26

21  further contains legal conclusions and argument as to which no response is required.

22      27.      Answering Paragraph 27, Classic Motors Defendants lack sufficient

23  knowledge or information to form a belief concerning the truth of the factual

24  allegations contained therein and on that basis deny such allegations. Paragraph 27

25  further contains legal conclusions and argument as to which no response is required.

26      28.      Answering Paragraph 28, Classic Motors Defendants lack sufficient

27  knowledge or information to form a belief concerning the truth of the factual

28  allegations contained therein and on that basis deny such allegations. Paragraph 28

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

further contains legal conclusions and argument as to which no response is required.

29.    Answering Paragraph 29, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30.    Answering Paragraph 30, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31.    Answering Paragraph 31, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32.    Answering Paragraph 32, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33.    Answering Paragraph 33, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34.    Answering Paragraph 34, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35.    Answering Paragraph 35, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 35

further contains legal conclusions and argument as to which no response is required.

36.    Answering Paragraph 36, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37.    Answering Paragraph 37, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38.    Answering Paragraph 38, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39.    Answering Paragraph 39, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40.    Answering Paragraph 40, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41.    Answering Paragraph 41, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42.    Answering Paragraph 42, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 42

further contains legal conclusions and argument as to which no response is required.

43.    Answering Paragraph 43, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44.    Answering Paragraph 44, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45.    Answering Paragraph 45, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46.    Answering Paragraph 46, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47.    Answering Paragraph 47, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48.    Answering Paragraph 48, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49.    Answering Paragraph 49, Classic Motors Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations. Paragraph 49

1    further contains legal conclusions and argument as to which no response is required.

2          50.    Answering Paragraph 50, Classic Motors Defendants lack sufficient

3    knowledge or information to form a belief concerning the truth of the factual

4    allegations contained therein and on that basis deny such allegations. Paragraph 50

5    further contains legal conclusions and argument as to which no response is required.

6          51.    Answering Paragraph 51, Classic Motors Defendants lack sufficient

7    knowledge or information to form a belief concerning the truth of the factual

8    allegations contained therein and on that basis deny such allegations. Paragraph 51

9    further contains legal conclusions and argument as to which no response is required.

10         52.    Answering Paragraph 52, Classic Motors Defendants lack sufficient

11   knowledge or information to form a belief concerning the truth of the factual

12   allegations contained therein and on that basis deny such allegations. Paragraph 52

13   further contains legal conclusions and argument as to which no response is required.

14         53.    Answering Paragraph 53, Classic Motors Defendants lack sufficient

15   knowledge or information to form a belief concerning the truth of the factual

16   allegations contained therein and on that basis deny such allegations. Paragraph 53

17   further contains legal conclusions and argument as to which no response is required.

18         54.    Answering Paragraph 54, Classic Motors Defendants lack sufficient

19   knowledge or information to form a belief concerning the truth of the factual

20   allegations contained therein and on that basis deny such allegations. Paragraph 54

21   further contains legal conclusions and argument as to which no response is required.

22         55.    Answering Paragraph 55, Classic Motors Defendants lack sufficient

23   knowledge or information to form a belief concerning the truth of the factual

24   allegations contained therein and on that basis deny such allegations. Paragraph 55

25   further contains legal conclusions and argument as to which no response is required.

26         56.    Answering Paragraph 56, Classic Motors Defendants lack sufficient

27   knowledge or information to form a belief concerning the truth of the factual

28   allegations contained therein and on that basis deny such allegations. Paragraph 56

1  further contains legal conclusions and argument as to which no response is required.

2      57.    Answering Paragraph 57, Classic Motors Defendants lack sufficient

3  knowledge or information to form a belief concerning the truth of the factual

4  allegations contained therein and on that basis deny such allegations. Paragraph 57

5  further contains legal conclusions and argument as to which no response is required.

6      58.    Answering Paragraph 58, Classic Motors Defendants lack sufficient

7  knowledge or information to form a belief concerning the truth of the factual

8  allegations contained therein and on that basis deny such allegations. Paragraph 58

9  further contains legal conclusions and argument as to which no response is required.

10     59.    Answering Paragraph 59, Classic Motors Defendants lack sufficient

11  knowledge or information to form a belief concerning the truth of the factual

12  allegations contained therein and on that basis deny such allegations. Paragraph 59

13  further contains legal conclusions and argument as to which no response is required.

14     60.    Answering Paragraph 60, Classic Motors Defendants lack sufficient

15  knowledge or information to form a belief concerning the truth of the factual

16  allegations contained therein and on that basis deny such allegations. Paragraph 60

17  further contains legal conclusions and argument as to which no response is required.

18     61.    Answering Paragraph 61, Classic Motors Defendants lack sufficient

19  knowledge or information to form a belief concerning the truth of the factual

20  allegations contained therein and on that basis deny such allegations. Paragraph 61

21  further contains legal conclusions and argument as to which no response is required.

22     62.    Answering Paragraph 62, Classic Motors Defendants lack sufficient

23  knowledge or information to form a belief concerning the truth of the factual

24  allegations contained therein and on that basis deny such allegations. Paragraph 62

25  further contains legal conclusions and argument as to which no response is required.

26     63.    Answering Paragraph 63, Classic Motors Defendants lack sufficient

27  knowledge or information to form a belief concerning the truth of the factual

28  allegations contained therein and on that basis deny such allegations. Paragraph 63

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1  further contains legal conclusions and argument as to which no response is required.

2      64.    Answering Paragraph 64, Classic Motors Defendants lack sufficient

3  knowledge or information to form a belief concerning the truth of the factual

4  allegations contained therein and on that basis deny such allegations. Paragraph 64

5  further contains legal conclusions and argument as to which no response is required.

6      65.    Answering Paragraph 65, Classic Motors Defendants lack sufficient

7  knowledge or information to form a belief concerning the truth of the factual

8  allegations contained therein and on that basis deny such allegations. Paragraph 65

9  further contains legal conclusions and argument as to which no response is required.

10      66.    Answering Paragraph 66, Classic Motors Defendants lack sufficient

11  knowledge or information to form a belief concerning the truth of the factual

12  allegations contained therein and on that basis deny such allegations. Paragraph 66

13  further contains legal conclusions and argument as to which no response is required.

14      67.    Answering Paragraph 67, Classic Motors Defendants lack sufficient

15  knowledge or information to form a belief concerning the truth of the factual

16  allegations contained therein and on that basis deny such allegations. Paragraph 67

17  further contains legal conclusions and argument as to which no response is required.

18      68.    Answering Paragraph 68, Classic Motors Defendants lack sufficient

19  knowledge or information to form a belief concerning the truth of the factual

20  allegations contained therein and on that basis deny such allegations. Paragraph 68

21  further contains legal conclusions and argument as to which no response is required.

22      69.    Answering Paragraph 69, Classic Motors Defendants lack sufficient

23  knowledge or information to form a belief concerning the truth of the factual

24  allegations contained therein and on that basis deny such allegations. Paragraph 69

25  further contains legal conclusions and argument as to which no response is required.

26      70.    Answering Paragraph 70, Classic Motors Defendants lack sufficient

27  knowledge or information to form a belief concerning the truth of the factual

28  allegations contained therein and on that basis deny such allegations. Paragraph 70

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1    further contains legal conclusions and argument as to which no response is required.

2        71.    Answering Paragraph 71, Classic Motors Defendants lack sufficient
3    knowledge or information to form a belief concerning the truth of the factual
4    allegations contained therein and on that basis deny such allegations. Paragraph 71
5    further contains legal conclusions and argument as to which no response is required.

6        72.    Answering Paragraph 72, Classic Motors Defendants lack sufficient
7    knowledge or information to form a belief concerning the truth of the factual
8    allegations contained therein and on that basis deny such allegations. Paragraph 72
9    further contains legal conclusions and argument as to which no response is required.

10        73.    Answering Paragraph 73, Classic Motors Defendants lack sufficient
11    knowledge or information to form a belief concerning the truth of the factual
12    allegations contained therein and on that basis deny such allegations. Paragraph 73
13    further contains legal conclusions and argument as to which no response is required.

14        74.    Answering Paragraph 74, Classic Motors Defendants lack sufficient
15    knowledge or information to form a belief concerning the truth of the factual
16    allegations contained therein and on that basis deny such allegations. Paragraph 74
17    further contains legal conclusions and argument as to which no response is required.

18        75.    Answering Paragraph 75, Classic Motors Defendants lack sufficient
19    knowledge or information to form a belief concerning the truth of the factual
20    allegations contained therein and on that basis deny such allegations. Paragraph 75
21    further contains legal conclusions and argument as to which no response is required.

22        76.    Answering Paragraph 76, Classic Motors Defendants lack sufficient
23    knowledge or information to form a belief concerning the truth of the factual
24    allegations contained therein and on that basis deny such allegations. Paragraph 76
25    further contains legal conclusions and argument as to which no response is required.

26        77.    Answering Paragraph 77, Classic Motors Defendants lack sufficient
27    knowledge or information to form a belief concerning the truth of the factual
28    allegations contained therein and on that basis deny such allegations. Paragraph 77

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO
COMPLAINT; DEMAND FOR JURY TRIAL

1  further contains legal conclusions and argument as to which no response is required.

2      78.    Answering Paragraph 78, Classic Motors Defendants lack sufficient

3  knowledge or information to form a belief concerning the truth of the factual

4  allegations contained therein and on that basis deny such allegations. Paragraph 78

5  further contains legal conclusions and argument as to which no response is required.

6      79.    Answering Paragraph 79, Classic Motors Defendants lack sufficient

7  knowledge or information to form a belief concerning the truth of the factual

8  allegations contained therein and on that basis deny such allegations. Paragraph 79

9  further contains legal conclusions and argument as to which no response is required.

10     80.    Answering Paragraph 80, Classic Motors Defendants lack sufficient

11  knowledge or information to form a belief concerning the truth of the factual

12  allegations contained therein and on that basis deny such allegations. Paragraph 80

13  further contains legal conclusions and argument as to which no response is required.

14     81.    Answering Paragraph 81, Classic Motors Defendants lack sufficient

15  knowledge or information to form a belief concerning the truth of the factual

16  allegations contained therein and on that basis deny such allegations. Paragraph 81

17  further contains legal conclusions and argument as to which no response is required.

18     82.    Answering Paragraph 82, Classic Motors Defendants lack sufficient

19  knowledge or information to form a belief concerning the truth of the factual

20  allegations contained therein and on that basis deny such allegations. Paragraph 82

21  further contains legal conclusions and argument as to which no response is required.

22     83.    Answering Paragraph 83, Classic Motors Defendants lack sufficient

23  knowledge or information to form a belief concerning the truth of the factual

24  allegations contained therein and on that basis deny such allegations. Paragraph 83

25  further contains legal conclusions and argument as to which no response is required.

26     84.    Answering Paragraph 84, Classic Motors Defendants lack sufficient

27  knowledge or information to form a belief concerning the truth of the factual

28  allegations contained therein and on that basis deny such allegations. Paragraph 84

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1  further contains legal conclusions and argument as to which no response is required.

2      85.    Answering Paragraph 85, Classic Motors Defendants lack sufficient

3  knowledge or information to form a belief concerning the truth of the factual

4  allegations contained therein and on that basis deny such allegations. Paragraph 85

5  further contains legal conclusions and argument as to which no response is required.

6      86.    Answering Paragraph 86, Classic Motors Defendants lack sufficient

7  knowledge or information to form a belief concerning the truth of the factual

8  allegations contained therein and on that basis deny such allegations. Paragraph 86

9  further contains legal conclusions and argument as to which no response is required.

10      87.    Answering Paragraph 87, Classic Motors Defendants lack sufficient

11  knowledge or information to form a belief concerning the truth of the factual

12  allegations contained therein and on that basis deny such allegations. Paragraph 87

13  further contains legal conclusions and argument as to which no response is required.

14      88.    Answering Paragraph 88, Classic Motors Defendants lack sufficient

15  knowledge or information to form a belief concerning the truth of the factual

16  allegations contained therein and on that basis deny such allegations. Paragraph 88

17  further contains legal conclusions and argument as to which no response is required.

18      89.    Answering Paragraph 89, Classic Motors Defendants lack sufficient

19  knowledge or information to form a belief concerning the truth of the factual

20  allegations contained therein and on that basis deny such allegations. Paragraph 89

21  further contains legal conclusions and argument as to which no response is required.

22      90.    Answering Paragraph 90, Classic Motors Defendants lack sufficient

23  knowledge or information to form a belief concerning the truth of the factual

24  allegations contained therein and on that basis deny such allegations. Paragraph 90

25  further contains legal conclusions and argument as to which no response is required.

26      91.    Answering Paragraph 91, Classic Motors Defendants lack sufficient

27  knowledge or information to form a belief concerning the truth of the factual

28  allegations contained therein and on that basis deny such allegations. Paragraph 91

1    further contains legal conclusions and argument as to which no response is required.

2         92.    Answering Paragraph 92, Classic Motors Defendants lack sufficient

3    knowledge or information to form a belief concerning the truth of the factual

4    allegations contained therein and on that basis deny such allegations. Paragraph 92

5    further contains legal conclusions and argument as to which no response is required.

6         93.    Answering Paragraph 93, Classic Motors Defendants lack sufficient

7    knowledge or information to form a belief concerning the truth of the factual

8    allegations contained therein and on that basis deny such allegations. Paragraph 93

9    further contains legal conclusions and argument as to which no response is required.

10         94.    Answering Paragraph 94, Classic Motors Defendants lack sufficient

11    knowledge or information to form a belief concerning the truth of the factual

12    allegations contained therein and on that basis deny such allegations. Paragraph 94

13    further contains legal conclusions and argument as to which no response is required.

14    **AFFIRMATIVE DEFENSES**

15        Classic Motors Defendants plead the following separate defenses. Classic

16    Motors Defendants reserve the right to assert additional affirmative defenses that

17    discovery indicates are proper.

18    **FIRST AFFIRMATIVE DEFENSE**

19    **(Failure to State a Claim)**

20        1.    As a separate and first affirmative defense to the Complaint, and to the

21    purported causes of action set forth therein, Classic Motors Defendants allege that the

22    Complaint fails to state facts sufficient to constitute a cause of action.

23    **SECOND AFFIRMATIVE DEFENSE**

24    **(Assumption of Risk)**

25        2.    As a separate and second affirmative defense to the Complaint and each

26    purported cause of action contained therein, Classic Motors Defendants allege that

27    Plaintiff, and/or the persons and/or entities acting on Plaintiff's behalf, assumed the

28    risk of all conduct of the Plaintiff or its agents.

## THIRD AFFIRMATIVE DEFENSE

### (Comparative Fault)

3.    As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Classic Motors Defendants allege that Plaintiff's damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Complaint by the Plaintiff, and Plaintiff's agents, employees, representatives, relatives, heirs, assigns, attorneys, and/or any others acting on Plaintiff's behalf, and/or other defendants to this action or nonparties. By reason thereof, Plaintiff is not entitled to damages or any other relief whatsoever as against Classic Motors Defendants.

## FOURTH AFFIRMATIVE DEFENSE

### (Estoppel)

4.    As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Classic Motors Defendants allege that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of estoppel.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

5.    As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Classic Motors Defendants allege that Plaintiff's claims, if any, are barred for Plaintiff's failure, and/or the failure of the persons and/or entities acting on Plaintiff's behalf, to mitigate any purported damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Intervening and Superseding Cause)

6.    As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Classic Motors Defendants allege that if Plaintiff suffered or sustained any loss, damage or injury as alleged in the Complaint,

16

1    such loss, damage or injury was legally caused or contributed to by the negligence or

2    wrongful conduct of other parties, persons or entities, and that their negligence or

3    wrongful conduct was an intervening and superseding cause of the loss, damage or

4    injury of which Plaintiff complains.

5    **SEVENTH AFFIRMATIVE DEFENSE**

6    **(No Malicious Intent)**

7           7.     As a separate and seventh affirmative defense to the Complaint and each

8    purported cause of action contained therein, Classic Motors Defendants allege that

9    they did not act with malicious intent to cause any injury and therefore are not liable.

10    **EIGHTH AFFIRMATIVE DEFENSE**

11    **(Proximate Cause – Other Persons)**

12           8.     As a separate and eighth affirmative defense to the Complaint and each

13    purported cause of action contained therein, Classic Motors Defendants allege that

14    the damages alleged to have been suffered by Plaintiff in the Complaint were

15    proximately caused or contributed to by acts or failures to act of persons other than

16    Classic Motors Defendants, which acts or failures to act constitute an intervening and

17    superseding cause of the damages alleged in the Complaint.

18    **NINTH AFFIRMATIVE DEFENSE**

19    **(Unclean Hands)**

20           9.     As a separate and ninth affirmative defense to the Complaint and each

21    purported cause of action contained therein, Classic Motors Defendants allege that

22    Plaintiff is barred in whole or in part from prosecuting the purported causes of action

23    set forth in the Complaint by the doctrine of unclean hands.

24    **TENTH AFFIRMATIVE DEFENSE**

25    **(Waiver and Estoppel)**

26           10.     As a separate and tenth affirmative defense to the Complaint and each

27    purported cause of action contained therein, Classic Motors Defendants allege that as

28    a result of its own acts and/or omissions, Plaintiff has waived any right which it may

17

have had to recover, and/or are estopped from recovering, any relief sought against Classic Motors Defendants.

## **ELEVENTH AFFIRMATIVE DEFENSE**

### **(Fraudulent Inducement by Others)**

11.    As a separate and eleventh affirmative defense to the Complaint and each purported cause of action contained therein, Classic Motors Defendants allege that some or all of the alleged conduct by Classic Motors Defendants that is alleged to be improper or to constitute wrongdoing, if it occurred, was induced through fraudulent means both other defendants to this action and/or by nonparties, such that Classic Motors Defendants are not liable, and Plaintiff is not entitled to recover anything from Classic Motors Defendants.

## **TWELFTH AFFIRMATIVE DEFENSE**

### **(Misrepresentation and Concealment by Others)**

12.    As a separate and twelfth affirmative defense to the Complaint and each purported cause of action contained therein, Classic Motors Defendants allege that some or all of the alleged conduct by Classic Motors Defendants that are alleged to be improper or to constitute wrongdoing, if it occurred, was the result of material misrepresentations made to them, and/or of the concealment of material details, by other defendants to this action and/or by nonparties, and/or occurred under circumstances that were so misrepresented and/or the pertinent facts of which were so concealed, such that Classic Motors Defendants are not liable, and Plaintiff is not entitled to recover anything from Classic Motors Defendants.

/ / /

/ / /

/ / /

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Defendants FADI ELIAS, JENNIFER POPE, and CLASSIC MOTORS, INC. pray for relief as follows:

A.    That the Complaint be dismissed, with prejudice and in its entirety, as to these Defendants;

B.    That Plaintiff take nothing by reason of this Complaint against these Defendants, and that judgment be entered against Plaintiff and in favor of these Defendants;

C.    That these Defendants be awarded their costs incurred in defending this action;

D.    That these Defendants be granted such other and further relief as the Court may deem just and proper.

DATED: November 6, 2025          **LAW OFFICES OF DALE K. GALIPO**

By: _____
DALE K. GALIPO
Attorney for Defendants Fadi Elias,
Jennifer Pope, and Classic Motors, Inc.

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1

## **DEMAND FOR JURY TRIAL**

2        Defendants FADI ELIAS, JENNIFER POPE, and CLASSIC MOTORS, INC.,

3    hereby demand a trial by jury.

4

5    DATED: November 6, 2025            **LAW OFFICES OF DALE K. GALIPO**

6

7                                  By: _____

8                                       DALE K. GALIPO
                                        Attorney for Defendants Fadi Elias,
9                                       Jennifer Pope, and Classic Motors, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL