NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333; Fax: (818) 347-4118

ATTORNEY(S) FOR: Defendants Elias, Popes and Classic Motors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:25-cv-02146-FWS-JDE<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. WOODSIDE CREDIT, LLC | Plaintiff |
| 2. ALEXANDER G. RAMOS | Defendant |
| 3. FADI ELIAS | Defendant |
| 4. JENNIFER POPE | Defendant |
| 5. CLASSIC MOTORS, INC. | Defendant |

November 6, 2025
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants