Geoffrey A. Neri (SBN 258802)
(geoff@bnsklaw.com)
BROWN NERI & SMITH LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890
F: (310) 593-9980

Attorneys for Plaintiff,
WOODSIDE CREDIT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 8:25-cv-02146-FWS-JDE<br><br>**DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF PLAINTIFF WOODSIDE CREDIT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANT ALEXANDER G. RAMOS [DKT NO. 22] AND REQUEST FOR AN EXTENSION OF TIME FOR SERVICE UNTIL JANUARY 15, 2026** |

# DECLARATION OF GEOFFREY A. NERI

I, Geoffrey A. Neri, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and am a partner at the law firm of Brown, Neri, Smith & Khan LLP. I am counsel of record for Plaintiff Woodside Credit, LLC ("Woodside" or "Plaintiff") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2.  I submit this declaration in support of Plaintiff's Response to the Court's Order to Show Cause Re Dismissal for Lack of Prosecution as to Defendant Alexander G. Ramos ("Ramos").

3.  Plaintiff filed its Complaint in this action on September 21, 2025. The Complaint asserts claims against Defendant Ramos and his co-conspirators, the Elias Defendants, for fraud, aiding and abetting fraud, conspiracy, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, and violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO").

4.  Plaintiff has successfully served all other named Defendants in this action. Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. (collectively, the "Elias Defendants") have appeared in this action and are actively participating in the litigation. The parties have conducted their Rule 26(f) conference and have submitted a Joint Rule 26(f) Report in anticipation of the Scheduling Conference set for January 15, 2026.

5.  Defendant Ramos is currently in custody. Ramos was arrested by the Federal Bureau of Investigation on May 22, 2025, and was subsequently charged with wire fraud and illegal reentry into the United States following deportation. Ramos has accepted a plea agreement and is currently awaiting sentencing.

6.  Woodside has been formally identified by the U.S. Attorney's Office as a victim of Defendant Ramos's criminal conduct. The criminal charges against Ramos arise from the same fraudulent scheme alleged in Plaintiff's Complaint in this civil

action.

7. In my efforts to serve Defendant Ramos, I was informed that Ramos was being held in custody at the Orange County Central Men's Jail.

8. I subsequently learned that this information was incorrect. Defendant Ramos was not housed at the Orange County Central Men's Jail.

9. I have reached out to Assistant United States Attorney Kevin Fu, who is the prosecutor handling Ramos's federal criminal case, to ascertain Ramos's current location within the federal custodial system.

10. I have also been in contact with the Victim Witness Coordinator assigned to assist Woodside in connection with the criminal prosecution of Ramos. I have requested assistance in locating Ramos and facilitating service of process.

11. Based on my communications with the U.S. Attorney's Office and the Victim Witness Coordinator, I believe that Defendant Ramos's custodial situation may be complicated by his undocumented immigration status. Because Ramos was charged with illegal reentry following deportation in addition to wire fraud, his custody may involve U.S. Immigration and Customs Enforcement ("ICE") as well as the Bureau of Prisons. This has created uncertainty about Ramos's precise location and has made it more difficult to locate him through standard inmate locator services. Based on my ongoing communications with the U.S. Attorney's Office and the Victim Witness Coordinator, however, I expect to obtain the information necessary to effectuate service on Defendant Ramos within the next two weeks.

13. I respectfully request that the Court grant Plaintiff until January 15, 2026—the date of the Scheduling Conference—to complete service on Defendant Ramos. This extension will allow Plaintiff to complete service without any disruption to the litigation schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 29, 2025, at Los Angeles, California.

*Geoffrey A. Neri*
_____
Geoffrey A. Neri