# **EXHIBIT "A"**

# JUDGE FRED W. SLAUGHTER
# SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*

*The parties must make every effort to agree on dates or the court will set them.*

Case No. 8:25-cv-02146-FWS-JDE

Case Name: *Woodside Credit, LLC v. Ramos, et al.*

| Trial and Final Pretrial Conference Dates | Pl(s)' Date | Def(s)' Date | Court Order |
|---|---|---|---|
| ☒ Jury Trial  ☐ Bench Trial<br>*[Tuesday at 8:00 a.m.]*<br>Estimated Duration: 5-7 Days | 02/02/2027 | 06/01/2027 | |
| **Final Pretrial Conference ("FPTC")**<br>Hearing on Motions in Limine<br>*[Thursday at 8:30 a.m., at least 19 days before trial]* | 01/08/2027 | 05/13/2027 | |

| Event | Weeks Before FPTC | Pl(s)' Date | Def(s)' Date | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings/Add Parties [Thursday] | | 05/14/2026 | 07/09/2026 | |
| Non-Expert Discovery Cut-Off | 26 | 07/09/2026 | 10/29/2026 | |
| Expert Disclosure (Initial) | 24 | 07/23/2026 | 11/19/2026 | |
| Expert Disclosure (Rebuttal) | 22 | 08/06/2026 | 12/10/2026 | |
| Expert Discovery Cut-Off | 20 | 08/20/2026 | 12/31/2026 | |
| **Last Date to Hear Motions [Thursday]**<br>• *MSJ due at least 6 weeks before hearing*<br>• *Opposition due 2 weeks after Motion*<br>• *Reply due 1 week after Opposition* | 12 | 10/15/2026 | 02/18/2027 | |
| Deadline to Complete Settlement Conference<br>☒ 1. Magistrate Judge<br>☐ 2. Court's Mediation Panel<br>☐ 3. Private Mediation | 10 | 10/29/2026 | 03/04/2027 | |
| **Trial Filings (first round)**<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law<br>• Witness Lists; Joint Exhibit List | 3 | 12/17/2026 | 04/22/2027 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed FPTC Order<br>• Jury Instructions; Verdict Forms | 2 | 12/24/2026 | 04/29/2027 | |