# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| WOODSIDE CREDIT, LLC | 8:25–cv–02146–FWS–JDE |
| Plaintiff(s), | |
| v. | |
| FADI ELIAS, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/15/2026__

Document No.:   __33__

Title of Document:   __Notice of Appearance or Withdrawl of Counsel__

**ERROR(S) WITH DOCUMENT:**

At least one member of the Bar of this court, needs to serve as of record for the party or parties indicated.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _May 16, 2026_          By: _/s/ Audree Sellarole  audree_sellarole@cacd.uscourts.gov_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS