Geoffrey Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

vs.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFF WOODSIDE CREDIT, LLC'S MOTION TO MODIFY THE SCHEDULING ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16(b)(4)**

*[Filed concurrently with Notice of Motion and Motion; and Declaration of Geoffrey A. Neri]*

Date: September 24, 2026
Time: 10:00 a.m.
Crtrm.: 10A
Judge: Hon. Fred W. Slaughter

Complaint Filed: Sept. 22, 2025
Trial Date: February 2, 2027

Before the Court is Plaintiff Woodside Credit, LLC's Motion to Modify the Scheduling Order Pursuant to Federal Rule of Civil Procedure 16(b)(4) (the "Motion"). Having considered the Motion, the Declaration of Geoffrey A. Neri and the exhibits thereto, all other papers and argument submitted, and the record in this action, and good cause appearing under Rule 16(b)(4), the Court GRANTS the Motion and ORDERS as follows:

**1.** Within fourteen (14) days of this Order, Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. (the "Elias Defendants") shall produce all documents responsive to the Requests for Production as to which they stated in their May 15, 2026 responses that they would produce documents "upon entry of a protective order" — **Elias RFP Nos. 1, 3, 4, 6, 10, 11, 16, 21, 23, 24, and 25; Classic Motors RFP Nos. 1, 2, 4, 5, 7, 13, 15, 17, 21, 23, 24, and 25; and Pope RFP Nos. 1, 4, 7, 8, 9, 16, 21, 22, and 23** — as they are kept in the usual course of business or organized and labeled to correspond to the categories in the requests, together with a privilege log compliant with Federal Rule of Civil Procedure 26(b)(5)(A) for any document withheld;

**2.** Within fourteen (14) days of this Order, the Elias Defendants shall serve verifications for their answers to Plaintiff's Interrogatories (Set One) — Mr. Elias and Ms. Pope signing personally under oath, and Classic Motors, Inc. through an officer or agent pursuant to Federal Rule of Civil Procedure 33(b)(1)(B), (b)(3), and (b)(5);

**3.** Non-expert discovery is REOPENED for the following limited purposes only, through December 18, 2026: (a) the document production and verifications described in Paragraphs 1 and 2; (b) supplementation or amendment of the Elias Defendants' written discovery responses; and (c) the

depositions of Fadi Elias, Jennifer Pope, and a designee of Classic Motors, Inc. pursuant to Federal Rule of Civil Procedure 30(b)(6), which shall be completed within forty-five (45) days after the Elias Defendants certify in writing substantial completion of the production described in Paragraph 1, and in no event later than December 18, 2026;

**4.** Any motion concerning the sufficiency of the Elias Defendants' responses to Plaintiff's written discovery shall be presented to the assigned Magistrate Judge in accordance with Local Rule 37 and heard no later than December 3, 2026;

**5.** Any motion for summary judgment or partial summary judgment by the Elias Defendants shall not be noticed for hearing, and if filed shall be held in abeyance, until the production, verifications, and depositions described in Paragraphs 1 through 3 are complete. The October 15, 2026 last date to hear motions is CONTINUED, as to dispositive motions, to December 17, 2026;

**6.** All other dates and deadlines in the Scheduling Order (Dkt. 26), including the January 7, 2027 Final Pretrial Conference and the February 2, 2027 jury trial, remain unchanged.

[**7.** In the alternative to Paragraphs 3 through 5, and as a matter of case management under Federal Rule of Civil Procedure 16, the Elias Defendants are ORDERED to perform their written production commitments and serve the verifications described above within fourteen (14) days of this Order.]

**IT IS SO ORDERED.**

DATED: ________________________

______________________________________
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE