Geoffrey Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>**DECLARATION OF BRIAN TREVISAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ALEXANDER G. RAMOS**<br><br>Date: September 24, 2026<br>Time: 10:00 a.m.<br>Crtrm.: 10A |

# DECLARATION OF BRIAN TREVISAN

I, Brian Trevisan, declare as follows:

1. I am an Executive Vice President of Plaintiff Woodside Credit, LLC ("Woodside"). I was Alexander G. Ramos's ("Ramos") supervisor during the period relevant to this action, and I participated directly in Woodside's October 2024 discovery and investigation of the misconduct described below. I have personal knowledge of the facts set forth in this declaration, or know them from my review of Woodside's business records described herein and from my supervision of Woodside's remediation effort, and if called as a witness I could and would testify competently to them. I make this declaration in support of Woodside's Motion for Default Judgment Against Defendant Ramos (the "Motion").

2. *Records foundation.* The Woodside records referenced in this declaration and attached as exhibits are records of a regularly conducted activity of Woodside: they were made at or near the time of the events they record, by (or from information transmitted by) persons with knowledge of those events; they are kept in the course of Woodside's regularly conducted business activity; and making and keeping them is a regular practice of that activity. *See* Fed. R. Evid. 803(6). I am familiar with Woodside's accounting and record-keeping systems; the accounting entries summarized below were made and maintained by Woodside's accounting department in the ordinary course of business under controls with which I am familiar; and I am a qualified witness to authenticate them. The summary schedules attached hereto accurately summarize voluminous underlying records, which Woodside will make available to the Court or any party upon request. *See* Fed. R. Evid. 1006.

3. *Ramos's position and scheme.* Ramos was employed by Woodside from 2017 until Woodside terminated his access in October 2024, most recently as Assistant Vice President, Title & Risk Manager. In that position, Ramos supervised the employees who

processed disbursements of tax, title, and licensing funds ("TT&L Fees") that Woodside holds and remits for its borrowers; had authority to initiate and direct TT&L check requests, including the selection and use of outside title agents; and handled the majority of Woodside's repossession sales with the partner banks that own Woodside-originated loans ("Partner Banks"). In October 2024, I participated in the investigation through which Woodside discovered that Ramos had, among other things, directed Woodside TT&L checks to a Montana title agent for borrowers with no Montana connection and directed disbursements from that agent's account, including checks payable to "Woodside Credit" that Woodside never received. Woodside terminated Ramos's systems access on October 18, 2024 and reported the theft to law enforcement.

4. *Consequence of the thefts.* Because Ramos diverted funds that Woodside held to pay borrowers' sales tax, title, registration, and licensing obligations — and corrupted repossession-sale transactions Woodside handled for its Partner Banks — Woodside was required to pay out of its own funds, a second time, the amounts necessary to make its borrowers and Partner Banks whole: completing registrations and titles through replacement agents and state DMVs, refunding borrowers, paying off or reducing Partner Bank balances on corrupted transactions, and paying related costs. Woodside's accounting department tracked each such remediation payment in its general ledger under a dedicated loss-due-to-theft account (account no. 5495).

5. *The remediation schedule.* Attached hereto as **Exhibit 1** is a true and correct copy of Woodside's schedule of loss-due-to-theft payments. The schedule reflects **109 payments made between October 24, 2024 and February 20, 2026, totaling $1,890,005.07**, each identified by date, check or reference number, payee, affected loan number, memo description, and amount. The schedule was prepared and is maintained by Woodside's accounting department in the ordinary course of business, and I have reviewed it and confirmed it against Woodside's underlying accounting and banking records.

Woodside provided this same loss schedule to the United States Attorney's Office in connection with the parallel criminal prosecution of Ramos. The version of Exhibit 1 filed on the public docket redacts nonparty borrower names, all but the last three digits of loan numbers, and financial-account information; the unredacted version is submitted under seal pursuant to Woodside's concurrently filed Application for Leave to File Under Seal.

6. *Categories of remediation payments.* The 109 payments comprise: (a) re-payment of borrowers' TT&L obligations that Ramos had diverted — payments to replacement title agents, state departments of motor vehicles, VIN verification services, and similar payees, and TT&L refunds paid directly to borrowers; (b) **$912,979.93** in payoffs and principal reductions paid to Partner Banks in connection with repossession-sale and collateral transactions corrupted by Ramos — specifically, payments on Loan Nos. [redacted]392 ($195,851.77), [redacted]579 ($36,700.00), [redacted]801 ($180,966.19), [redacted]340 ($299,000.00), [redacted]148 ($60,000.00), [redacted]092 ($76,467.93), [redacted]962 ($51,123.00), [redacted]710 ($8,560.40), and [redacted]277 ($4,310.64); and (c) related out-of-pocket costs, including towing and filing fees, borrower settlements, and write-offs recorded as losses due to the theft. (Ex. 1.)

7. *Outside title agent transactions.* A portion of the remediation payments reflected on Exhibit 1 relates to loan transactions Woodside had routed through outside title agents under Ramos's supervision — including transactions sent to Registration Express Service, a California title agent, for which Woodside disbursed TT&L funds that were never applied to the borrowers' registrations. The selection, use, and oversight of outside title agents was within Ramos's responsibility as Title & Risk Manager, and the failures of these transactions were discovered as part of the same investigation of Ramos's conduct. Woodside re-completed these registrations at its own expense, and those re-payments are included in Exhibit 1.

8. *No double counting.* Exhibit 1 does not include, and Woodside does not by the Motion separately seek, the face amounts of the TT&L checks Ramos diverted to the

Montana title agent, the approximately $1,419,803 in "refund" checks and wires that the Montana agent issued to Fadi Elias, Jennifer Pope, and Classic Motors, Inc. at Ramos's direction, or the amounts deposited into the "Ramos-Woodside Credit, LLC" Chase Bank account Ramos controlled. Those diverted funds are what made the remediation payments in Exhibit 1 necessary; Exhibit 1 measures Woodside's actual out-of-pocket cost of restoration, and is therefore a conservative measure of Woodside's loss.

9. *Backup records.* Attached as **Exhibit 2** are true and correct copies of underlying payment records supporting the entries on Exhibit 1, including check images, electronic funds transfer confirmations, and check register excerpts. Woodside will make the complete set of underlying records available to the Court or any party upon request. *See* Fed. R. Evid. 1006. The version of Exhibit 2 filed on the public docket is redacted in the same manner as Exhibit 1; the unredacted version is submitted under seal.

10. *Total loss.* Woodside's out-of-pocket loss proximately caused by Ramos's conduct, as reflected on Exhibit 1, is **$1,890,005.07**. This figure is consistent with, and conservative relative to, the damages computation in Woodside's initial disclosures (no less than $4,000,000, which encompassed the gross diverted funds). For purposes of the Motion, Woodside seeks $1,890,005.07, which does not exceed the $4,000,000 demanded in the Complaint's Prayer for Relief.

11. *Insurance recovery; no other offsets.* Woodside's total out-of-pocket remediation payments arising from Ramos's conduct were $2,260,423.66. One of the remediated losses arose from a 2022 loan of $372,155.57 that financed a borrower's purchase of a Rolls Royce Cullinan. The vehicle was stolen in March 2024 and later declared a total loss, and the vehicle's insurer issued a payoff check to Woodside — which Ramos intercepted and deposited into the "Ramos-Woodside Credit, LLC" Chase account while representing to the Partner Bank that the insurance payment remained outstanding. After discovering the theft in October 2024, Woodside paid off the Partner Bank loan itself

and submitted a claim to the insurer, which subsequently reissued payment to Woodside of $370,418.59. The schedule attached as Exhibit 1 is net of that $370,418.59 recovery. Other than that recovery, no portion of the losses reflected on Exhibit 1 has been repaid to, or recovered by, Woodside from any source — whether through restitution, forfeiture remission or restoration, recovery from any co-defendant, or otherwise.

12. *Prejudgment interest.* Attached as **Exhibit 3** is a prejudgment-interest computation, prepared at my direction and verified by me, applying simple interest at seven percent (7%) per annum to each payment on Exhibit 1 from the date Woodside made that payment through September 24, 2026, the noticed hearing date on the Motion. The interest so computed totals **$230,822.32**, and accrues thereafter at **$362.47** per day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026, at Newport Beach, California.

Brian Trevisan

# INDEX OF EXHIBITS

**Exhibit 1** Woodside Credit loss-due-to-theft payment schedule — 109 remediation payments, October 24, 2024 through February 20, 2026, totaling $1,890,005.07 (Fed. R. Evid. 1006 summary of Woodside accounting records) (redacted; unredacted version filed under seal)

**Exhibit 2** Underlying payment records — check images, electronic funds transfer confirmations, and check register excerpts (redacted; unredacted version filed under seal)

**Exhibit 3** Prejudgment-interest computation — seven percent (7%) per annum, simple, from each payment date through September 24, 2026

# EXHIBIT 1

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Type | Date | Num | Name | Loan # |
|---|---|---|---|---|
| Check | 10/24/2024 | 55336 | [redacted] | [redacted]223 |
| Check | 10/25/2024 | EFT | Bank of Stockton | [redacted]392 |
| Check | 10/30/2024 | 55390 | Judy Dewey's Notary Service | [redacted]338 |
| Check | 10/30/2024 | 55388 | Avanco Tag & Title LLC | [redacted]240 |
| Check | 10/30/2024 | 55390 | Judy Dewey's Notary Service | [redacted]987 |
| Check | 10/30/2024 | 55391 | Greenlight Titles | [redacted]720 |
| Check | 10/31/2024 | 55409 | DMV Stop | [redacted]067 |
| Check | 11/4/2024 | 55451 | [redacted] | [redacted]098 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]055 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]111 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]001 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]706 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]528 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]568 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | [redacted]927 |
| Check | 11/7/2024 | 55509 | Department of State | [redacted]761 |
| Check | 11/7/2024 | EFT | Bank of California | [redacted]579 |
| Check | 11/7/2024 | EFT | Bank of Marin | [redacted]801 |
| Check | 11/7/2024 | EFT | Bank of Marin | [redacted]340 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | [redacted]498 |
| Check | 11/13/2024 | 55594 | Myckez Vin Verifier | [redacted]544 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | [redacted]666 |
| Check | 11/13/2024 | 55594 | Myckez Vin Verifier | [redacted]562 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | [redacted]239 |
| Check | 11/13/2024 | 55593 | DMV Stop | [redacted]261 |
| Check | 11/13/2024 | 55596 | Cascio Motors | [redacted]664 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | [redacted]521 |
| Check | 11/13/2024 | 55594 | Myckez Vin Verifier | [redacted]891 |
| Check | 11/14/2024 | 55629 | [redacted] P. Russell Agency | [redacted]091 |
| Check | 11/14/2024 | 55630 | DMV Stop | [redacted]811 |
| Check | 11/14/2024 | 55630 | DMV Stop | [redacted]065 |
| Check | 11/14/2024 | 55630 | DMV Stop | [redacted]087 |
| Check | 11/14/2024 | 55630 | DMV Stop | [redacted]921 |
| Check | 11/20/2024 | 55726 | [redacted] | [redacted]673 |
| Check | 11/29/2024 | 55871 | Myckez Vin Verifier | [redacted]226 |
| Check | 11/29/2024 | 55871 | Myckez Vin Verifier | [redacted]286 |
| Check | 12/4/2024 | 55924 | [redacted] | [redacted]272 |
| Check | 12/4/2024 | EFT | Banc of California | [redacted]148 |
| Check | 12/5/2024 | 55979 | Hammocks Auto Tag Agency, Inc | [redacted]158 |
| Check | 12/6/2024 | 56021 | [redacted] | [redacted]866 |
| Check | 12/11/2024 | 56076 | [redacted] | [redacted]734 |
| Check | 12/17/2024 | 56148 | Myckez Vin Verifier | [redacted]582 |
| Check | 12/18/2024 | 56180 | Cook Notary & Auto Title, Inc. | [redacted]936 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 12/19/2024 | 56182 | DMV Stop | | [redacted]032 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]364 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]440 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]409 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]246 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]681 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]125 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]616 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]347 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]349 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]386 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]075 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]359 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]880 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | | [redacted]735 |
| Check | 12/26/2024 | 56272 | [redacted] | | [redacted]473 |
| General Journal | 12/30/2024 | 2025.0032 | | | [redacted]075 |
| General Journal | 12/30/2024 | 2025.0032 | | | [redacted]670 |
| General Journal | 12/30/2024 | 2025.0032 | | | [redacted]700 |
| Check | 12/31/2024 | 56387 | Avanco Tag & Title LLC | | [redacted]413 |
| Check | 1/6/2025 | 56469 | Hammocks Auto Tag Agency, Inc | | [redacted]044 |
| Check | 1/15/2025 | 56614 | [redacted] & [redacted] | | [redacted]801 |
| Check | 1/15/2025 | 56597 | Myckez Vin Verifier | | [redacted]289 |
| Check | 1/17/2025 | 56652 | Hammocks Auto Tag Agency, Inc | | [redacted]163 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | | [redacted]891 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | | [redacted]690 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | | [redacted]633 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | | [redacted]085 |
| Check | 1/27/2025 | 56762 | Myckez Vin Verifier | | [redacted]668 |
| Check | 1/30/2025 | 56826 | Department of State | | [redacted]967 |
| Check | 1/31/2025 | 56850 | Myckez Vin Verifier | | [redacted]131 |
| Check | 1/31/2025 | 56850 | Myckez Vin Verifier | | [redacted]546 |
| Check | 2/11/2025 | 56996 | Myckez Vin Verifier | | [redacted]802 |
| Check | 2/11/2025 | 56996 | Myckez Vin Verifier | | [redacted]168 |
| Check | 2/12/2025 | 57000 | First Federal Bank | | [redacted]092 |
| Check | 2/14/2025 | 57056 | Houston Texans Auto Title Service | | [redacted]464 |
| Check | 2/14/2025 | 57056 | Houston Texans Auto Title Service | | [redacted]816 |
| Check | 2/27/2025 | 57270 | Myckez Vin Verifier | | [redacted]565 |
| Check | 3/11/2025 | 57475 | DMV Stop | | [redacted]630 |
| Check | 3/19/2025 | EFT | Bank of Stockton | | [redacted]962 |
| Check | 4/10/2025 | EFT | Frandsen Bank & Trust | | [redacted]710 |
| Check | 4/18/2025 | 58120 | Bank of Stockton | | [redacted]277 |
| Check | 5/6/2025 | 58467 | Myckez Vin Verifier | | [redacted]110 |
| Check | 5/7/2025 | 58498 | [redacted] | | [redacted]981 |

| | | | | |
|---|---|---|---|---|
| Check | 5/7/2025 | 58490 | Myckez Vin Verifier | [redacted]176 |
| Check | 5/9/2025 | 58549 | [redacted] | [redacted]478 |
| Check | 5/14/2025 | 58591 | Myckez Vin Verifier | [redacted]494 |
| Check | 5/15/2025 | 58637 | [redacted] | [redacted]660 |
| Check | 5/16/2025 | 58654 | Myckez Vin Verifier | [redacted]962 |
| Check | 6/11/2025 | 59030 | Greenlight Titles | [redacted]474 |
| Check | 6/11/2025 | 59017 | DMV Stop | [redacted]561 |
| Check | 6/19/2025 | 59189 | Myckez Vin Verifier | [redacted]744 |
| Check | 12/17/2025 | 62404 | [redacted] | [redacted]019 |
| Check | 12/17/2025 | 62379 | [redacted] | [redacted]847 |
| Check | 12/17/2025 | 62372 | [redacted] | [redacted]282 |
| Check | 12/17/2025 | 62370 | [redacted] | [redacted]498 |
| General Journal | 12/31/2025 | VA 2025 .15 | | [redacted]101 |
| General Journal | 12/31/2025 | VA 2025.32 | | [redacted]473 |
| General Journal | 12/31/2025 | VA 2025.32 | | [redacted]601 |
| General Journal | 12/31/2025 | VA 2025 .15 | | [redacted]184 |
| General Journal | 12/31/2025 | VA 2025.32 | | [redacted]502 |
| General Journal | 12/31/2025 | VA 2025.32 | | [redacted]605 |
| Check | 1/13/2026 | 62755 | [redacted] | [redacted]669 |
| Check | 2/11/2026 | 63278 | [redacted] | [redacted]160 |
| Check | 2/20/2026 | 63396 | [redacted] | [redacted]019 |
| General Journal | 2/20/2026 | VA 2026.5 | | [redacted]261 |

| Memo |
|---|
| [redacted]223[redacted] - TTL Refund |
| Payoff: [redacted]392 |
| [redacted]338[redacted] TTL |
| [redacted]240[redacted] TTL AR |
| [redacted]987[redacted] TTL |
| [redacted]720[redacted] TTL |
| [redacted]067[redacted] TTL |
| [redacted]098[redacted] TTL Refund |
| [redacted]055[redacted] TTL |
| [redacted]111[redacted] II TTL |
| [redacted]001[redacted] TTL |
| [redacted]706[redacted] TTL |
| [redacted]528[redacted] |
| [redacted]568[redacted] TTL |
| [redacted]927[redacted] TTL |
| [redacted]761[redacted] TTL |
| Payoff: [redacted]579 |
| Payoff: [redacted]801 |
| Payoff: [redacted] [redacted]340 |
| [redacted]498[redacted] TTL |
| [redacted]544[redacted] TTL |
| [redacted]666[redacted] TTL |
| [redacted]562[redacted] TTL |
| [redacted]239[redacted] TTL |
| [redacted]261[redacted] Jr TTL |
| [redacted]664[redacted] TTL |
| [redacted]521[redacted] TTL |
| [redacted]891[redacted] TTL |
| [redacted]091[redacted] TTL |
| [redacted]811[redacted] IV TTL |
| [redacted]065[redacted] TTL |
| [redacted]087[redacted] TTL |
| [redacted]921[redacted] TTL |
| [redacted]673[redacted] - TTL Refund |
| [redacted]226[redacted] TTL - AGENTS |
| [redacted]286[redacted] TTL - AGENTS |
| [redacted]272[redacted] - TTL Refund |
| [redacted]148 |
| [redacted]158[redacted] - Registration - Title (AGENTS) |
| [redacted]866[redacted] - TTL Refund AGENTS |
| [redacted]734[redacted] TTL + Penalities AR |
| [redacted]582[redacted] TTL (Agents - REG EXP) |
| [redacted]936[redacted] TTL (AGENTS) |

| |
|---|
| [redacted]032 [redacted] TTL - (Agents - H Texans) |
| [redacted]364 [redacted] LLC & [redacted] TTL |
| [redacted]440 [redacted] LLC & [redacted] TTL |
| [redacted]409 [redacted] LLC & [redacted] TTL |
| [redacted] & [redacted] LLC & [redacted] TTL |
| [redacted]681 [redacted] of [redacted] LLC & [redacted] TTL |
| [redacted]125 [redacted] LLC & [redacted] TTL |
| [redacted]616 [redacted] Services LLC & [redacted] TTL |
| [redacted]347 [redacted] LLC & [redacted] TTL |
| [redacted]349 [redacted] LLC & [redacted] TTL |
| [redacted]386 [redacted] LLC & [redacted] TTL |
| [redacted]075 [redacted] LLC & [redacted] TTL |
| [redacted]359 [redacted] LLC & [redacted] TTL |
| [redacted]880 [redacted] LLC & [redacted] TTL |
| [redacted]735 [redacted] LLC & [redacted] TTL |
| [redacted]473 [redacted] - TTL Refund (H) |
| [redacted]075 Tow Fees - reclass to 1301 AR |
| [redacted] II [redacted]670 - reclass to 1301 AR |
| [redacted]700 Tow Fees - reclass to 1301 AR |
| [redacted]413 [redacted] TTL (AG) |
| [redacted]044 [redacted] TTL |
| [redacted]801 [redacted] - TTL Refund (AGENTS) |
| [redacted]289 [redacted] TTL (**AGENTS**) |
| [redacted]163 [redacted] (Agents) TTL |
| [redacted]891 [redacted] TTL (AGENTS) |
| [redacted]690 [redacted] TTL (AGENTS) |
| [redacted]633 [redacted] TTL (AGENTS) |
| [redacted]085 [redacted] TTL (AGENTS) |
| [redacted]668 [redacted] TTL (AGENTS) |
| [redacted]967 [redacted] TTL - (AGENTS) |
| [redacted]131 [redacted] TTL |
| [redacted]546 [redacted] TTL (AGENTS) |
| [redacted]802 [redacted] TTL - (AGENTS) |
| [redacted]168 [redacted] TTL - (AGENTS) |
| [redacted] - [redacted]092 Payoff |
| [redacted]464 [redacted] III - 5450 - Agent Fees |
| [redacted]816 [redacted] Jr - 5450 - Agent Fees |
| [redacted]565 [redacted] (AGENTS) TTL |
| [redacted]630 [redacted] TTL ***(AGENTS)*** |
| PRINCIPAL REDUCTION - [redacted]962 |
| TTL Applied to Loan balance - [redacted]710 |
| [redacted]277 - Principal Reduction |
| [redacted]110 [redacted] Jr TTL (AGENTS) |
| [redacted]981 [redacted] - TTL Refund (***AGENTS***) |

| | | |
|---|---|---|
| [redacted] | 176 | [redacted] TTL (***AGENTS***) |
| [redacted] | 478 | [redacted] - TTL Refund |
| [redacted] | 494 | [redacted] TTL ***(AGENTS)*** |
| [redacted] | 660 | [redacted] - TTL Refund |
| [redacted] | 962 | [redacted] & [redacted] TTL***(AGENTS)*** |
| [redacted] | 474 | [redacted] - Additional TTL (AGENTS) |
| [redacted] | 561 | [redacted] Jr TTL ****(AGENTS)**** |
| [redacted] | 744 | [redacted] TTL *****AGENTS***** |
| [redacted] | 019 | [redacted] - TTL Refund |
| [redacted] | 847 | [redacted] - TTL Refund |
| [redacted] | 282 | [redacted] - TTL Refund |
| [redacted] | 498 | [redacted] - TTL Refund |
| [redacted] | 101 | [redacted] - Reclass TTL to Loss due to Theft |
| [redacted] | 473 | [redacted] TTL - Fraud - Reclass to 5495 |
| [redacted] | 601 | [redacted] Fraud - Reclass to 5495 |
| [redacted] | 184 | [redacted] - Reclass TTL due to theft |
| [redacted] | 502 | [redacted] Fraud - Reclass to 5495 |
| [redacted] | 605 | [redacted] TTL - Fraud - Reclass to 5495 |
| [redacted] | 669 | [redacted] - Settlement w/daughter |
| [redacted] | 160 | [redacted] (AGENTS) - TTL Refund |
| [redacted] | 019 | [redacted] - Interest Refund on Tax Amount (AGENTS) |
| [redacted] | 261 | [redacted] JR, [redacted] - Reclass Fees |

| Split | Amount |
|---|---|
| Bank of Stockton | $ 11,713.00 |
| Bank of Stockton | $ 195,851.77 |
| Bank of Stockton | $ 18,596.05 |
| Bank of Stockton | $ 20,203.20 |
| Bank of Stockton | $ 23,866.00 |
| Bank of Stockton | $ 27,034.00 |
| Bank of Stockton | $ 1,840.00 |
| Bank of Stockton | $ 10,910.00 |
| Bank of Stockton | $ 1,583.00 |
| Bank of Stockton | $ 3,575.00 |
| Bank of Stockton | $ 7,983.00 |
| Bank of Stockton | $ 13,718.00 |
| Bank of Stockton | $ 16,225.00 |
| Bank of Stockton | $ 17,027.00 |
| Bank of Stockton | $ 25,801.00 |
| Bank of Stockton | $ 15,650.25 |
| Bank of Stockton | $ 36,700.00 |
| Bank of Stockton | $ 180,966.19 |
| Bank of Stockton | $ 299,000.00 |
| Bank of Stockton | $ 7,810.25 |
| Bank of Stockton | $ 7,871.00 |
| Bank of Stockton | $ 8,141.75 |
| Bank of Stockton | $ 8,739.00 |
| Bank of Stockton | $ 10,456.08 |
| Bank of Stockton | $ 10,587.19 |
| Bank of Stockton | $ 16,587.39 |
| Bank of Stockton | $ 18,596.75 |
| Bank of Stockton | $ 22,607.00 |
| Bank of Stockton | $ 2,067.00 |
| Bank of Stockton | $ 9,460.00 |
| Bank of Stockton | $ 14,067.00 |
| Bank of Stockton | $ 15,715.41 |
| Bank of Stockton | $ 21,149.69 |
| Bank of Stockton | $ 1,494.25 |
| Bank of Stockton | $ 204.00 |
| Bank of Stockton | $ 20,461.00 |
| Bank of Stockton | $ 8,978.06 |
| Bank of Stockton | $ 60,000.00 |
| Bank of Stockton | $ 23,986.75 |
| Bank of Stockton | $ 9,273.00 |
| Bank of Stockton | $ 1,036.47 |
| Bank of Stockton | $ 26,094.66 |
| Bank of Stockton | $ 76,058.23 |

| | | |
|---|---|---|
| Bank of Stockton | $ | 34,584.00 |
| Bank of Stockton | $ | 159.00 |
| Bank of Stockton | $ | 159.00 |
| Bank of Stockton | $ | 159.00 |
| Bank of Stockton | $ | 293.00 |
| Bank of Stockton | $ | 547.00 |
| Bank of Stockton | $ | 640.00 |
| Bank of Stockton | $ | 984.00 |
| Bank of Stockton | $ | 984.00 |
| Bank of Stockton | $ | 984.00 |
| Bank of Stockton | $ | 1,118.00 |
| Bank of Stockton | $ | 1,118.00 |
| Bank of Stockton | $ | 1,280.00 |
| Bank of Stockton | $ | 1,325.00 |
| Bank of Stockton | $ | 1,370.00 |
| Bank of Stockton | $ | 1,463.25 |
| 1220 · Advance of Reposession Expense | $ | 670.00 |
| 1220 · Advance of Reposession Expense | $ | 670.00 |
| 1220 · Advance of Reposession Expense | $ | 2,310.00 |
| Bank of Stockton | $ | 15,811.16 |
| Bank of Stockton | $ | 10,726.75 |
| Bank of Stockton | $ | 10,949.00 |
| Bank of Stockton | $ | 14,573.00 |
| Bank of Stockton | $ | 11,026.75 |
| Bank of Stockton | $ | 11,356.13 |
| Bank of Stockton | $ | 11,950.50 |
| Bank of Stockton | $ | 15,342.81 |
| Bank of Stockton | $ | 17,215.50 |
| Bank of Stockton | $ | 23,745.00 |
| Bank of Stockton | $ | 11,755.25 |
| Bank of Stockton | $ | 792.00 |
| Bank of Stockton | $ | 42,050.50 |
| Bank of Stockton | $ | 1,194.00 |
| Bank of Stockton | $ | 12,908.00 |
| Bank of Stockton | $ | 76,467.93 |
| Bank of Stockton | $ | 700.00 |
| Bank of Stockton | $ | 977.75 |
| Bank of Stockton | $ | 4,766.00 |
| Bank of Stockton | $ | 9,938.00 |
| Bank of Stockton | $ | 51,123.00 |
| Bank of Stockton | $ | 8,560.40 |
| Bank of Stockton | $ | 4,310.64 |
| Bank of Stockton | $ | 1,030.00 |
| Bank of Stockton | $ | 1,614.00 |

| | | |
|---|---|---|
| Bank of Stockton | $ | 3,192.00 |
| Bank of Stockton | $ | 4,231.00 |
| Bank of Stockton | $ | 3,878.00 |
| Bank of Stockton | $ | 4,076.00 |
| Bank of Stockton | $ | 3,607.00 |
| Bank of Stockton | $ | 1,305.50 |
| Bank of Stockton | $ | 1,567.80 |
| Bank of Stockton | $ | 12,814.00 |
| Bank of Stockton | $ | 3,804.00 |
| Bank of Stockton | $ | 5,352.00 |
| Bank of Stockton | $ | 6,050.00 |
| Bank of Stockton | $ | 11,857.00 |
| Sales Tax and Vehicle License | $ | 430.00 |
| 1301 · Allowance for bad debt | $ | 921.21 |
| 1301 · Allowance for bad debt | $ | 1,355.00 |
| Sales Tax and Vehicle License | $ | 1,521.00 |
| 1301 · Allowance for bad debt | $ | 13,359.64 |
| 1301 · Allowance for bad debt | $ | 31,652.00 |
| Bank of Stockton | $ | 10,000.00 |
| Bank of Stockton | $ | 14,916.40 |
| Bank of Stockton | $ | 1,413.50 |
| 5450 · Filing Fees | $ | 1,316.31 |

**$ 1,890,005.07 Total Loss Due to Theft**

# EXHIBIT 2

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANC OF CALIFORNIA

$22,169.09

Tracking ID: [redacted]

Created Date: 12/5/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
12/05/2024 10:44 AM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
12/05/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
[redacted]9088

**To Account Type**
Checking

**Message to Beneficiary**
[redacted]148

**Purpose Of Wire**
[redacted]148

**FI-to-FI Information**
[redacted]148

**Description**
[redacted]148

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANC OF CALIFORNIA | [redacted]9088 | Checking | [redacted]8200 | $22,169.09 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

| Wire Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 WILSHIRE BLVD., SUITE 101 | BEVERLY [redacted] |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 90212 |

**Beneficiary FI**

| Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 Wilshire Blvd Ste 101 | Beverly [redacted] |
| **Beneficiary FI ID** | | **State** |
| [redacted]8200 | | CA |
| | | **ZIP** |
| | | 90212 |

# TRANSACTION PROCESS

**Company** **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 12/5/2024 10:25 AM | 1. Natalie Hirshman Approve User - 12/5/2024 10:29 AM | 12/5/2024 10:44 AM | 12/5/2024 |

Chat

NO. EFT

DATE [redacted]

PAY TO THE ORDER OF Banc of California $ 22,169.09

Twenty-two thousand one hundred sixty-nine and 09/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

Banc of California
3 MacArthur Place
Santa Ana, CA 92707

CLEARED

MEMO [redacted]148

Expenses $22,169.09 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 60,000.00 | [redacted]148 |
| 1220 · Advance of Reposession Expense | -37,830.91 | [redacted]148 |

1:52 PM
08/21/26
Accrual Basis

# Woodside Credit
# Find Report
## All Transactions

| | Type | Date | Num | Name |
|---|---|---|---|---|
| | Check | 12/04/2024 | EFT | Banc of California |
| | Check | 08/16/2024 | 54342 | Xander Law Group P.A. |
| | Check | 08/16/2024 | 54342 | Xander Law Group P.A. |
| | Check | 01/30/2024 | 50677 | Xander Law Group P.A. |
| | Check | 02/28/2023 | EFT | Big Joker Towing and Repair |
| | Check | 09/21/2022 | 43489 | Xander Law Group P.A. |
| | Check | 08/18/2022 | 42961 | Xander Law Group P.A. |
| | Check | 03/21/2022 | 41444 | All Day Towing LLC |
| | Check | 03/07/2022 | EFT | Xander Law Group P.A. |
| | Check | 12/03/2021 | 40238 | All Day Towing |
| **Total** | | | | |

1:52 PM
08/21/26
Accrual Basis

# Woodside Credit
## Find Report
### All Transactions

| Memo | Account | Clr |
|---|---|---|
| [redacted]148 | 1220 · Advance of Reposession Expense | |
| [redacted]148 [redacted] - Invoice # 2178 - legal matters | 1220 · Advance of Reposession Expense | |
| [redacted]148 [redacted] - Invoice # 1999 - legal matters | 1220 · Advance of Reposession Expense | |
| [redacted]148 [redacted] - Ongoing legal fees | 1220 · Advance of Reposession Expense | |
| [redacted]148 · [redacted] - Repo Fees | 1220 · Advance of Reposession Expense | |
| [redacted]148 [redacted] Legal Fees | 1220 · Advance of Reposession Expense | |
| [redacted]148 - Legal Fees | 1220 · Advance of Reposession Expense | |
| [redacted]148 Repo Fees #7446 | 1220 · Advance of Reposession Expense | |
| [redacted]148 Legal Fees | 1220 · Advance of Reposession Expense | |
| [redacted]148 Repo Fees | 1220 · Advance of Reposession Expense | |

**Total**

# Woodside Credit
## Find Report
### All Transactions

| | Split | Debit | Credit |
|---|---|---|---|
| | Bank of Stockton - Checking | | 37,830.91 |
| | Bank of Stockton - Checking | 660.00 | |
| | Bank of Stockton - Checking | 855.00 | |
| | Bank of Stockton - Checking | 825.00 | |
| | Bank of Stockton - Checking | 25,709.16 | |
| | Bank of Stockton - Checking | 58.42 | |
| | Bank of Stockton - Checking | 1,223.33 | |
| | Bank of Stockton - Checking | 500.00 | |
| | Bank of Stockton - Checking | 7,500.00 | |
| | Bank of Stockton - Checking | 500.00 | |
| **Total** | | **37,830.91** | **37,830.91** |

Good Afternoon, Reana Ou

# Online Activity ⓘ

[redacted]

## TRANSACTION DETAILS

DOMESTIC WIRE

## BANK OF STOCKTON

$195,851.77

Tracking ID: [redacted]

Created Date: 10/25/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

[redacted]
10/25/2024 6:12 PM

**Authorized By**
[redacted]

10/28/2024 [redacted]

[redacted]eader
Woodside Credit

[redacted]

**From Account**
Woodside CREDIT ******0907

**To Account**
[redacted]7130

[redacted]

**To Account Type**
Checking

[redacted]
Payoff: [redacted]

[redacted]Wire
Payoff: [redacted]

[redacted]on
Payoff: [redacted]

[redacted]
Payoff: [redacted]

[redacted]

## RECIPIENT DETAILS

| Wire Name | Account | Type | [redacted] | Amount |
|---|---|---|---|---|
| BANK OF STOCKTON | [redacted]7130 | Che[redacted] | | $195,851.77 |

Chat

[redacted]

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

**Wire Name**
BANK OF STOCKTON

**Address**
301 E. MINER AVENUE

**City**
STOCKTON

**State**
CA

[redacted] [redacted] [redacted] [redacted] [redacted]

**ZIP**
95202

[redacted]

[redacted] [redacted]

**Beneficiary FI**

**Name**
BANK OF STOCKTON

**Address**
301 E MINER AVE

[redacted]
STOCKTON

**Beneficiary FI ID**
[redacted]1037

[redacted]
CA

**ZIP**
95202

[redacted]

[redacted]

[redacted] [redacted]

## TRANSACTION PROCESS

[redacted]

**Company** **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - | 1. Natalie Hirshman Approve User - [redacted]0/25/2024 6:12 PM | 10/25/2024 6:12 PM | 10/28/2024 |

[redacted] [redacted]

Chat

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANK OF MARIN

$179,212.19

Tracking ID: [redacted]

Created Date: 11/7/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
11/07/2024 1:40 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
11/07/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
[redacted]3801

**To Account Type**
Checking

**Message to Beneficiary**
[redacted] Payoff: [redacted]801

**Purpose Of Wire**
[redacted] Payoff: [redacted]801

**FI-to-FI Information**
[redacted] Payoff: [redacted]801

**Description**
[redacted] Payoff: [redacted]801

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF MARIN | [redacted]3801 | Checking | [redacted]1877 | $179,212.19 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

| Wire Name | Address | City |
|---|---|---|
| BANK OF MARIN | 3100 Zinfandel Drive #450 | RANCHO CORDOVA |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 95670 |

**Beneficiary FI**

| Name | Address | City |
|---|---|---|
| BANK OF MARIN | 504 Tamalpais Dr | Corte Madera |
| **Beneficiary FI ID** | | **State** |
| [redacted]1877 | | CA |
| | | **ZIP** |
| | | 94925 |

# TRANSACTION PROCESS

**Company** **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 11/7/2024 1:37 PM | 1. Natalie Hirshman Approve User - 11/7/2024 1:40 PM | 11/7/2024 1:40 PM | 11/7/2024 |

Chat

8/21/2026 1:55 PM
Woodside CREDIT
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

53162

WOODSIDE CREDIT
A Classic Approach to Lending

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

6/12/2024

PAY TO THE ORDER OF AVG Towing $ **1,754.00

One Thousand Seven Hundred Fifty-Four and 00/100*************************************** DOLLARS

VOID AFTER 90 DAYS

AVG Towing

MEMO Invoice # 5376 - Repo Fees

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

[redacted]

**Amount:** $-1,754.00
**Statement Description:** CHECK
**Check Number:** 53162
**Posted Date:** 6/14/2024
**Type:** Debit
**Status:** Posted

8/21/2026 2:22 PM
Woodside CREDIT
******0907


59170

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
[redacted]

6/18/2025

PAY TO THE ORDER OF Victoria [redacted] $ **4,952.05

Four Thousand Nine Hundred Fifty-Two and 05/100******** DOLLARS

VOID AFTER 90 DAYS

Victoria [redacted]

MEMO Wilhelm [redacted] 092

AUTHORIZED SIGNATURE

⑈059170⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-4,952.05
**Statement Description:** CHECK
**Check Number:** 59170
**Posted Date:** 6/26/2025
**Type:** Debit
**Status:** Posted

8/21/2026 4:06 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

55303

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON

[redacted]

10/22/2024

PAY TO THE ORDER OF On Point Recovery $ **1,500.00

One Thousand Five Hundred and 00/100****************************************************************************************** DOLLARS

VOID AFTER 90 DAYS

On Point Recovery

[redacted]

**Amount:** $-1,500.00
**Statement Description:** CHECK
**Check Number:** 55303
**Posted Date:** 10/24/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:25 PM
Checking
******0907

57000

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

2/12/2025

PAY TO THE ORDER OF First Federal Bank $ **70,507.88

Seventy Thousand Five Hundred Seven and 88/100****************************************************************************** DOLLARS

First Federal Bank

VOID AFTER 90 DAYS

[redacted]

**Amount:** $-70,507.88
**Statement Description:** CHECK
**Check Number:** 57000
**Posted Date:** 2/14/2025
**Type:** Debit
**Status:** Posted

Deposit To Bank of Stockton - Checking   Date 12/29/2024   Memo [redacted]

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | MEMO | CHK ... | PMT ... | AMOUNT |
|---|---|---|---|---|---|
| | 1301 · Allowance for bad debt | | | | 492.00 |

Deposit Subtotal 492.00

Good Afternoon, Eileen Yang

# Online Activity ⓘ

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANC OF CALIFORNIA

$36,000.00

Tracking ID: [redacted]

Created Date: 11/1/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
11/01/2024 1:00 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
11/01/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
[redacted]9088

**To Account Type**
Checking

**Message to Beneficiary**
Payoff: [redacted]579

**Purpose Of Wire**
Payoff: [redacted]579

**FI-to-FI Information**
Payoff: [redacted]579

**Description**
Payoff: [redacted]579

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANC OF CALIFORNIA | [redacted]9088 | Checking | [redacted]8200 | $36,000.00 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

### Recipient Information

| Wire Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 WILSHIRE BLVD., SUITE 101 | BEVERLY [redacted] |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 90212 |

### Beneficiary FI

| Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 Wilshire Blvd Ste 101 | Beverly [redacted] |
| **Beneficiary FI ID** | | **State** |
| [redacted]8200 | | CA |
| | | **ZIP** |
| | | 90212 |

## TRANSACTION PROCESS

### Company

### Financial Institution

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 11/1/2024 12:59 PM | 1. Natalie Hirshman Approve User - 11/1/2024 1:00 PM | 11/1/2024 1:00 PM | 11/1/2024 |

Chat

8/21/2026 1:58 PM
Woodside CREDIT
******0907

52158

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
[redacted]

4/16/2024

PAY TO THE ORDER OF Big Dog Recovery Specialist $ **300.00

Three Hundred and 00/100*************************************************************************************** DOLLARS

VOID AFTER 90 DAYS

Big Dog Recovery Specialist

[redacted]

**Amount:** $-300.00
**Statement Description:** CHECK
**Check Number:** 52158
**Posted Date:** 4/18/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:59 PM
Woodside CREDIT
******0907

52558

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
[redacted]

5/15/2024

PAY TO THE ORDER OF Big Dog Recovery Specialist $ **400.00

Four Hundred and 00/100********************************************************************************* DOLLARS

VOID AFTER 90 DAYS

Big Dog Recovery Specialist

MEMO Storage Fees

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈052558⑈ ⑆121101037⑆ [redacted] 7⑈

[redacted]

**Amount:** $-400.00
**Statement Description:** CHECK
**Check Number:** 52558
**Posted Date:** 5/17/2024
**Type:** Debit
**Status:** Posted

8/21/2026 2:47 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

56652

WOODSIDE CREDIT
A Classic Approach to Lending

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
[redacted]

1/17/2025

PAY TO THE ORDER OF Hammocks Auto Tag Agency, Inc $ **20,502.05

Twenty Thousand Five Hundred Two and 05/100****************************************** DOLLARS

VOID AFTER 90 DAYS

Hammocks Auto Tag Agency
[redacted]01 Hammocks Blvd #108
Miami, FL 33196

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK TOUCH OR PRESS HERE RED IMAGE DISAPPEARS WITH HEAT

⑈056652⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-20,502.05
**Statement Description:** CHECK
**Check Number:** 56652
**Posted Date:** 1/27/2025
**Type:** Debit
**Status:** Posted

NO. 56652

DATE 01/17/2025

PAY TO THE ORDER OF Hammocks Auto Tag Agency, Inc $ 20,502.05

Twenty thousand five hundred two and 05/100*********************************** DOLLARS

ADDRESS

Hammocks Auto Tag Agency
10201 Hammocks Blvd #108
Miami, FL 33196

CLEARED

MEMO TTL's

**Expenses** **$20,502.05** Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 4,666.75 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 4,808.55 | [redacted] |
| 1301 · Allowance for bad debt | 11,026.75 | 163 [redacted] (Agents) TTL |

[redacted]

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANK OF MARIN

$299,000.00

Tracking ID: [redacted]

Created Date: 11/7/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
11/07/2024 1:40 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
11/07/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
[redacted]4340

**To Account Type**
Checking

**Message to Beneficiary**
[redacted]Payoff : [redacted]340

**Purpose Of Wire**
[redacted]Payoff : [redacted]340

**FI-to-FI Information**
[redacted]Payoff : [redacted]340

**Description**
[redacted]Payoff : [redacted]340

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF MARIN | [redacted]4340 | Checking | [redacted]1877 | $299,000.00 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

### Recipient Information

| Wire Name | Address | City |
|---|---|---|
| BANK OF MARIN | 3100 Zinfandel Drive #450 | RANCHO CORDOVA |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 95670 |

### Beneficiary FI

| Name | Address | City |
|---|---|---|
| BANK OF MARIN | 504 Tamalpais Dr | Corte Madera |
| **Beneficiary FI ID** | | **State** |
| [redacted]1877 | | CA |
| | | **ZIP** |
| | | 94925 |

## TRANSCRIPTION PROCESS

## Company

## Financial Institution

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 11/7/2024 1:35 PM | 1. Natalie Hirshman Approve User - 11/7/2024 1:40 PM | 11/7/2024 1:40 PM | 11/7/2024 |

Chat

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANK OF STOCKTON

**$51,123.00**

Tracking ID: [redacted]

Created Date: 3/18/2025

## PAYMENT DETAILS

**Created By**
Vivian Almeda Soria

**Authorized**
03/18/2025 5:47 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
03/19/2025

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
[redacted]7833

**To Account Type**
Checking

**Message to Beneficiary**
APPLY TO LOAN [redacted] FOR PRINCIPAL REDUCTION [redacted]962

**Purpose Of Wire**
[redacted]962

**Description**
PRINCIPAL REDUCTION - [redacted]962

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF STOCKTON | [redacted]7833 | Checking | [redacted]1037 | $51,123.00 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

| Wire Name | Address | City |
|---|---|---|
| BANK OF STOCKTON | 301 E. MINER AVENUE | STOCKTON |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 95202 |

**Beneficiary FI**

| Name | Address | City |
|---|---|---|
| BANK OF STOCKTON | 301 E MINER AVE | STOCKTON |
| **Beneficiary FI ID** | | **State** |
| [redacted]1037 | | CA |
| | | **ZIP** |
| | | 95202 |

## TRANSACTION PROCESS

**Company** **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Vivian Almeda Soria - 3/18/2025 5:45 PM | 1. Natalie Hirshman Approve User - 3/18/2025 5:47 PM | 3/18/2025 5:47 PM | 3/19/2025 |

Chat

8/21/2026 1:25 PM
Checking
******0907

58120

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON

[redacted]

4/18/2025

PAY TO THE ORDER OF Bank of Stockton $ **4,310.64

Four Thousand Three Hundred Ten and 64/100****************************************************************************** DOLLARS

VOID AFTER 90 DAYS

Bank of Stockton
[redacted]

MEMO [redacted]ction

AUTHORIZED SIGNATURE

[redacted]⑆11010371⑆ [redacted]7⑈

[redacted]

**Amount:** $-4,310.64
**Statement Description:** CHECK
**Check Number:** 58120
**Posted Date:** 4/21/2025
**Type:** Debit
**Status:** Posted

8/21/2026 4:39 PM
Woodside CREDIT
******0907

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON

[redacted]

60551

10/3/2025

PAY TO THE ORDER OF DMV Stop $ **78,497.81

Seventy-Eight Thousand Four Hundred Ninety-Seven and 81/100*********************************************************** DOLLARS

DMV Stop

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO 10 TTL's & 2 Additional Funds Due

⑈060551⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-78,497.81
**Statement Description:** CHECK
**Check Number:** 60551
**Posted Date:** 10/9/2025
**Type:** Debit
**Status:** Posted

NO. 60551

DATE 10/03/2025

PAY TO THE ORDER OF DMV Stop $ [redacted]

Seventy-eight thousand four hundred ninety-seven and 81/100* * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

DMV Stop

CLEARED

MEMO 10 TTL's & 2 Additional Funds Due

**Expenses** **$78,497.81** Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,188.39 | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,897.50 | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,090.00 | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 5,481.00 | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,234.70 | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 12,795.00 | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | [redacted] | [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |
| 1301 · Allowance for bad debt | 27,668.00 | 515 TTL- State Fees [redacted] |
| 5450 · Filing Fees | 265.00 | [redacted] |

Deposit To: Bank of Stockton - Checking    Date: [redacted]    Memo: DP CC Charges 10/1/25

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | [redacted] | CHK NO. | PMT METH. | AMOUNT |
|---|---|---|---|---|---|
| FiTech | 1300 · Loans held for [redacted] | [redacted] | | wire transfer | 641.09 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 490.62 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 600.67 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 690.91 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 702.05 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 728.95 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 985.68 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,000.00 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,124.46 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | [redacted]5.61 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,405.11 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,407.04 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,520.88 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,681.82 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,738.98 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,750.00 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,773.01 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 2,395.23 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | [redacted]2.53 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 3,799.47 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 4,668.64 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | [redacted] | | wire transfer | 160.94 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | [redacted] | | wire transfer | 646.16 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | [redacted] | | wire transfer | 2,190.65 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | [redacted] | | wire transfer | 2,560.00 |

Deposit Subtotal [redacted]

Deposit To: Bank of Stockton - Checking Date: [redacted] Memo: Deposit

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | MEMO | CHK NO. | PMT METH. | AMOUNT |
|---|---|---|---|---|---|
| Marshall Goldman Sales & Leasing | 1499 · Undeposited Funds | [redacted] | 081184 | Check | [redacted]1.53 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1321 | Check | 29.50 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1322 | Check | 26.75 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1323 | Check | 59.17 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1324 | Check | 200.62 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1325 | Check | 244.19 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1326 | Check | 83.75 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1556 | Check | 108.49 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1558 | Check | 75.50 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1559 | Check | 52.00 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1560 | Check | 600.28 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1571 | Check | 290.19 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1572 | Check | 63.50 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1573 | Check | 102.25 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | | 1574 | Check | 660.70 |

Deposit Subtotal 4,548.42

8/21/2026 12:38 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

56850

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

[redacted]

BANK OF STOCKTON
[redacted]

1/31/2025

PAY TO THE ORDER OF Myckez Vin Verifier $ **34,877.00

Thirty-Four Thousand Eight Hundred Seventy-Seven and 00/100*************************************************************** DOLLARS

Myckez Vin Verifier
3807 [redacted] Sierra Highway
Building 6 #4525
Acton, CA 93510

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO TTL's

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈056850⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-34,877.00
**Statement Description:** CHECK
**Check Number:** 56850
**Posted Date:** 2/5/2025
**Type:** Debit
**Status:** Posted

NO. 56850

DATE 01/31/2025

PAY TO THE ORDER OF Myckez Vin Verifier

$ 34,877.00

Thirty-four thousand eight hundred seventy-seven and 00/100*********************** DOLLARS

ADDRESS

MyCkez Vin Verifier
3807 [redacted] Sierra Highway
Building 6 #4525
Acton, CA 93510

CLEARED

MEMO TTL's

Expenses $34,877.00 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
| --- | --- | --- |
| 5495 · Loss due to Theft | 792.00 | [redacted] |
| 1301 · Allowance for bad debt | 18,881.00 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 15,204.00 | |

Deposit To: Bank of Stockton - Checking  Date: [redacted]  Memo: DP CC Charges 1/30/25

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | [redacted] | CHK NO. | PMT METH. | AMOUNT |
|---|---|---|---|---|---|
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 389.50 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 490.62 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 517.31 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 702.05 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 861.59 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 861.59 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 867.27 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 924.66 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 924.66 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 940.17 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 991.87 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | 1,071.80 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | [redacted]4.02 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle Licens | [redacted] | | wire transfer | 1,218.41 |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | [redacted] |
| FiTech | 1220 · Advance of Reposession Expense | [redacted] | | wire transfer | [redacted]9.67 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle Licens | [redacted] | | wire transfer | 156.58 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle Licens | [redacted] | | wire transfer | 56.00 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle Licens | [redacted] | | wire transfer | 93.50 |
| FiTech | 5495 · Loss due to Theft | [redacted] | | wire transfer | 1,909.00 |

Deposit Subtotal [redacted]

8/21/2026 1:22 PM
Checking
******0907

55509

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
[redacted]

11/7/2024

PAY TO THE ORDER OF Department of State $ **15,650.25

Fifteen Thousand Six Hundred Fifty and 25/100*************************************************************** DOLLARS

VOID AFTER 90 DAYS

Department of State

MEMO TTL

AUTHORIZED SIGNATURE

⑈055509⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-15,650.25
**Statement Description:** CHECK
**Check Number:** 55509
**Posted Date:** 11/13/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:24 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

55390

WOODSIDE CREDIT
A Classic Approach to Lending

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
[redacted]

BANK OF STOCKTON
[redacted]

10/30/2024

PAY TO THE ORDER OF Judy Dewey's Notary Service $ **42,462.05

Forty-Two Thousand Four Hundred Sixty-Two and 05/100****************************************************************************** DOLLARS

VOID AFTER 90 DAYS

Judy Dewey's Notary Service

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈055390⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-42,462.05
**Statement Description:** CHECK
**Check Number:** 55390
**Posted Date:** 11/1/2024
**Type:** Debit
**Status:** Posted

NO. 55390

DATE 10/30/2024

PAY TO THE ORDER OF Judy Dewey's Notary Service $ 42,462.05

Forty-two thousand four hundred sixty-two and 05/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

Judy Dewey's Notary Service

CLEARED

MEMO TTL's

Expenses $42,462.05 Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 23,866.00 | [redacted] |
| 1301 · Allowance for bad debt | 18,596.05 | |

8/21/2026 1:26 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

56675

WOODSIDE CREDIT
A Classic Approach to Lending

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
[redacted]

1/20/2025

PAY TO THE ORDER OF Houston Texans Auto Title Service $ **55,864.94

Fifty-Five Thousand Eight Hundred Sixty-Four and 94/100******************************************************************** DOLLARS

VOID AFTER 90 DAYS

Houston Texans Auto Title Service

AUTHORIZED SIGNATURE

MEMO
Invoice # 5434, 5435, 5433, 5432

Security Features Included. Details on back.

[redacted]

**Amount:** $-55,864.94
**Statement Description:** CHECK
**Check Number:** 56675
**Posted Date:** 1/27/2025
**Type:** Debit
**Status:** Posted

NO. 56675

DATE 01/20/2025

PAY TO THE ORDER OF Houston Texans Auto Title Service $ 55,864.94

Fifty-five thousand eight hundred sixty-four and 94/100* * * * * * * * * * * * * * * * * * [redacted] * * * * * * * * * * DOLLARS

ADDRESS

Houston Texans Auto Title Servic

CLEARED

MEMO Invoice # 5434, 5435, 5433, 5432

**Expenses** **$55,864.94** Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 11,950.50 | [redacted]690 [redacted] TTL (AGENTS) |
| 1301 · Allowance for bad debt | 17,215.50 | [redacted] |
| 1301 · Allowance for bad debt | 11,356.13 | [redacted] |
| 1301 · Allowance for bad debt | 15,342.81 | [redacted] |

8/21/2026 1:22 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

55469

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

WOODSIDE CREDIT
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

11/5/2024

PAY TO THE ORDER OF Myckez Vin Verifier $ **102,470.00

One Hundred Two Thousand Four Hundred Seventy and 00/100****************************************************** DOLLARS

Myckez Vin Verifier
3807 [redacted] Sierra Highway
Building 6 #4525
Acton, CA 93510

VOID AFTER 90 DAYS

MEMO

AUTHORIZED SIGNATURE

[redacted]

**Amount:** $-102,470.00
**Statement Description:** CHECK
**Check Number:** 55469
**Posted Date:** 11/7/2024
**Type:** Debit
**Status:** Posted

8/21/2026 12:43 PM
Checking
******0907

55630

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
[redacted]

11/14/2024

PAY TO THE ORDER OF DMV Stop $ **88,890.29

Eighty-Eight Thousand Eight Hundred Ninety and 29/100****************************************************************************** DOLLARS

VOID AFTER 90 DAYS

DMV Stop

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRE [redacted] WITH HEAT.

⑈055630⑈ ⑆121101037⑆ [redacted]

**Type:** Debit
**Status:** Posted

8/21/2026 1:24 PM
Checking
******0907

55388

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
[redacted]

10/30/2024

PAY TO THE ORDER OF Avanco Tag & Title LLC $ **18,183.00

Eighteen Thousand One Hundred Eighty-Three and 00/100****************************************************************** DOLLARS

VOID AFTER 90 DAYS

Avanco Tag & Title LLC
430 [redacted] Road
Griffin, GA 30224

MEMO

AUTHORIZED SIGNATURE

[redacted]

**Amount:** $-18,183.00
**Statement Description:** CHECK
**Check Number:** 55388
**Posted Date:** 10/31/2024
**Type:** Debit
**Status:** Posted

NO. 55654

DATE [redacted]

PAY TO THE ORDER OF Avanco Tag & Title LLC

$ 4,172.20

Four thousand one hundred seventy-two and [redacted] DOLLARS

ADDRESS

Avanco Tag & Title LLC
430 [redacted] Road
Griffin, GA 30224

CLEARED

MEMO Additional TTL

Expenses $4,172.20 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,152.00 | [redacted] |
| 1301 · Allowance for bad debt | 2,020.20 | |

NO. 55469

DATE 11/05/2024

PAY TO THE ORDER OF Myckez Vin Verifier

$ 102,470.00

One hundred two thousand four hundred seventy and 00/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

MyCkez Vin Verifier
3807 [redacted] Sierra Highway
Building 6 #4525
Acton, CA 93510

CLEARED

MEMO TTL's & Vin Verifications

**Expenses** **$102,470.00** Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 3,575.00 | [redacted] |
| 1301 · Allowance for bad debt | 7,983.00 | |
| 1301 · Allowance for bad debt | 1,583.00 | |
| 1301 · Allowance for bad debt | 17,027.00 | 568 TTL |
| 1301 · Allowance for bad debt | 25,801.00 | [redacted] |
| 1301 · Allowance for bad debt | 13,718.00 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 6,403.00 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 9,875.00 | |
| 1301 · Allowance for bad debt | 16,225.00 | |
| 5450 · Filing Fees | 100.00 | |
| 5450 · Filing Fees | 100.00 | |
| 5450 · Filing Fees | 80.00 | |

Good Afternoon, Eileen Yang

# Online Activity ⓘ

## TRANSACTION DETAILS

### DOMESTIC WIRE

### FRANDSEN BANK & TRUST

**$8,560.40**

Tracking ID: [redacted]

Created Date: 4/8/2025

## PAYMENT DETAILS

**Created By**
Debbie LeClaire

**Authorized**
04/08/2025 11:28 AM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
04/08/2025

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
[redacted]5443

**To Account Type**
Checking

**Message to Beneficiary**
CREDIT [redacted] - ACCOUNT # [redacted] - TTL & INTE REST - [redacted]710

**Purpose Of Wire**
[redacted]710

**Description**
[redacted]710

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| FRANDSEN BANK & TRUST | [redacted] | Checking | [redacted] | $8,560.40 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

| Wire Name | Address | City |
|---|---|---|
| FRANDSEN BANK & TRUST | 7429 EXCELSIOR ROAD | BAXTER |

**State**
MN

**ZIP**
56425

**Beneficiary FI**

| Name | Address | City |
|---|---|---|
| FRANDSEN BANK & TRUST | 116 Central St W | Lonsdale |

**Beneficiary FI ID**
[redacted]

**State**
MN

**ZIP**
55046

# TRANSACTION PROCESS

## Company

## Financial Institution

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Debbie LeClaire - 4/8/2025 10:02 AM | 1. Natalie Hirshman Approve User - 4/8/2025 11:15 AM | 4/8/2025 11:28 AM | 4/8/2025 |

Chat

NO. 55630

DATE 11/14/2024

PAY TO THE ORDER OF DMV Stop $ 88,890.29

Eighty-eight thousand eight hundred ninety and 29/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

DMV Stop

CLEARED

MEMO TTL's

**Expenses** $88,890.29 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,101.25 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,630.50 | |
| 1301 · Allowance for bad debt | 21,149.69 | [redacted] 921 [redacted] TTL |
| 1301 · Allowance for bad debt | 12,863.50 | [redacted] |
| 1301 · Allowance for bad debt | 15,715.41 | [redacted] |
| 5450 · Filing Fees | 215.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 8,425.50 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,571.64 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,799.93 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 480.00 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 956.99 | |
| 1301 · Allowance for bad debt | 9,460.00 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,913.94 | |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,606.94 | |

8/21/2026 2:10 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER

60427

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
[redacted]

9/24/2025

PAY TO THE ORDER OF DMV Stop $ **33,435.77

Thirty-Three Thousand Four Hundred Thirty-Five and 77/100****************************************************************** DOLLARS

VOID AFTER 90 DAYS

DMV Stop

MEMO Balances Due for TTL

AUTHORIZED SIGNATURE

⑈060427⑈ ⑆121101037⑆ [redacted]

[redacted]

**Amount:** $-33,435.77
**Statement Description:** CHECK
**Check Number:** 60427
**Posted Date:** 9/30/2025
**Type:** Debit
**Status:** Posted

NO. 60427

DATE 09/24/2025

PAY TO THE ORDER OF DMV Stop $ 33,435.77

Thirty-three thousand four hundred thirty-five and 77/100*************************** DOLLARS

ADDRESS

DMV Stop

CLEARED

MEMO Balances Past Due for TTL's

Expenses $33,435.77 Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 126.00 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 28.32 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 614.48 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 415.81 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 38.50 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,316.31 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 260.35 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,990.81 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 341.63 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 341.56 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 131.83 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 63.50 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 15.50 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,203.50 | [redacted]065 [redacted] LLC & [redacted] TTL-Invoice 21084 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,094.50 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 11,686.93 | [redacted] |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 178.00 | [redacted] |

# EXHIBIT 3

# PREJUDGMENT-INTEREST COMPUTATION

*Woodside Credit, LLC v. Ramos, et al.*, No. 8:25-cv-02146-FWS-JDE (C.D. Cal.) — Trevisan Declaration Exhibit 3

Simple interest at seven percent (7%) per annum (Cal. Const. art. XV, § 1; Cal. Civ. Code § 3287(a)) on each payment listed on Exhibit 1,

from the date of payment through September 24, 2026 (the noticed hearing date). Payments are keyed to Exhibit 1 by row, date, reference, and truncated loan number.

| Row | Payment Date | Type | Check / Ref. No. | Loan No. (last 3) | Amount ($) | Days to 9/24/2026 | Interest at 7% ($) |
|---|---|---|---|---|---|---|---|
| 1 | 10/24/2024 | Check | 55336 | ***223 | 11,713.00 | 700 | 1,572.43 |
| 2 | 10/25/2024 | Check | EFT | ***392 | 195,851.77 | 699 | 26,254.87 |
| 3 | 10/30/2024 | Check | 55390 | ***338 | 18,596.05 | 694 | 2,475.06 |
| 4 | 10/30/2024 | Check | 55388 | ***240 | 20,203.20 | 694 | 2,688.96 |
| 5 | 10/30/2024 | Check | 55390 | ***987 | 23,866.00 | 694 | 3,176.47 |
| 6 | 10/30/2024 | Check | 55391 | ***720 | 27,034.00 | 694 | 3,598.11 |
| 7 | 10/31/2024 | Check | 55409 | ***067 | 1,840.00 | 693 | 244.54 |
| 8 | 11/04/2024 | Check | 55451 | ***098 | 10,910.00 | 689 | 1,441.61 |
| 9 | 11/05/2024 | Check | 55469 | ***055 | 1,583.00 | 688 | 208.87 |
| 10 | 11/05/2024 | Check | 55469 | ***111 | 3,575.00 | 688 | 471.70 |
| 11 | 11/05/2024 | Check | 55469 | ***001 | 7,983.00 | 688 | 1,053.32 |
| 12 | 11/05/2024 | Check | 55469 | ***706 | 13,718.00 | 688 | 1,810.02 |
| 13 | 11/05/2024 | Check | 55469 | ***528 | 16,225.00 | 688 | 2,140.81 |
| 14 | 11/05/2024 | Check | 55469 | ***568 | 17,027.00 | 688 | 2,246.63 |
| 15 | 11/05/2024 | Check | 55469 | ***927 | 25,801.00 | 688 | 3,404.32 |
| 16 | 11/07/2024 | Check | 55509 | ***761 | 15,650.25 | 686 | 2,058.97 |
| 17 | 11/07/2024 | Check | EFT | ***579 | 36,700.00 | 686 | 4,828.31 |
| 18 | 11/07/2024 | Check | EFT | ***801 | 180,966.19 | 686 | 23,808.21 |
| 19 | 11/07/2024 | Check | EFT | ***340 | 299,000.00 | 686 | 39,336.93 |
| 20 | 11/13/2024 | Check | 55595 | ***498 | 7,810.25 | 680 | 1,018.54 |
| 21 | 11/13/2024 | Check | 55594 | ***544 | 7,871.00 | 680 | 1,026.46 |
| 22 | 11/13/2024 | Check | 55595 | ***666 | 8,141.75 | 680 | 1,061.77 |
| 23 | 11/13/2024 | Check | 55594 | ***562 | 8,739.00 | 680 | 1,139.66 |
| 24 | 11/13/2024 | Check | 55595 | ***239 | 10,456.08 | 680 | 1,363.59 |
| 25 | 11/13/2024 | Check | 55593 | ***261 | 10,587.19 | 680 | 1,380.69 |
| 26 | 11/13/2024 | Check | 55596 | ***664 | 16,587.39 | 680 | 2,163.18 |
| 27 | 11/13/2024 | Check | 55595 | ***521 | 18,596.75 | 680 | 2,425.22 |
| 28 | 11/13/2024 | Check | 55594 | ***891 | 22,607.00 | 680 | 2,948.20 |
| 29 | 11/14/2024 | Check | 55629 | ***091 | 2,067.00 | 679 | 269.16 |
| 30 | 11/14/2024 | Check | 55630 | ***811 | 9,460.00 | 679 | 1,231.87 |
| 31 | 11/14/2024 | Check | 55630 | ***065 | 14,067.00 | 679 | 1,831.79 |
| 32 | 11/14/2024 | Check | 55630 | ***087 | 15,715.41 | 679 | 2,046.45 |
| 33 | 11/14/2024 | Check | 55630 | ***921 | 21,149.69 | 679 | 2,754.10 |
| 34 | 11/20/2024 | Check | 55726 | ***673 | 1,494.25 | 673 | 192.86 |
| 35 | 11/29/2024 | Check | 55871 | ***226 | 204.00 | 664 | 25.98 |
| 36 | 11/29/2024 | Check | 55871 | ***286 | 20,461.00 | 664 | 2,605.55 |
| 37 | 12/04/2024 | Check | 55924 | ***272 | 8,978.06 | 659 | 1,134.68 |

| Row | Payment Date | Type | Check / Ref. No. | Loan No. (last 3) | Amount ($) | Days to 9/24/2026 | Interest at 7% ($) |
|---|---|---|---|---|---|---|---|
| 38 | 12/04/2024 | Check | EFT | ***148 | 60,000.00 | 659 | 7,583.01 |
| 39 | 12/05/2024 | Check | 55979 | ***158 | 23,986.75 | 658 | 3,026.93 |
| 40 | 12/06/2024 | Check | 56021 | ***866 | 9,273.00 | 657 | 1,168.40 |
| 41 | 12/11/2024 | Check | 56076 | ***734 | 1,036.47 | 652 | 129.60 |
| 42 | 12/17/2024 | Check | 56148 | ***582 | 26,094.66 | 646 | 3,232.88 |
| 43 | 12/18/2024 | Check | 56180 | ***936 | 76,058.23 | 645 | 9,408.30 |
| 44 | 12/19/2024 | Check | 56182 | ***032 | 34,584.00 | 644 | 4,271.36 |
| 45 | 12/26/2024 | Check | 56262 | ***364 | 159.00 | 637 | 19.42 |
| 46 | 12/26/2024 | Check | 56262 | ***440 | 159.00 | 637 | 19.42 |
| 47 | 12/26/2024 | Check | 56262 | ***409 | 159.00 | 637 | 19.42 |
| 48 | 12/26/2024 | Check | 56262 | ***246 | 293.00 | 637 | 35.79 |
| 49 | 12/26/2024 | Check | 56262 | ***681 | 547.00 | 637 | 66.82 |
| 50 | 12/26/2024 | Check | 56262 | ***125 | 640.00 | 637 | 78.19 |
| 51 | 12/26/2024 | Check | 56262 | ***616 | 984.00 | 637 | 120.21 |
| 52 | 12/26/2024 | Check | 56262 | ***347 | 984.00 | 637 | 120.21 |
| 53 | 12/26/2024 | Check | 56262 | ***349 | 984.00 | 637 | 120.21 |
| 54 | 12/26/2024 | Check | 56262 | ***386 | 1,118.00 | 637 | 136.58 |
| 55 | 12/26/2024 | Check | 56262 | ***075 | 1,118.00 | 637 | 136.58 |
| 56 | 12/26/2024 | Check | 56262 | ***359 | 1,280.00 | 637 | 156.37 |
| 57 | 12/26/2024 | Check | 56262 | ***880 | 1,325.00 | 637 | 161.87 |
| 58 | 12/26/2024 | Check | 56262 | ***735 | 1,370.00 | 637 | 167.37 |
| 59 | 12/26/2024 | Check | 56272 | ***473 | 1,463.25 | 637 | 178.76 |
| 60 | 12/30/2024 | General Journal | 2025.0032 | ***075 | 670.00 | 633 | 81.34 |
| 61 | 12/30/2024 | General Journal | 2025.0032 | ***670 | 670.00 | 633 | 81.34 |
| 62 | 12/30/2024 | General Journal | 2025.0032 | ***700 | 2,310.00 | 633 | 280.43 |
| 63 | 12/31/2024 | Check | 56387 | ***413 | 15,811.16 | 632 | 1,916.40 |
| 64 | 01/06/2025 | Check | 56469 | ***044 | 10,726.75 | 626 | 1,287.80 |
| 65 | 01/15/2025 | Check | 56614 | ***801 | 10,949.00 | 617 | 1,295.58 |
| 66 | 01/15/2025 | Check | 56597 | ***289 | 14,573.00 | 617 | 1,724.41 |
| 67 | 01/17/2025 | Check | 56652 | ***163 | 11,026.75 | 615 | 1,300.55 |
| 68 | 01/20/2025 | Check | 56675 | ***891 | 11,356.13 | 612 | 1,332.87 |
| 69 | 01/20/2025 | Check | 56675 | ***690 | 11,950.50 | 612 | 1,402.63 |
| 70 | 01/20/2025 | Check | 56675 | ***633 | 15,342.81 | 612 | 1,800.78 |
| 71 | 01/20/2025 | Check | 56675 | ***085 | 17,215.50 | 612 | 2,020.58 |
| 72 | 01/27/2025 | Check | 56762 | ***668 | 23,745.00 | 605 | 2,755.07 |
| 73 | 01/30/2025 | Check | 56826 | ***967 | 11,755.25 | 602 | 1,357.17 |
| 74 | 01/31/2025 | Check | 56850 | ***131 | 792.00 | 601 | 91.29 |
| 75 | 01/31/2025 | Check | 56850 | ***546 | 42,050.50 | 601 | 4,846.75 |
| 76 | 02/11/2025 | Check | 56996 | ***802 | 1,194.00 | 590 | 135.10 |
| 77 | 02/11/2025 | Check | 56996 | ***168 | 12,908.00 | 590 | 1,460.55 |
| 78 | 02/12/2025 | Check | 57000 | ***092 | 76,467.93 | 589 | 8,637.73 |
| 79 | 02/14/2025 | Check | 57056 | ***464 | 700.00 | 587 | 78.80 |
| 80 | 02/14/2025 | Check | 57056 | ***816 | 977.75 | 587 | 110.07 |

| Row | Payment Date | Type | Check / Ref. No. | Loan No. (last 3) | Amount ($) | Days to 9/24/2026 | Interest at 7% ($) |
|---|---|---|---|---|---|---|---|
| 81 | 02/27/2025 | Check | 57270 | ***565 | 4,766.00 | 574 | 524.65 |
| 82 | 03/11/2025 | Check | 57475 | ***630 | 9,938.00 | 562 | 1,071.13 |
| 83 | 03/19/2025 | Check | EFT | ***962 | 51,123.00 | 554 | 5,431.64 |
| 84 | 04/10/2025 | Check | EFT | ***710 | 8,560.40 | 532 | 873.40 |
| 85 | 04/18/2025 | Check | 58120 | ***277 | 4,310.64 | 524 | 433.19 |
| 86 | 05/06/2025 | Check | 58467 | ***110 | 1,030.00 | 506 | 99.95 |
| 87 | 05/07/2025 | Check | 58498 | ***981 | 1,614.00 | 505 | 156.31 |
| 88 | 05/07/2025 | Check | 58490 | ***176 | 3,192.00 | 505 | 309.14 |
| 89 | 05/09/2025 | Check | 58549 | ***478 | 4,231.00 | 503 | 408.15 |
| 90 | 05/14/2025 | Check | 58591 | ***494 | 3,878.00 | 498 | 370.38 |
| 91 | 05/15/2025 | Check | 58637 | ***660 | 4,076.00 | 497 | 388.50 |
| 92 | 05/16/2025 | Check | 58654 | ***962 | 3,607.00 | 496 | 343.11 |
| 93 | 06/11/2025 | Check | 59030 | ***474 | 1,305.50 | 470 | 117.67 |
| 94 | 06/11/2025 | Check | 59017 | ***561 | 1,567.80 | 470 | 141.32 |
| 95 | 06/19/2025 | Check | 59189 | ***744 | 12,814.00 | 462 | 1,135.36 |
| 96 | 12/17/2025 | Check | 62404 | ***019 | 3,804.00 | 281 | 205.00 |
| 97 | 12/17/2025 | Check | 62379 | ***847 | 5,352.00 | 281 | 288.42 |
| 98 | 12/17/2025 | Check | 62372 | ***282 | 6,050.00 | 281 | 326.04 |
| 99 | 12/17/2025 | Check | 62370 | ***498 | 11,857.00 | 281 | 638.98 |
| 100 | 12/31/2025 | General Journal | VA 2025 | ***101 | 430.00 | 267 | 22.02 |
| 101 | 12/31/2025 | General Journal | VA 2025.32 | ***473 | 921.21 | 267 | 47.17 |
| 102 | 12/31/2025 | General Journal | VA 2025.32 | ***601 | 1,355.00 | 267 | 69.38 |
| 103 | 12/31/2025 | General Journal | VA 2025 | ***184 | 1,521.00 | 267 | 77.88 |
| 104 | 12/31/2025 | General Journal | VA 2025.32 | ***502 | 13,359.64 | 267 | 684.09 |
| 105 | 12/31/2025 | General Journal | VA 2025.32 | ***605 | 31,652.00 | 267 | 1,620.76 |
| 106 | 01/13/2026 | Check | 62755 | ***669 | 10,000.00 | 254 | 487.12 |
| 107 | 02/11/2026 | Check | 63278 | ***160 | 14,916.40 | 225 | 643.65 |
| 108 | 02/20/2026 | Check | 63396 | ***019 | 1,413.50 | 216 | 58.55 |
| 109 | 02/20/2026 | General Journal | VA 2026.5 | ***261 | 1,316.31 | 216 | 54.53 |
| | | | | **TOTAL** | **1,890,005.07** | | **230,822.32** |

Interest continues to accrue after September 24, 2026 at $362.47 per day ($1,890,005.07 × 7% ÷ 365).