Geoffrey Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

vs.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**PROOF OF SERVICE**

Date: September 24, 2026
Time: 10:00 a.m.
Crtrm.: 10A
Judge: Hon. Fred W. Slaughter

**PROOF OF SERVICE**

I, Geoffrey A. Neri, declare as follows:

1. I am a citizen of the United States, over the age of eighteen years, and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11601 Wilshire Boulevard, Suite 2080, Los Angeles, California 90025. I am a member of the bar of this Court, and I am readily familiar with my firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, under which correspondence is deposited with the United States Postal Service that same day, with first-class postage thereon fully prepaid, in the ordinary course of business.

2. On August 24, 2026, I served true and correct copies of the following documents:

(1) Notice of Motion and Motion for Default Judgment Against Defendant Alexander G. Ramos; Memorandum of Points and Authorities;

(2) Declaration of Geoffrey A. Neri in Support of Plaintiff's Motion for Default Judgment, with Exhibits A–C;

(3) Declaration of Brian Trevisan in Support of Plaintiff's Motion for Default Judgment, with Exhibits 1–3 (public redacted version);

(4) Request for Judicial Notice in Support of Plaintiff's Motion for Default Judgment, with Exhibits 1–5;

(5) [Proposed] Default Judgment Against Defendant Alexander G. Ramos;

(6) Plaintiff's Application for Leave to File Under Seal Portions of the Evidence Submitted with Its Motion for Default Judgment; Declaration of Geoffrey A. Neri in Support;

(7) [Proposed] Order Granting Plaintiff's Application for Leave to File Under Seal; and

(8) this Proof of Service,

on the defaulting defendant in this action, by placing them in a sealed envelope, marked “Legal Mail,” with first-class postage thereon fully prepaid, and depositing the envelope for collection and mailing with the United States Postal Service at Los Angeles, California, following my firm’s ordinary business practice described above, addressed as follows:

Alexander G. Ramos
USM No. 86299071
Santa Ana City Jail
62 Civic Center Plaza
Santa Ana, California 92701

3. Service of the foregoing documents on Ramos by mail is made pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and provides the notice to the defaulting party contemplated by Local Rule 55-2. All other parties who have appeared in this action are registered CM/ECF users and are served automatically by the Court’s CM/ECF system through the Notice of Electronic Filing. *See* L.R. 5-3.2.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2026, at Los Angeles, California.

/s/ Geoffrey A. Neri
Geoffrey A. Neri