Geoffrey Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>**DECLARATION OF BRIAN TREVISAN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ALEXANDER G. RAMOS**<br><br>Date: September 24, 2026<br>Time: 10:00 a.m.<br>Crtrm.: 10A |

**DECLARATION OF BRIAN TREVISAN**

I, Brian Trevisan, declare as follows:

1. I am an Executive Vice President of Plaintiff Woodside Credit, LLC ("Woodside"). I was Alexander G. Ramos's ("Ramos") supervisor during the period relevant to this action, and I participated directly in Woodside's October 2024 discovery and investigation of the misconduct described below. I have personal knowledge of the facts set forth in this declaration, or know them from my review of Woodside's business records described herein and from my supervision of Woodside's remediation effort, and if called as a witness I could and would testify competently to them. I make this declaration in support of Woodside's Motion for Default Judgment Against Defendant Ramos (the "Motion").

2. *Records foundation.* The Woodside records referenced in this declaration and attached as exhibits are records of a regularly conducted activity of Woodside: they were made at or near the time of the events they record, by (or from information transmitted by) persons with knowledge of those events; they are kept in the course of Woodside's regularly conducted business activity; and making and keeping them is a regular practice of that activity. *See* Fed. R. Evid. 803(6). I am familiar with Woodside's accounting and record-keeping systems; the accounting entries summarized below were made and maintained by Woodside's accounting department in the ordinary course of business under controls with which I am familiar; and I am a qualified witness to authenticate them. The summary schedules attached hereto accurately summarize voluminous underlying records, which Woodside will make available to the Court or any party upon request. *See* Fed. R. Evid. 1006.

3. *Ramos's position and scheme.* Ramos was employed by Woodside from 2017 until Woodside terminated his access in October 2024, most recently as Assistant Vice President, Title & Risk Manager. In that position, Ramos supervised the employees who

processed disbursements of tax, title, and licensing funds ("TT&L Fees") that Woodside holds and remits for its borrowers; had authority to initiate and direct TT&L check requests, including the selection and use of outside title agents; and handled the majority of Woodside's repossession sales with the partner banks that own Woodside-originated loans ("Partner Banks"). In October 2024, I participated in the investigation through which Woodside discovered that Ramos had, among other things, directed Woodside TT&L checks to a Montana title agent for borrowers with no Montana connection and directed disbursements from that agent's account, including checks payable to "Woodside Credit" that Woodside never received. Woodside terminated Ramos's systems access on October 18, 2024 and reported the theft to law enforcement.

4. *Consequence of the thefts.* Because Ramos diverted funds that Woodside held to pay borrowers' sales tax, title, registration, and licensing obligations — and corrupted repossession-sale transactions Woodside handled for its Partner Banks — Woodside was required to pay out of its own funds, a second time, the amounts necessary to make its borrowers and Partner Banks whole: completing registrations and titles through replacement agents and state DMVs, refunding borrowers, paying off or reducing Partner Bank balances on corrupted transactions, and paying related costs. Woodside's accounting department tracked each such remediation payment in its general ledger under a dedicated loss-due-to-theft account (account no. 5495).

5. *The remediation schedule.* Attached hereto as **Exhibit 1** is a true and correct copy of Woodside's schedule of loss-due-to-theft payments. The schedule reflects **109 payments made between October 24, 2024 and February 20, 2026, totaling $1,890,005.07**, each identified by date, check or reference number, payee, affected loan number, memo description, and amount. The schedule was prepared and is maintained by Woodside's accounting department in the ordinary course of business, and I have reviewed it and confirmed it against Woodside's underlying accounting and banking records.

Woodside provided this same loss schedule to the United States Attorney's Office in connection with the parallel criminal prosecution of Ramos. The version of Exhibit 1 filed on the public docket redacts nonparty borrower names, all but the last three digits of loan numbers, and financial-account information; the unredacted version is submitted under seal pursuant to Woodside's concurrently filed Application for Leave to File Under Seal.

6. *Categories of remediation payments.* The 109 payments comprise: (a) re-payment of borrowers' TT&L obligations that Ramos had diverted — payments to replacement title agents, state departments of motor vehicles, VIN verification services, and similar payees, and TT&L refunds paid directly to borrowers; (b) **$912,979.93** in payoffs and principal reductions paid to Partner Banks in connection with repossession-sale and collateral transactions corrupted by Ramos — specifically, payments on Loan Nos. 348392 ($195,851.77), 427579 ($36,700.00), 383801 ($180,966.19), 434340 ($299,000.00), 305148 ($60,000.00), 411092 ($76,467.93), 442962 ($51,123.00), 457710 ($8,560.40), and 447277 ($4,310.64); and (c) related out-of-pocket costs, including towing and filing fees, borrower settlements, and write-offs recorded as losses due to the theft. (Ex. 1.)

7. *Outside title agent transactions.* A portion of the remediation payments reflected on Exhibit 1 relates to loan transactions Woodside had routed through outside title agents under Ramos's supervision — including transactions sent to Registration Express Service, a California title agent, for which Woodside disbursed TT&L funds that were never applied to the borrowers' registrations. The selection, use, and oversight of outside title agents was within Ramos's responsibility as Title & Risk Manager, and the failures of these transactions were discovered as part of the same investigation of Ramos's conduct. Woodside re-completed these registrations at its own expense, and those re-payments are included in Exhibit 1.

8. *No double counting.* Exhibit 1 does not include, and Woodside does not by the Motion separately seek, the face amounts of the TT&L checks Ramos diverted to the

Montana title agent, the approximately $1,419,803 in "refund" checks and wires that the Montana agent issued to Fadi Elias, Jennifer Pope, and Classic Motors, Inc. at Ramos's direction, or the amounts deposited into the "Ramos-Woodside Credit, LLC" Chase Bank account Ramos controlled. Those diverted funds are what made the remediation payments in Exhibit 1 necessary; Exhibit 1 measures Woodside's actual out-of-pocket cost of restoration, and is therefore a conservative measure of Woodside's loss.

9. *Backup records.* Attached as **Exhibit 2** are true and correct copies of underlying payment records supporting the entries on Exhibit 1, including check images, electronic funds transfer confirmations, and check register excerpts. Woodside will make the complete set of underlying records available to the Court or any party upon request. *See* Fed. R. Evid. 1006. The version of Exhibit 2 filed on the public docket is redacted in the same manner as Exhibit 1; the unredacted version is submitted under seal.

10. *Total loss.* Woodside's out-of-pocket loss proximately caused by Ramos's conduct, as reflected on Exhibit 1, is **$1,890,005.07**. This figure is consistent with, and conservative relative to, the damages computation in Woodside's initial disclosures (no less than $4,000,000, which encompassed the gross diverted funds). For purposes of the Motion, Woodside seeks $1,890,005.07, which does not exceed the $4,000,000 demanded in the Complaint's Prayer for Relief.

11. *Insurance recovery; no other offsets.* Woodside's total out-of-pocket remediation payments arising from Ramos's conduct were $2,260,423.66. One of the remediated losses arose from a 2022 loan of $372,155.57 that financed a borrower's purchase of a Rolls Royce Cullinan. The vehicle was stolen in March 2024 and later declared a total loss, and the vehicle's insurer issued a payoff check to Woodside — which Ramos intercepted and deposited into the "Ramos-Woodside Credit, LLC" Chase account while representing to the Partner Bank that the insurance payment remained outstanding. After discovering the theft in October 2024, Woodside paid off the Partner Bank loan itself

and submitted a claim to the insurer, which subsequently reissued payment to Woodside of $370,418.59. The schedule attached as Exhibit 1 is net of that $370,418.59 recovery. Other than that recovery, no portion of the losses reflected on Exhibit 1 has been repaid to, or recovered by, Woodside from any source — whether through restitution, forfeiture remission or restoration, recovery from any co-defendant, or otherwise.

12. *Prejudgment interest.* Attached as **Exhibit 3** is a prejudgment-interest computation, prepared at my direction and verified by me, applying simple interest at seven percent (7%) per annum to each payment on Exhibit 1 from the date Woodside made that payment through September 24, 2026, the noticed hearing date on the Motion. The interest so computed totals **$230,822.32**, and accrues thereafter at **$362.47** per day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2026, at Newport Beach, California.

Brian Trevisan

## INDEX OF EXHIBITS

**Exhibit 1** Woodside Credit loss-due-to-theft payment schedule — 109 remediation payments, October 24, 2024 through February 20, 2026, totaling $1,890,005.07 (Fed. R. Evid. 1006 summary of Woodside accounting records) (redacted; unredacted version filed under seal)

**Exhibit 2** Underlying payment records — check images, electronic funds transfer confirmations, and check register excerpts (redacted; unredacted version filed under seal)

**Exhibit 3** Prejudgment-interest computation — seven percent (7%) per annum, simple, from each payment date through September 24, 2026

# EXHIBIT 1

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Type | Date | Num | Name | Loan # |
|---|---|---|---|---|
| Check | 10/24/2024 | 55336 | Anthony Codet | 454223 |
| Check | 10/25/2024 | EFT | Bank of Stockton | 348392 |
| Check | 10/30/2024 | 55390 | Judy Dewey's Notary Service | 455338 |
| Check | 10/30/2024 | 55388 | Avanco Tag & Title LLC | 456240 |
| Check | 10/30/2024 | 55390 | Judy Dewey's Notary Service | 454987 |
| Check | 10/30/2024 | 55391 | Greenlight Titles | 456720 |
| Check | 10/31/2024 | 55409 | DMV Stop | 449067 |
| Check | 11/4/2024 | 55451 | Derek Glabecki | 450098 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 456055 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 439111 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 451001 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 456706 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 442528 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 456568 |
| Check | 11/5/2024 | 55469 | Myckez Vin Verifier | 455927 |
| Check | 11/7/2024 | 55509 | Department of State | 452761 |
| Check | 11/7/2024 | EFT | Bank of California | 427579 |
| Check | 11/7/2024 | EFT | Bank of Marin | 383801 |
| Check | 11/7/2024 | EFT | Bank of Marin | 434340 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | 456498 |
| Check | 11/13/2024 | 55594 | Myckez Vin Verifier | 439544 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | 456666 |
| Check | 11/13/2024 | 55594 | Myckez Vin Verifier | 456562 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | 456239 |
| Check | 11/13/2024 | 55593 | DMV Stop | 456261 |
| Check | 11/13/2024 | 55596 | Cascio Motors | 457664 |
| Check | 11/13/2024 | 55595 | Hammocks Auto Tag Agency, Inc | 457521 |
| Check | 11/13/2024 | 55594 | Myckez Vin Verifier | 453891 |
| Check | 11/14/2024 | 55629 | John P. Russell Agency | 448091 |
| Check | 11/14/2024 | 55630 | DMV Stop | 430811 |
| Check | 11/14/2024 | 55630 | DMV Stop | 458065 |
| Check | 11/14/2024 | 55630 | DMV Stop | 456087 |
| Check | 11/14/2024 | 55630 | DMV Stop | 457921 |
| Check | 11/20/2024 | 55726 | Michael Huberty | 456673 |
| Check | 11/29/2024 | 55871 | Myckez Vin Verifier | 417226 |
| Check | 11/29/2024 | 55871 | Myckez Vin Verifier | 433286 |
| Check | 12/4/2024 | 55924 | Joshua Ax | 438272 |
| Check | 12/4/2024 | EFT | Banc of California | 305148 |
| Check | 12/5/2024 | 55979 | Hammocks Auto Tag Agency, Inc | 452158 |
| Check | 12/6/2024 | 56021 | Jimmy Narine | 340866 |
| Check | 12/11/2024 | 56076 | Jose Perez | 456734 |
| Check | 12/17/2024 | 56148 | Myckez Vin Verifier | 431582 |
| Check | 12/18/2024 | 56180 | Cook Notary & Auto Title, Inc. | 451936 |

| | | | | |
|---|---|---|---|---|
| Check | 12/19/2024 | 56182 | DMV Stop | 447032 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 453364 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 455440 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 457409 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 470246 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 454681 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 447125 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 450616 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 453347 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 453349 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 452386 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 453075 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 453359 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 454880 |
| Check | 12/26/2024 | 56262 | Agent for Montana Titles Inc. | 453735 |
| Check | 12/26/2024 | 56272 | Konrad Lyngvar | 445473 |
| General Journal | 12/30/2024 | 2025.0032 | | 449075 |
| General Journal | 12/30/2024 | 2025.0032 | | 451670 |
| General Journal | 12/30/2024 | 2025.0032 | | 445700 |
| Check | 12/31/2024 | 56387 | Avanco Tag & Title LLC | 453413 |
| Check | 1/6/2025 | 56469 | Hammocks Auto Tag Agency, Inc | 456044 |
| Check | 1/15/2025 | 56614 | Frank & Elizabeth Billante | 445801 |
| Check | 1/15/2025 | 56597 | Myckez Vin Verifier | 447289 |
| Check | 1/17/2025 | 56652 | Hammocks Auto Tag Agency, Inc | 432163 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | 456891 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | 455690 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | 451633 |
| Check | 1/20/2025 | 56675 | Houston Texans Auto Title Service | 454085 |
| Check | 1/27/2025 | 56762 | Myckez Vin Verifier | 456668 |
| Check | 1/30/2025 | 56826 | Department of State | 344967 |
| Check | 1/31/2025 | 56850 | Myckez Vin Verifier | 339131 |
| Check | 1/31/2025 | 56850 | Myckez Vin Verifier | 451546 |
| Check | 2/11/2025 | 56996 | Myckez Vin Verifier | 440802 |
| Check | 2/11/2025 | 56996 | Myckez Vin Verifier | 456168 |
| Check | 2/12/2025 | 57000 | First Federal Bank | 411092 |
| Check | 2/14/2025 | 57056 | Houston Texans Auto Title Service | 454464 |
| Check | 2/14/2025 | 57056 | Houston Texans Auto Title Service | 457816 |
| Check | 2/27/2025 | 57270 | Myckez Vin Verifier | 450565 |
| Check | 3/11/2025 | 57475 | DMV Stop | 447630 |
| Check | 3/19/2025 | EFT | Bank of Stockton | 442962 |
| Check | 4/10/2025 | EFT | Frandsen Bank & Trust | 457710 |
| Check | 4/18/2025 | 58120 | Bank of Stockton | 447277 |
| Check | 5/6/2025 | 58467 | Myckez Vin Verifier | 435110 |
| Check | 5/7/2025 | 58498 | Anthony Valdes | 427981 |

| | | | | |
|---|---|---|---|---|
| Check | 5/7/2025 | 58490 | Myckez Vin Verifier | 437176 |
| Check | 5/9/2025 | 58549 | Jeffrey Charlow | 453478 |
| Check | 5/14/2025 | 58591 | Myckez Vin Verifier | 434494 |
| Check | 5/15/2025 | 58637 | Jovhon Hood | 452660 |
| Check | 5/16/2025 | 58654 | Myckez Vin Verifier | 440962 |
| Check | 6/11/2025 | 59030 | Greenlight Titles | 429474 |
| Check | 6/11/2025 | 59017 | DMV Stop | 343561 |
| Check | 6/19/2025 | 59189 | Myckez Vin Verifier | 452744 |
| Check | 12/17/2025 | 62404 | Bryan Gomes | 345019 |
| Check | 12/17/2025 | 62379 | Edward Kinsley | 336847 |
| Check | 12/17/2025 | 62372 | Vigen Voskanian | 315282 |
| Check | 12/17/2025 | 62370 | Michael Byun | 344498 |
| General Journal | 12/31/2025 | VA 2025 .15 | | 455101 |
| General Journal | 12/31/2025 | VA 2025.32 | | 352473 |
| General Journal | 12/31/2025 | VA 2025.32 | | 432601 |
| General Journal | 12/31/2025 | VA 2025 .15 | | 453184 |
| General Journal | 12/31/2025 | VA 2025.32 | | 422502 |
| General Journal | 12/31/2025 | VA 2025.32 | | 451605 |
| Check | 1/13/2026 | 62755 | Tina Hogue | 307669 |
| Check | 2/11/2026 | 63278 | Eva Littman | 437160 |
| Check | 2/20/2026 | 63396 | Bryan Gomes | 345019 |
| General Journal | 2/20/2026 | VA 2026.5 | | 456261 |

| Memo |
|---|
| 454223 Codet - TTL Refund |
| Payoff: Brandon Miller 348392 |
| 455338 Brown TTL |
| 456240 Chin TTL AR |
| 454987 Brown TTL |
| 456720 Betances TTL |
| 449067 Alcala TTL |
| 450098 Derek Glabecki TTL Refund |
| 456055 Pham TTL |
| 439111 Keehne II TTL |
| 451001 Johal TTL |
| 456706 Stebel TTL |
| 442528 Medlock |
| 456568 Donis TTL |
| 455927 Mahmood TTL |
| 452761 Breeny TTL |
| Payoff: Jay Scanlon 427579 |
| Payoff: Anika Hilderbrand 383801 |
| Payoff: Charles Swack 434340 |
| 456498 Moen TTL |
| 439544 Pena TTL |
| 456666 Bell TTL |
| 456562 Koshkaryan TTL |
| 456239 Kucine TTL |
| 456261 Rojas Jr TTL |
| 457664 Wells TTL |
| 457521 Wilm TTL |
| 453891 Choi TTL |
| 448091 Casimiro TTL |
| 430811 Zimmerly IV TTL |
| 458065 Pelayo TTL |
| 456087 Gaucher TTL |
| 457921 Caglia TTL |
| 456673 Huberty - TTL Refund |
| 417226 Pitts TTL - AGENTS |
| 433286 Vanborg TTL - AGENTS |
| 438272 Ax - TTL Refund |
| Yahweh 305148 |
| 452158 Ajjarapu - Registration - Title (AGENTS) |
| 340866 Narine - TTL Refund AGENTS |
| 456734 Perez TTL + Penalities AR |
| 431582 Roberts TTL (Agents - REG EXP) |
| 451936 Fawley TTL (AGENTS) |

| |
|---|
| 447032 Williams TTL - (Agents - H Texans) |
| 453364 Bossgroup LLC & John TTL |
| 455440 SHC LLC & DeCastro TTL |
| 457409 Top Class Cars LLC & Koepke TTL |
| DRMAGN Curric Instr & Education LLC & Noakes TTL |
| 454681 One of One Fleet LLC & Pascasio TTL |
| 447125 Skibbereen LLC & Hegarty TTL |
| 450616 Singh Refrig. Services LLC & Singh TTL |
| 453347 IK Consulting LLC & Kreizman TTL |
| 453349 IK Consulting LLC & Kreizman TTL |
| 452386 Monday Assets LLC & Monday TTL |
| 453075 Bay Valley LLC & Pahwa TTL |
| 453359 Blue Collar LLC & Schuurs TTL |
| 454880 Jes Cars LLC & Sim TTL |
| 453735 Essential Investments LLC & Khananisho TTL |
| 445473 Lyngvar - TTL Refund (H) |
| Lee 449075 Tow Fees - reclass to 1301 AR |
| Bise II 451670 - reclass to 1301 AR |
| Zoulis 445700 Tow Fees - reclass to 1301 AR |
| 453413 Austin TTL (AG) |
| 456044 Chow TTL |
| 445801 Billante - TTL Refund (AGENTS) |
| 447289 Borbone TTL (**AGENTS**) |
| 432163 Cabreja (Agents) TTL |
| 456891 Abraham TTL (AGENTS) |
| 455690 Lakhany TTL (AGENTS) |
| 451633 Ali TTL (AGENTS) |
| 454085 Valeriano TTL (AGENTS) |
| 456668 Najdawi TTL (AGENTS) |
| 344967 Dunlap TTL - (AGENTS) |
| 339131 Lithgow TTL |
| 451546 Chaudhary TTL (AGENTS) |
| 440802 Lee TTL - (AGENTS) |
| 456168 Tolchin TTL - (AGENTS) |
| David Wilhelm - 411092 Payoff |
| 454464 Michels III - 5450 - Agent Fees |
| 457816 Pierson Jr - 5450 - Agent Fees |
| 450565 Waldschmidt (AGENTS) TTL |
| 447630 Martinez TTL ***(AGENTS)*** |
| PRINCIPAL REDUCTION - ROBERT HEDGES 442962 |
| TTL Applied to Loan balance - Kelly 457710 |
| Justin Kibler 447277 - Principal Reduction |
| 435110 Campos Jr TTL (AGENTS) |
| 427981 Valdes - TTL Refund (***AGENTS***) |

| |
|---|
| 437176 Campbell TTL (***AGENTS***) |
| 453478 Charlow - TTL Refund |
| 434494 Hills TTL ***(AGENTS)*** |
| 452660 Hood - TTL Refund |
| 440962 Wall & Wilson TTL***(AGENTS)*** |
| 429474 Dominic Pisano - Additional TTL (AGENTS) |
| 343561 Gearding Jr TTL ****(AGENTS)**** |
| 452744 Leung TTL *****AGENTS***** |
| 345019 Bryan Gomez - TTL Refund |
| 336847 Edward Kinsley - TTL Refund |
| 315282 Vigen Voskanian - TTL Refund |
| 344498 Michael Byun - TTL Refund |
| 455101 GODSIL, JASON - Reclass TTL to Loss due to Theft |
| 352473 West TTL - Fraud - Reclass to 5495 |
| 432601 Matthews- Fraud - Reclass to 5495 |
| 453184 RAI, NEAL - Reclass TTL due to theft |
| 422502 Scrogin- Fraud - Reclass to 5495 |
| 451605 Javaherian TTL - Fraud - Reclass to 5495 |
| 307669 Timothy Hogue - Settlement w/daughter |
| 437160 Littman (AGENTS) - TTL Refund |
| 345019 Gomes - Interest Refund on Tax Amount (AGENTS) |
| 456261 ROJAS JR, JORGE - Reclass Fees |

| Split | Amount |
|---|---|
| Bank of Stockton | $ 11,713.00 |
| Bank of Stockton | $ 195,851.77 |
| Bank of Stockton | $ 18,596.05 |
| Bank of Stockton | $ 20,203.20 |
| Bank of Stockton | $ 23,866.00 |
| Bank of Stockton | $ 27,034.00 |
| Bank of Stockton | $ 1,840.00 |
| Bank of Stockton | $ 10,910.00 |
| Bank of Stockton | $ 1,583.00 |
| Bank of Stockton | $ 3,575.00 |
| Bank of Stockton | $ 7,983.00 |
| Bank of Stockton | $ 13,718.00 |
| Bank of Stockton | $ 16,225.00 |
| Bank of Stockton | $ 17,027.00 |
| Bank of Stockton | $ 25,801.00 |
| Bank of Stockton | $ 15,650.25 |
| Bank of Stockton | $ 36,700.00 |
| Bank of Stockton | $ 180,966.19 |
| Bank of Stockton | $ 299,000.00 |
| Bank of Stockton | $ 7,810.25 |
| Bank of Stockton | $ 7,871.00 |
| Bank of Stockton | $ 8,141.75 |
| Bank of Stockton | $ 8,739.00 |
| Bank of Stockton | $ 10,456.08 |
| Bank of Stockton | $ 10,587.19 |
| Bank of Stockton | $ 16,587.39 |
| Bank of Stockton | $ 18,596.75 |
| Bank of Stockton | $ 22,607.00 |
| Bank of Stockton | $ 2,067.00 |
| Bank of Stockton | $ 9,460.00 |
| Bank of Stockton | $ 14,067.00 |
| Bank of Stockton | $ 15,715.41 |
| Bank of Stockton | $ 21,149.69 |
| Bank of Stockton | $ 1,494.25 |
| Bank of Stockton | $ 204.00 |
| Bank of Stockton | $ 20,461.00 |
| Bank of Stockton | $ 8,978.06 |
| Bank of Stockton | $ 60,000.00 |
| Bank of Stockton | $ 23,986.75 |
| Bank of Stockton | $ 9,273.00 |
| Bank of Stockton | $ 1,036.47 |
| Bank of Stockton | $ 26,094.66 |
| Bank of Stockton | $ 76,058.23 |

| | | |
|---|---|---|
| Bank of Stockton | $ | 34,584.00 |
| Bank of Stockton | $ | 159.00 |
| Bank of Stockton | $ | 159.00 |
| Bank of Stockton | $ | 159.00 |
| Bank of Stockton | $ | 293.00 |
| Bank of Stockton | $ | 547.00 |
| Bank of Stockton | $ | 640.00 |
| Bank of Stockton | $ | 984.00 |
| Bank of Stockton | $ | 984.00 |
| Bank of Stockton | $ | 984.00 |
| Bank of Stockton | $ | 1,118.00 |
| Bank of Stockton | $ | 1,118.00 |
| Bank of Stockton | $ | 1,280.00 |
| Bank of Stockton | $ | 1,325.00 |
| Bank of Stockton | $ | 1,370.00 |
| Bank of Stockton | $ | 1,463.25 |
| 1220 · Advance of Reposession Expense | $ | 670.00 |
| 1220 · Advance of Reposession Expense | $ | 670.00 |
| 1220 · Advance of Reposession Expense | $ | 2,310.00 |
| Bank of Stockton | $ | 15,811.16 |
| Bank of Stockton | $ | 10,726.75 |
| Bank of Stockton | $ | 10,949.00 |
| Bank of Stockton | $ | 14,573.00 |
| Bank of Stockton | $ | 11,026.75 |
| Bank of Stockton | $ | 11,356.13 |
| Bank of Stockton | $ | 11,950.50 |
| Bank of Stockton | $ | 15,342.81 |
| Bank of Stockton | $ | 17,215.50 |
| Bank of Stockton | $ | 23,745.00 |
| Bank of Stockton | $ | 11,755.25 |
| Bank of Stockton | $ | 792.00 |
| Bank of Stockton | $ | 42,050.50 |
| Bank of Stockton | $ | 1,194.00 |
| Bank of Stockton | $ | 12,908.00 |
| Bank of Stockton | $ | 76,467.93 |
| Bank of Stockton | $ | 700.00 |
| Bank of Stockton | $ | 977.75 |
| Bank of Stockton | $ | 4,766.00 |
| Bank of Stockton | $ | 9,938.00 |
| Bank of Stockton | $ | 51,123.00 |
| Bank of Stockton | $ | 8,560.40 |
| Bank of Stockton | $ | 4,310.64 |
| Bank of Stockton | $ | 1,030.00 |
| Bank of Stockton | $ | 1,614.00 |

| | | |
|---|---|---|
| Bank of Stockton | $ | 3,192.00 |
| Bank of Stockton | $ | 4,231.00 |
| Bank of Stockton | $ | 3,878.00 |
| Bank of Stockton | $ | 4,076.00 |
| Bank of Stockton | $ | 3,607.00 |
| Bank of Stockton | $ | 1,305.50 |
| Bank of Stockton | $ | 1,567.80 |
| Bank of Stockton | $ | 12,814.00 |
| Bank of Stockton | $ | 3,804.00 |
| Bank of Stockton | $ | 5,352.00 |
| Bank of Stockton | $ | 6,050.00 |
| Bank of Stockton | $ | 11,857.00 |
| Sales Tax and Vehicle License | $ | 430.00 |
| 1301 · Allowance for bad debt | $ | 921.21 |
| 1301 · Allowance for bad debt | $ | 1,355.00 |
| Sales Tax and Vehicle License | $ | 1,521.00 |
| 1301 · Allowance for bad debt | $ | 13,359.64 |
| 1301 · Allowance for bad debt | $ | 31,652.00 |
| Bank of Stockton | $ | 10,000.00 |
| Bank of Stockton | $ | 14,916.40 |
| Bank of Stockton | $ | 1,413.50 |
| 5450 · Filing Fees | $ | 1,316.31 |

**$ 1,890,005.07 Total Loss Due to Theft**

# EXHIBIT 2

**UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANC OF CALIFORNIA

$22,169.09

Tracking ID: 3791923

Created Date: 12/5/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
12/05/2024 10:44 AM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
12/05/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
XXXXX59088

**To Account Type**
Checking

**Message to Beneficiary**
Yahweh 305148

**Purpose Of Wire**
Yahweh 305148

**FI-to-FI Information**
Yahweh 305148

**Description**
Yahweh 305148

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANC OF CALIFORNIA | XXXXX59088 | Checking | XXXXX8200 | $22,169.09 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

| Wire Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 WILSHIRE BLVD., SUITE 101 | BEVERLY HILLS |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 90212 |

**Beneficiary FI**

| Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 Wilshire Blvd Ste 101 | Beverly Hills |
| **Beneficiary FI ID** | | **State** |
| XXXXX8200 | | CA |
| | | **ZIP** |
| | | 90212 |

# TRANSACTION PROCESS

**Company** **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 12/5/2024 10:25 AM | 1. Natalie Hirshman Approve User - 12/5/2024 10:29 AM | 12/5/2024 10:44 AM | 12/5/2024 |

Chat

NO. EFT

DATE 12/04/2024

PAY TO THE ORDER OF Banc of California $ 22,169.09

Twenty-two thousand one hundred sixty-nine and 09/100*************************** DOLLARS

ADDRESS

Banc of California
3 MacArthur Place
Santa Ana, CA 92707

CLEARED

MEMO Yahweh 305148

Expenses $22,169.09 Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 60,000.00 | Yahweh 305148 |
| 1220 · Advance of Reposession Expense | -37,830.91 | Yahweh 305148 |

1:52 PM
08/21/26
Accrual Basis

**Woodside Credit**
**Find Report**
**All Transactions**

| Type | Date | Num | Name |
|---|---|---|---|
| Check | 12/04/2024 | EFT | Banc of California |
| Check | 08/16/2024 | 54342 | Xander Law Group P.A. |
| Check | 08/16/2024 | 54342 | Xander Law Group P.A. |
| Check | 01/30/2024 | 50677 | Xander Law Group P.A. |
| Check | 02/28/2023 | EFT | Big Joker Towing and Repair |
| Check | 09/21/2022 | 43489 | Xander Law Group P.A. |
| Check | 08/18/2022 | 42961 | Xander Law Group P.A. |
| Check | 03/21/2022 | 41444 | All Day Towing LLC |
| Check | 03/07/2022 | EFT | Xander Law Group P.A. |
| Check | 12/03/2021 | 40238 | All Day Towing |

**Total**

Case 8:25-cv-02146-FWS-JDE Document 41-1 Filed 08/24/26 Page 23 of 70 Page ID #:667

# Woodside Credit
# Find Report
## All Transactions

| Memo | Account | Clr |
|---|---|---|
| Yahweh 305148 | 1220 · Advance of Reposession Expense | |
| 305148 Yahweh - Invoice # 2178 - legal matters | 1220 · Advance of Reposession Expense | |
| 305148 Yahweh - Invoice # 1999 - legal matters | 1220 · Advance of Reposession Expense | |
| 305148 Yahweh - Ongoing legal fees | 1220 · Advance of Reposession Expense | |
| 305148 · Yahweh Yahweh - Repo Fees | 1220 · Advance of Reposession Expense | |
| 305148 Yahweh Legal Fees | 1220 · Advance of Reposession Expense | |
| Yahweh 305148 - Legal Fees | 1220 · Advance of Reposession Expense | |
| Yahweh 305148 Repo Fees #7446 | 1220 · Advance of Reposession Expense | |
| Yahweh 305148 Legal Fees | 1220 · Advance of Reposession Expense | |
| Yahweh 305148 Repo Fees | 1220 · Advance of Reposession Expense | |

**Total**

# Woodside Credit
# Find Report
## All Transactions

| | Split | Debit | Credit |
|---|---|---|---|
| | Bank of Stockton - Checking | | 37,830.91 |
| | Bank of Stockton - Checking | 660.00 | |
| | Bank of Stockton - Checking | 855.00 | |
| | Bank of Stockton - Checking | 825.00 | |
| | Bank of Stockton - Checking | 25,709.16 | |
| | Bank of Stockton - Checking | 58.42 | |
| | Bank of Stockton - Checking | 1,223.33 | |
| | Bank of Stockton - Checking | 500.00 | |
| | Bank of Stockton - Checking | 7,500.00 | |
| | Bank of Stockton - Checking | 500.00 | |
| **Total** | | **37,830.91** | **37,830.91** |

Good Afternoon, Reana Ou

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANK OF STOCKTON

$195,851.77

Tracking ID: 3720321

Created Date: 10/25/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
10/25/2024 6:12 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
10/28/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Woodside CREDIT ******0907

**To Account**
XXXXX47130

**To Account Type**
Checking

**Message to Beneficiary**
Payoff: Brandon Miller 5750116032

**Purpose Of Wire**
Payoff: Brandon Miller 5750116032

**FI-to-FI Information**
Payoff: Brandon Miller 5750116032

**Description**
Payoff: Brandon Miller 5750116032

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF STOCKTON | XXXXX47130 | Checking | XXXXX1037 | $195,851.77 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

Recipient Information

| Wire Name | Address | City |
|---|---|---|
| BANK OF STOCKTON | 301 E. MINER AVENUE | STOCKTON |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 95202 |

Beneficiary FI

| Name | Address | City |
|---|---|---|
| BANK OF STOCKTON | 301 E MINER AVE | STOCKTON |
| **Beneficiary FI ID** | | **State** |
| XXXXX1037 | | CA |
| | | **ZIP** |
| | | 95202 |

## TRANSACTION PROCESS

### Company

### Financial Institution

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 10/25/2024 6:12 PM | 1. Natalie Hirshman Approve User - 10/25/2024 6:12 PM | 10/25/2024 6:12 PM | 10/28/2024 |

Chat

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANK OF MARIN

**$179,212.19**

Tracking ID: 3743717

Created Date: 11/7/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
11/07/2024 1:40 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
11/07/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
XXXXX3801

**To Account Type**
Checking

**Message to Beneficiary**
Anika Hilderbrand Payoff: 383801

**Purpose Of Wire**
Anika Hilderbrand Payoff: 383801

**FI-to-FI Information**
Anika Hilderbrand Payoff: 383801

**Description**
Anika Hilderbrand Payoff: 383801

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF MARIN | XXXXX3801 | Checking | XXXXX1877 | $179,212.19 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

Recipient Information

**Wire Name**
BANK OF MARIN

**Address**
3100 Zinfandel Drive #450

**City**
RANCHO CORDOVA

**State**
CA

**ZIP**
95670

Beneficiary FI

**Name**
BANK OF MARIN

**Beneficiary FI ID**
XXXXX1877

**Address**
504 Tamalpais Dr

**City**
Corte Madera

**State**
CA

**ZIP**
94925

## TRANSACTION PROCESS

### Company

### Financial Institution

Drafted
Natalie Hirshman Draft & Positive Pay User - 11/7/2024 1:37 PM

Approval(s)
1. Natalie Hirshman Approve User - 11/7/2024 1:40 PM

Authorized
11/7/2024 1:40 PM

Processed
11/7/2024

Chat

8/21/2026 1:55 PM
Woodside CREDIT
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

53162

WOODSIDE CREDIT
A Classic Approach to Lending

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

6/12/2024

PAY TO THE ORDER OF AVG Towing $ **1,754.00

One Thousand Seven Hundred Fifty-Four and 00/100*************** DOLLARS

VOID AFTER 90 DAYS

AVG Towing

MEMO Invoice # 5376 - Repo Fees

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈053162⑈ ⑆121101037⑆ 1215030907⑈

>053101121< 06/13/2024 006083303
60561140006 00005

*The security features listed below, as well as those not listed, exceed industry guidelines.*

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Amount:** $-1,754.00
**Statement Description:** CHECK
**Check Number:** 53162
**Posted Date:** 6/14/2024
**Type:** Debit
**Status:** Posted

8/21/2026 2:22 PM
Woodside CREDIT
******0907

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

59170

6/18/2025

PAY TO THE ORDER OF Victoria Wilhelm $ **4,952.05

Four Thousand Nine Hundred Fifty-Two and 05/100****** DOLLARS

VOID AFTER 90 DAYS

Victoria Wilhelm

MEMO Wilhelm 411092

AUTHORIZED SIGNATURE

⑈059170⑈ ⑆121101037⑆ 1215030907⑈

Where available, security features exceed industry guidelines.

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DEPOSIT ONLY

**Amount:** $-4,952.05
**Statement Description:** CHECK
**Check Number:** 59170
**Posted Date:** 6/26/2025
**Type:** Debit
**Status:** Posted

8/21/2026 4:06 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

55303

WOODSIDE CREDIT
A Classic Approach to Lending

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

10/22/2024

PAY TO THE ORDER OF On Point Recovery $ **1,500.00

One Thousand Five Hundred and 00/100******************************************************************************** DOLLARS

VOID AFTER 90 DAYS

On Point Recovery

MEMO Invoice # 3352 - Field Visit

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈055303⑈ ⑆121101037⑆ 1215030907⑈

*The security features listed below, as well as those not listed, exceed industry guidelines.*

Security Features:
Microprinted Border: • Small type in the border appears as dotted line when photocopied.
Warning Band: • Alerts that the document contains security features.
Security Screen Backer: • Indicates document originality, difficult to reproduce.
Colored Background: • Pattern protects against alterations.
Chemically Sensitive Paper: • Stains or spots may appear if chemical alteration attempts are made.
Heat Sensitive Ink: • Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.

® Padlock design is a certification mark of the Check Payment Systems Association

RS-60

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Amount:** $-1,500.00
**Statement Description:** CHECK
**Check Number:** 55303
**Posted Date:** 10/24/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:25 PM
Checking
******0907

57000

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

2/12/2025

PAY TO THE ORDER OF First Federal Bank $ **70,507.88

Seventy Thousand Five Hundred Seven and 88/100********************************************************************** DOLLARS

First Federal Bank

VOID AFTER 90 DAYS

MEMO David Wilhelm 4**092 Payoff

AUTHORIZED SIGNATURE

⑈057000⑈ ⑆121101037⑆ 121503090 7⑈

>325170848<
First Fed Bank #008
2025-02-13
0008776375
Batch 274799334

#9221

DEPOSITED TO CREDIT OF PAYEE
FIRST FEDERAL SAVINGS & LOAN
PORT ANGELES, WA

**Amount:** $-70,507.88
**Statement Description:** CHECK
**Check Number:** 57000
**Posted Date:** 2/14/2025
**Type:** Debit
**Status:** Posted

Deposit To: Bank of Stockton - Checking    Date: 12/29/2024    Memo: Recoup TTL Wilhelm

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | MEMO | CHK ... | PMT ... | AMOUNT |
|---|---|---|---|---|---|
| | 1301 · Allowance for bad debt | | | | 492.00 |

Deposit Subtotal 492.00

Good Afternoon, Eileen Yang

# Online Activity ⓘ

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANC OF CALIFORNIA

**$36,000.00**

Tracking ID: 3732830

Created Date: 11/1/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
11/01/2024 1:00 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
11/01/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
XXXXX59088

**To Account Type**
Checking

**Message to Beneficiary**
Payoff: Scanlon 427579

**Purpose Of Wire**
Payoff: Scanlon 427579

**FI-to-FI Information**
Payoff: Scanlon 427579

**Description**
Payoff: Scanlon 427579

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANC OF CALIFORNIA | XXXXX59088 | Checking | XXXXX8200 | $36,000.00 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

| Wire Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 WILSHIRE BLVD., SUITE 101 | BEVERLY HILLS |
| | | **State** |
| | | CA |
| | | **ZIP** |
| | | 90212 |

**Beneficiary FI**

| Name | Address | City |
|---|---|---|
| BANC OF CALIFORNIA | 9701 Wilshire Blvd Ste 101 | Beverly Hills |
| **Beneficiary FI ID** | | **State** |
| XXXXX8200 | | CA |
| | | **ZIP** |
| | | 90212 |

# TRANSACTION PROCESS

**Company** **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 11/1/2024 12:59 PM | 1. Natalie Hirshman Approve User - 11/1/2024 1:00 PM | 11/1/2024 1:00 PM | 11/1/2024 |

Chat

8/21/2026 1:58 PM
Woodside CREDIT
******0907

52158

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

4/16/2024

PAY TO THE ORDER OF Big Dog Recovery Specialist $ **300.00

Three Hundred and 00/100****** DOLLARS

VOID AFTER 90 DAYS

Big Dog Recovery Specialist

MEMO Repo Fees AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈052158⑈ ⑆121101037⑆ 1215030907⑈

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:

>314088572< - MOBILE
GENERATIONS FCU
4/17/2024 12:25:55
BATCH: 344754

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Amount:** $-300.00
**Statement Description:** CHECK
**Check Number:** 52158
**Posted Date:** 4/18/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:59 PM
Woodside CREDIT
******0907

52558

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

5/15/2024

PAY TO THE ORDER OF Big Dog Recovery Specialist $ **400.00

Four Hundred and 00/100********************************************** DOLLARS

VOID AFTER 90 DAYS

Big Dog Recovery Specialist

AUTHORIZED SIGNATURE

MEMO Storage Fees

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈052558⑈ ⑆121101037⑆ 1215030907⑈

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
Microprinted Border
Warning Band
Security Screen Backer
Colored Background
Chemically Sensitive Paper
Heat Sensitive Ink

>314088572< - MOBILE
GENERATIONS FCU
5/16/2024 11:54:02
BATCH: 442842

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Amount:** $-400.00
**Statement Description:** CHECK
**Check Number:** 52558
**Posted Date:** 5/17/2024
**Type:** Debit
**Status:** Posted

8/21/2026 2:47 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

56652

WOODSIDE CREDIT
A Classic Approach to Lending

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

1/17/2025

PAY TO THE ORDER OF Hammocks Auto Tag Agency, Inc $ **20,502.05

Twenty Thousand Five Hundred Two and 05/100****************************** DOLLARS

VOID AFTER 90 DAYS

Hammocks Auto Tag Agency
10201 Hammocks Blvd #108
Miami, FL 33196

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK TOUCH OR PRESS HERE RED IMAGE DISAPPEARS WITH HEAT

⑈056652⑈ ⑆121101037⑆ 1215030907⑈

Ocean Bank
Drawer#/Trans#: 00104/0014
HIN: 915501140000037

ENDORSE HERE

PAY TO THE ORDER OF
OCEAN BANK
MIAMI, FL 33131-3009
065011392
FOR DEPOSIT ONLY
HAMMOCKS AUTO TAG AGENCY INC
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT ACCOUNT NUMBER 2571582805

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0065011392 104 14 2025/01/24 10:19:35

*The security features listed below, as well as those not listed, exceed industry guidelines.*

Security Features:
Microprinted Border: • Small type in the border appears as dotted line when photocopied
Warning Band: • Alerts handler the document contains security features
Security Screen Backer: • Indicates document originality, difficult to reproduce
Colored Background: • Pattern protects against alterations
Chemically Sensitive Paper: • Stains or spots may appear if chemical alteration attempts are made
Heat Sensitive Ink: • Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.

Padlock design is a certification mark of the Check Payment Systems Association

RS-60

**Amount:** $-20,502.05
**Statement Description:** CHECK
**Check Number:** 56652
**Posted Date:** 1/27/2025
**Type:** Debit
**Status:** Posted

NO. 56652

DATE 01/17/2025

PAY TO THE ORDER OF Hammocks Auto Tag Agency, Inc $ 20,502.05

Twenty thousand five hundred two and 05/100*********************************** DOLLARS

ADDRESS

Hammocks Auto Tag Agency
10201 Hammocks Blvd #108
Miami, FL 33196

CLEARED

MEMO TTL's

**Expenses** **$20,502.05** Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 4,666.75 | 459553 August TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 4,808.55 | 451067 Moraes TTL |
| 1301 · Allowance for bad debt | 11,026.75 | 432163 Cabreja (Agents) TTL |

Good Afternoon, Eileen Yang

# Online Activity ⓘ

## TRANSACTION DETAILS

### DOMESTIC WIRE

### BANK OF MARIN

**$299,000.00**

Tracking ID: 3743715

Created Date: 11/7/2024

## PAYMENT DETAILS

**Created By**
Natalie Hirshman Draft & Positive Pay User

**Authorized**
11/07/2024 1:40 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
11/07/2024

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
XXXXX4340

**To Account Type**
Checking

**Message to Beneficiary**
Charles Swack Payoff : 434340

**Purpose Of Wire**
Charles Swack Payoff : 434340

**FI-to-FI Information**
Charles Swack Payoff : 434340

**Description**
Charles Swack Payoff : 434340

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF MARIN | XXXXX4340 | Checking | XXXXX1877 | $299,000.00 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

**Wire Name**
BANK OF MARIN

**Address**
3100 Zinfandel Drive #450

**City**
RANCHO CORDOVA

**State**
CA

**ZIP**
95670

**Beneficiary FI**

**Name**
BANK OF MARIN

**Address**
504 Tamalpais Dr

**City**
Corte Madera

**Beneficiary FI ID**
XXXXX1877

**State**
CA

**ZIP**
94925

## TRANSACTION PROCESS

**Company** | **Financial Institution**

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Natalie Hirshman Draft & Positive Pay User - 11/7/2024 1:35 PM | 1. Natalie Hirshman Approve User - 11/7/2024 1:40 PM | 11/7/2024 1:40 PM | 11/7/2024 |

Chat

Good Afternoon, Eileen Yang

# Online Activity

## TRANSACTION DETAILS

DOMESTIC WIRE

**BANK OF STOCKTON** **$51,123.00**

Tracking ID: 3978562 Created Date: 3/18/2025

## PAYMENT DETAILS

**Created By**
Vivian Almeda Soria

**Authorized**
03/18/2025 5:47 PM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
03/19/2025

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
XXXXX47833

**To Account Type**
Checking

**Message to Beneficiary**
APPLY TO LOAN 5750147833 FOR PRINCIPAL REDUCTION - DRO BERT HEDGES 442962

**Purpose Of Wire**
ROBERT HEDGES 442962

**Description**
PRINCIPAL REDUCTION - ROBERT HEDGES 442962

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| BANK OF STOCKTON | XXXXX47833 | Checking | XXXXX1037 | $51,123.00 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

### Recipient Information

**Wire Name**
BANK OF STOCKTON

**Address**
301 E. MINER AVENUE

**City**
STOCKTON

**State**
CA

**ZIP**
95202

### Beneficiary FI

**Name**
BANK OF STOCKTON

**Address**
301 E MINER AVE

**City**
STOCKTON

**Beneficiary FI ID**
XXXXX1037

**State**
CA

**ZIP**
95202

## TRANSACTION PROCESS

### Company

### Financial Institution

| Drafted | Approval(s) | Authorized | Processed |
|---|---|---|---|
| Vivian Almeda Soria - 3/18/2025 5:45 PM | 1. Natalie Hirshman Approve User - 3/18/2025 5:47 PM | 3/18/2025 5:47 PM | 3/19/2025 |

Chat

8/21/2026 1:25 PM
Checking
******0907

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

58120

4/18/2025

PAY TO THE ORDER OF Bank of Stockton $ **4,310.64

Four Thousand Three Hundred Ten and 64/100************************************************************************** DOLLARS

Bank of Stockton

VOID AFTER 90 DAYS

MEMO B05#5760148290.
Justin Kibler 447277 - Principal Reduction

AUTHORIZED SIGNATURE

⑈058120⑈ ⑆121101037⑆ 1215030907⑈

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT
NAME OF FINANCIAL INSTITUTION
DATE

**Amount:** $-4,310.64
**Statement Description:** CHECK
**Check Number:** 58120
**Posted Date:** 4/21/2025
**Type:** Debit
**Status:** Posted

8/21/2026 4:39 PM
Woodside CREDIT
******0907

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

60551

10/3/2025

PAY TO THE ORDER OF DMV Stop $ **78,497.81

Seventy-Eight Thousand Four Hundred Ninety-Seven and 81/100********************************************************************** DOLLARS

DMV Stop

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO 10 TTL's & 2 Additional Funds Due

⑈060551⑈ ⑆121101037⑆ 1215030907⑈

546131076305 122846 20251008 000000001215030907
TRN_DEBIT TAG0883 78497.81
Forest Hills-Metropolitan 0461 94004 5461 0004 0010

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT
NAME OF FINANCIAL INSTITUTION
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Amount:** $-78,497.81
**Statement Description:** CHECK
**Check Number:** 60551
**Posted Date:** 10/9/2025
**Type:** Debit
**Status:** Posted

NO. 60551
DATE 10/03/2025

PAY TO THE ORDER OF DMV Stop $ 78,497.81

Seventy-eight thousand four hundred ninety-seven and 81/100* * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS
DMV Stop

CLEARED

MEMO 10 TTL's & 2 Additional Funds Due

Expenses $78,497.81 Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 5450 · Filing Fees | 265.00 | 479170 Laing - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,188.39 | 480967 Keller TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 480967 Keller - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,897.50 | 479492 Lordahl TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 479492 Lordahl - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,090.00 | 480600 Breaux Jr TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 480600 Breaux Jr - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 5,481.00 | 479758 Yeckel TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 479758 Yeckel - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,234.70 | 478638 Sachuk TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 478638 Sachuk - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 12,795.00 | 478472 Daneri TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 478472 Daneri - Agent Fees |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,366.41 | 460214 Hernandez TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 460214 Hernandez - Agent Fees |
| 1301 · Allowance for bad debt | 27,668.00 | 451515 Trichel TTL- State Fees |
| 5450 · Filing Fees | 265.00 | 451515 Trichel - Agent Fees |

Deposit To: Bank of Stockton - Checking    Date: 10/02/2025    Memo: DP CC Charges 10/1/25

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | MEMO | CHK NO. | PMT METH. | AMOUNT |
|---|---|---|---|---|---|
| FiTech | 1300 · Loans held for sale:377201 · Michael Fratantoro | 377201 Michael Fratantoro - In House - Late Fees | | wire transfer | 641.09 |
| FiTech | 1220 · Advance of Reposession Expense | 397124 Adam Berger - Late Fees | | wire transfer | 490.62 |
| FiTech | 1220 · Advance of Reposession Expense | 441353 Luis Alvarez - Late Fees | | wire transfer | 600.67 |
| FiTech | 1220 · Advance of Reposession Expense | 450825 Gordan Lew - Late Fees | | wire transfer | 690.91 |
| FiTech | 1220 · Advance of Reposession Expense | 415688 Adam Berger - Late Fees | | wire transfer | 702.05 |
| FiTech | 1220 · Advance of Reposession Expense | 452528 Ross Erstling - Late Fees | | wire transfer | 728.95 |
| FiTech | 1220 · Advance of Reposession Expense | 435658 Leonardo Monzon - Late Fees | | wire transfer | 985.68 |
| FiTech | 1220 · Advance of Reposession Expense | 411433 Sack Wichaisack - Late Fees | | wire transfer | 1,000.00 |
| FiTech | 1220 · Advance of Reposession Expense | 458340 John Del Rosario - Late Fees | | wire transfer | 1,124.46 |
| FiTech | 1220 · Advance of Reposession Expense | 430313 Gurpreet Singh - Late Fees | | wire transfer | 1,215.61 |
| FiTech | 1220 · Advance of Reposession Expense | 408668 Ernest Sullivan Jr - Late Fees | | wire transfer | 1,405.11 |
| FiTech | 1220 · Advance of Reposession Expense | 409216 Quy Nguyen - Late Fees | | wire transfer | 1,407.04 |
| FiTech | 1220 · Advance of Reposession Expense | 465070 Jonathan Woods - Late Fees | | wire transfer | 1,520.88 |
| FiTech | 1220 · Advance of Reposession Expense | 370670 Ronald Arbuckle - Late Fees | | wire transfer | 1,681.82 |
| FiTech | 1220 · Advance of Reposession Expense | 363649 Terrance Mitchell - Late Fees | | wire transfer | 1,738.98 |
| FiTech | 1220 · Advance of Reposession Expense | 439970 Michael Doize - Late Fees | | wire transfer | 1,750.00 |
| FiTech | 1220 · Advance of Reposession Expense | 418195 Sherief Kamel - Late Fees | | wire transfer | 1,773.01 |
| FiTech | 1220 · Advance of Reposession Expense | 406864 Marc Goldman - Late Fees | | wire transfer | 2,395.23 |
| FiTech | 1220 · Advance of Reposession Expense | 430453 Gevork Mgdesyan - Late Fees | | wire transfer | 2,902.53 |
| FiTech | 1220 · Advance of Reposession Expense | 444613 Philippe Kalifa - Late Fees | | wire transfer | 3,799.47 |
| FiTech | 1220 · Advance of Reposession Expense | 425107 Jose Aguilar Virgen - Late Fees | | wire transfer | 4,668.64 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 478539 Alejandro Tabosky - TTL Fees - Shortage | | wire transfer | 160.94 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 478361 Fabian Moreira - TTL Fees - Shortage | | wire transfer | 646.16 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 476562 Jason Ross - TTL Fees - Shortage | | wire transfer | 2,190.65 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 451515 Jonathan Trichel - TTL Fees - Shortage | | wire transfer | 2,560.00 |

Deposit Subtotal 39,538.03

Deposit To: Bank of Stockton - Checking  Date: 10/24/2025  Memo: Deposit

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | MEMO | CHK NO. | PMT METH. | AMOUNT |
|---|---|---|---|---|---|
| Marshall Goldman Sales & Leasing | 1499 · Undeposited Funds | Payment for Invoice #42230 - Stringfield, John Jr. 468328 | 081184 | Check | 1,951.53 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 451515 · Jonathan Trichel 2 -TTL Refund | 1321 | Check | 29.50 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 478197 · Forrest Perry -TTL Refund | 1322 | Check | 26.75 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 477745 · Erdem Menges -TTL Refund | 1323 | Check | 59.17 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 479726 · Eric Pettell -TTL Refund | 1324 | Check | 200.62 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 479098 · Brian Ash -TTL Refund | 1325 | Check | 244.19 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 480020 · Brian Johns 3 -TTL Refund | 1326 | Check | 83.75 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 479749 · Austin Baum -TTL Refund | 1556 | Check | 108.49 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 476462 · Karen Moreau -TTL Refund | 1558 | Check | 75.50 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 480015 · Carl Planchon -TTL Refund | 1559 | Check | 52.00 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 478020 · Michael Gary -TTL Refund | 1560 | Check | 600.28 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 477748 · Timothy Beach -TTL Refund | 1571 | Check | 290.19 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 481017 · Curtis Frasca -TTL Refund | 1572 | Check | 63.50 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 479492 · Eric Lordahl -TTL Refund | 1573 | Check | 102.25 |
| Skip the Trip LLC | Sales Tax and License Payable:Sales Tax and Vehicle License | 461914 · Daniel Chavez -TTL Refund | 1574 | Check | 660.70 |

Deposit Subtotal 4,548.42

8/21/2026 12:38 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

56850

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

1/31/2025

PAY TO THE ORDER OF Myckez Vin Verifier $ **34,877.00

Thirty-Four Thousand Eight Hundred Seventy-Seven and 00/100****************************** DOLLARS

Myckez Vin Verifier
3807 West Sierra Highway
Building 6 #4525
Acton, CA 93510

VOID AFTER 90 DAYS

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈056850⑈ ⑆121101037⑆ 121503090 7⑈

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Security Features:
The security features listed below, as well as those not listed, exceed industry guidelines.

Microprinted Border: Small type in border appears as dotted line when photocopied.
Warning Band: Warns hard copy document contains security features.
Security Screen Backer: Indicates document originality; difficult to reproduce.
Colored Background: Pattern prevents cut and paste alterations.
Chemically Sensitive Paper: Stains or spots appear if chemical alteration attempts are made.
Heat Sensitive Ink: Responds to heat. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.

Padlock design is a certification mark of the Check Payment Systems Association

RS-60

207390041 2/4/2025 2:37 PM SEQ # 207390052 20250204>122003396<
CBT 3356 1106229 1801 - CBT Acton

**Amount:** $-34,877.00
**Statement Description:** CHECK
**Check Number:** 56850
**Posted Date:** 2/5/2025
**Type:** Debit
**Status:** Posted

NO. 56850

DATE 01/31/2025

PAY TO THE ORDER OF Myckez Vin Verifier

$ 34,877.00

Thirty-four thousand eight hundred seventy-seven and 00/100*********************** DOLLARS

ADDRESS

MyCkez Vin Verifier
3807 West Sierra Highway
Building 6 #4525
Acton, CA 93510

CLEARED

MEMO TTL's

Expenses $34,877.00 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 5495 · Loss due to Theft | 792.00 | 339131 Lithgow TTL |
| 1301 · Allowance for bad debt | 18,881.00 | 451546 Chaudhary TTL (AGENTS) |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 15,204.00 | 463543 McVicker TTL |

Deposit To: Bank of Stockton - Checking  Date: 01/31/2025  Memo: DP CC Charges 1/30/25

Click Payments to select customer payments that you have received. List any other amounts to deposit below.

| RECEIVED FROM | FROM ACCOUNT | MEMO | CHK NO. | PMT METH. | AMOUNT |
|---|---|---|---|---|---|
| FiTech | 1220 · Advance of Reposession Expense | 434915 Juan Garcia - Late Fees | | wire transfer | 389.50 |
| FiTech | 1220 · Advance of Reposession Expense | 397124 Adam Berger - Late Fees | | wire transfer | 490.62 |
| FiTech | 1220 · Advance of Reposession Expense | 432947 Donald Keyfauver - Late Fees | | wire transfer | 517.31 |
| FiTech | 1220 · Advance of Reposession Expense | 415688 Adam Berger - Late Fees | | wire transfer | 702.05 |
| FiTech | 1220 · Advance of Reposession Expense | 448505 Richard Hall - Late Fees | | wire transfer | 861.59 |
| FiTech | 1220 · Advance of Reposession Expense | 448505 Richard Hall - Current Payment Feb 2025 | | wire transfer | 861.59 |
| FiTech | 1220 · Advance of Reposession Expense | 451398 Michael Deangelis - Late Fees | | wire transfer | 867.27 |
| FiTech | 1220 · Advance of Reposession Expense | 452528 Ross Erstling - Late Fees | | wire transfer | 924.66 |
| FiTech | 1220 · Advance of Reposession Expense | 452528 Ross Erstling - Late Fees | | wire transfer | 924.66 |
| FiTech | 1220 · Advance of Reposession Expense | 397701 Robert Varisco - Late Fees | | wire transfer | 940.17 |
| FiTech | 1220 · Advance of Reposession Expense | 438506 Daniel Sobelsohn - Late Fees | | wire transfer | 991.87 |
| FiTech | 1220 · Advance of Reposession Expense | 446602 Isaiah Simmons - Late Fees | | wire transfer | 1,071.80 |
| FiTech | 1220 · Advance of Reposession Expense | 425098 David Lemak - Late Fees | | wire transfer | 1,114.02 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 453559 Oscar Alvarez-Ruiz - TTL Fees - Shortage | | wire transfer | 1,218.41 |
| FiTech | 1220 · Advance of Reposession Expense | 443513 Jaime Villarreal - Late Fees | | wire transfer | 1,532.58 |
| FiTech | 1220 · Advance of Reposession Expense | 433046 James Serafino - Late Fees | | wire transfer | 2,519.67 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 462995 Ted Pettit Jr - TTL Fees | | wire transfer | 156.58 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 461813 Philip Pilla - TTL Fees - Shortage | | wire transfer | 56.00 |
| FiTech | Sales Tax and License Payable:Sales Tax and Vehicle License | 461012 Alfredo Sciacca - TTL Fees - Shortage | | wire transfer | 93.50 |
| FiTech | 5495 · Loss due to Theft | 451546 Yasar Chaudhary - TTL Fees - Shortage | | wire transfer | 1,909.00 |

Deposit Subtotal 18,142.85

8/21/2026 1:22 PM
Checking
******0907

55509

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

11/7/2024

PAY TO THE ORDER OF Department of State $ **15,650.25

Fifteen Thousand Six Hundred Fifty and 25/100************************************************ DOLLARS

VOID AFTER 90 DAYS

Department of State

MEMO TTL

AUTHORIZED SIGNATURE

⑈055509⑈ ⑆121101037⑆ 1215030907⑈

ENDORSE HERE

PAY TO THE ORDER OF
COASTAL COMMUNITY BANK
FOR DEPOSIT ONLY
JULIE'S LICENSING
0003474

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

20241112305000868380Coastal Comm 125108405 TLR # 0001104

*The security features listed below, as well as those not listed exceed industry guidelines.*

Security Features:
- Microprinted Border • Small type in the border appears as dotted line when photocopied
- Warning Band • Alerts handler the document contains security features
- Security Screen Backer • Indicates document originality difficult to reproduce
- Colored Background • Pattern protects against alterations
- Chemically Sensitive Paper • Stains or spots may appear if chemical alteration attempts are made
- Heat Sensitive Ink • Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear
- Padlock design is a certification mark of the Check Payment Systems Association

RS-60

**Amount:** $-15,650.25
**Statement Description:** CHECK
**Check Number:** 55509
**Posted Date:** 11/13/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:24 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

55390

WOODSIDE CREDIT
A Classic Approach to Lending

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

10/30/2024

PAY TO THE ORDER OF Judy Dewey's Notary Service $ **42,462.05

Forty-Two Thousand Four Hundred Sixty-Two and 05/100*************************************** DOLLARS

VOID AFTER 90 DAYS

Judy Dewey's Notary Service

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈055390⑈ ⑆121101037⑆ 1215030907⑈

20241031 003200964769 00100078010

20241031 003200964769 00100078010

ENDORSE HERE

For Deposit Only
Judy Dewey's Notary

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
Microprinted Border: Small type in the border appears as dotted line when photocopied.
Warning Band: Alerts handler the document contains security features.
Security Screen Backer: Indicates document originality; difficult to reproduce.
Colored Background: Pattern protects against alterations.
Chemically Sensitive Paper: Stains or spots may appear if chemical alteration attempts are made.
Heat Sensitive Ink: Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.
Padlock design is a certification mark of the Check Payment Systems Association

RS-60

**Amount:** $-42,462.05
**Statement Description:** CHECK
**Check Number:** 55390
**Posted Date:** 11/1/2024
**Type:** Debit
**Status:** Posted

NO. 55390

DATE 10/30/2024

PAY TO THE ORDER OF Judy Dewey's Notary Service $ 42,462.05

Forty-two thousand four hundred sixty-two and 05/100*************************** DOLLARS

ADDRESS

Judy Dewey's Notary Service

CLEARED

MEMO TTL's

Expenses $42,462.05 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 23,866.00 | 454987 Brown TTL |
| 1301 · Allowance for bad debt | 18,596.05 | 455338 Brown TTL |

8/21/2026 1:26 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

56675

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

WOODSIDE CREDIT
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

1/20/2025

PAY TO THE ORDER OF Houston Texans Auto Title Service $ **55,864.94

Fifty-Five Thousand Eight Hundred Sixty-Four and 94/100******************************************************************** DOLLARS

VOID AFTER 90 DAYS

Houston Texans Auto Title Service

MEMO Invoice # 5434, 5435, 5433, 5432

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈056675⑈ ⑆121101037⑆ 1215030907⑈

*The security features listed below, as well as those not listed, exceed industry guidelines.*

Security Features:
- Microprinted Border: Small type in the border appears as dotted line when photocopied.
- Warning Band: Alerts handler the document contains security features.
- Security Screen Backer: Indicates document originality, difficult to reproduce.
- Colored Background: Pattern protects against alterations.
- Chemically Sensitive Paper: Stains or spots may appear if chemical alteration attempts are made.
- Heat Sensitive Ink: Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.

Padlock design is a certification mark of the Check Payment Systems Association

RS-69

ENDORSE HERE

houston texans auto title service
for deposit only

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**Amount:** $-55,864.94
**Statement Description:** CHECK
**Check Number:** 56675
**Posted Date:** 1/27/2025
**Type:** Debit
**Status:** Posted

NO. 56675

DATE 01/20/2025

PAY TO THE ORDER OF Houston Texans Auto Title Service

$ 55,864.94

Fifty-five thousand eight hundred sixty-four and 94/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

Houston Texans Auto Title Servic

CLEARED

MEMO Invoice # 5434, 5435, 5433, 5432

Expenses $55,864.94 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 11,950.50 | 455690 Lakhany TTL (AGENTS) |
| 1301 · Allowance for bad debt | 17,215.50 | 454085 Valeriano TTL (AGENTS) |
| 1301 · Allowance for bad debt | 11,356.13 | 456891 Abraham TTL (AGENTS) |
| 1301 · Allowance for bad debt | 15,342.81 | 451633 Ali TTL (AGENTS) |

8/21/2026 1:22 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

55469

WOODSIDE CREDIT
A Classic Approach to Lending

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

BANK OF STOCKTON
90-103/1211

11/5/2024

PAY TO THE ORDER OF Myckez Vin Verifier $ **102,470.00

One Hundred Two Thousand Four Hundred Seventy and 00/100********************************************************* DOLLARS

Myckez Vin Verifier
3807 West Sierra Highway
Building 6 #4525
Acton, CA 93510

VOID AFTER 90 DAYS

MEMO TTI's & Vin Verifications

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈055469⑈ ⑆121101037⑆ 1215030907⑈

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
Microprinted Border: • Small type in the border appears as dotted line when photocopied.
Warning Band: • Alerts handler document contains security features.
Security Screen Backer: • Indicates document originality, difficult to reproduce.
Colored Background: • Pattern protects against alterations.
Chemically Sensitive Paper: • Stains or spots may appear if chemical alteration attempts are made.
Heat Sensitive Ink: • Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.

® Padlock design is a certification mark of the Check Payment Systems Association

RS-60

208730097 11/6/2024 3:53 PM SEQ # 208730100 20241106>122003396<
CBT 3356 1105874 1801 - CBT Acton

**Amount:** $-102,470.00
**Statement Description:** CHECK
**Check Number:** 55469
**Posted Date:** 11/7/2024
**Type:** Debit
**Status:** Posted

8/21/2026 12:43 PM
Checking
******0907

55630

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

11/14/2024

PAY TO THE ORDER OF DMV Stop $ **88,890.29

Eighty-Eight Thousand Eight Hundred Ninety and 29/100*************** DOLLARS

VOID AFTER 90 DAYS

DMV Stop

MEMO TTL's

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈055630⑈ ⑆121101037⑆ 121503090 7⑈

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

594335000778 121204 20241118 000000001215030907
TRN_DEBIT SVIVERO 88890.29
Ozone Park 0943 94004 5943 0010 0139

*The security features listed below, as well as those not listed, exceed industry guidelines.*

Security Features:
Microprinted Border: • Small type in the border appears as dotted line when photocopied.
Warning Band: • Alerts handler the document contains security features.
Security Screen Backer: • Indicates document originality, difficult to reproduce.
Colored Background: • Pattern protects against alteration.
Chemically Sensitive Paper: • Stains or spots may appear if chemical alteration attempts are made.
Heat Sensitive Ink: • Responds to warmth. Hold red image between thumb and forefinger or breathe on it. The image will fade and reappear.

RS-60

**Amount:** $-88,890.29
**Statement Description:** CHECK
**Check Number:** 55630
**Posted Date:** 11/19/2024
**Type:** Debit
**Status:** Posted

8/21/2026 1:24 PM
Checking
******0907

55388

WOODSIDE CREDIT
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

10/30/2024

PAY TO THE ORDER OF Avanco Tag & Title LLC $ **18,183.00

Eighteen Thousand One Hundred Eighty-Three and 00/100******************************************************************* DOLLARS

VOID AFTER 90 DAYS

Avanco Tag & Title LLC
430 Wilson Road
Griffin, GA 30224

MEMO TTL

AUTHORIZED SIGNATURE

⑈055388⑈ ⑆121101037⑆ 1215030907⑈

ENDORSE HERE
For dep only
33407377583

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

BOA CC 1720 02893 CashID:739 Date:10/31/24 Seq#:0001
CorrelationID:0244 63810 DeviceID: 4693

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
Microprinted Border • Small type in border appears as dotted line when photocopied
Warning Band • Alerts to ... that document contains security features
Security Screen Backer • ... difficult to reproduce
Colored Background • Pattern ...
Chemically Sensitive Paper • Stains or spots may appear when chemical alteration attempts are made
Heat Sensitive Ink • Responds to warmth. Hold red image between thumb and forefinger or breathe on it. Image will fade and reappear

® Padlock design is a certification mark of the Check Payment Systems Association

RS-60

**Amount:** $-18,183.00
**Statement Description:** CHECK
**Check Number:** 55388
**Posted Date:** 10/31/2024
**Type:** Debit
**Status:** Posted

NO. 55654

DATE 11/15/2024

PAY TO THE ORDER OF Avanco Tag & Title LLC $ 4,172.20

Four thousand one hundred seventy-two and 20/100*********************************** DOLLARS

ADDRESS

Avanco Tag & Title LLC
430 Wilson Road
Griffin, GA 30224

CLEARED

MEMO Additional TTL

Expenses $4,172.20 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
| --- | --- | --- |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,152.00 | 456240 Chin - Cust Pd by CC - Addit. TTL |
| 1301 · Allowance for bad debt | 2,020.20 | 456240 Chin - Penalties due to A. Ramos |

NO. 55469
DATE 11/05/2024

PAY TO THE ORDER OF Myckez Vin Verifier $ 102,470.00

One hundred two thousand four hundred seventy and 00/100* * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS
MyCkez Vin Verifier
3807 West Sierra Highway
Building 6 #4525
Acton, CA 93510

CLEARED

MEMO TTL's & Vin Verifications

Expenses $102,470.00 Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| 1301 · Allowance for bad debt | 3,575.00 | 439111 Keehne II TTL |
| 1301 · Allowance for bad debt | 7,983.00 | 451001 Johal TTL |
| 1301 · Allowance for bad debt | 1,583.00 | 456055 Pham TTL |
| 1301 · Allowance for bad debt | 17,027.00 | 456568 Donis TTL |
| 1301 · Allowance for bad debt | 25,801.00 | 455927 Mahmood TTL |
| 1301 · Allowance for bad debt | 13,718.00 | 456706 Stebel TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 6,403.00 | 457576 Shane TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 9,875.00 | 456450 Marquez TTL |
| 1301 · Allowance for bad debt | 16,225.00 | 442528 Medlock |
| 5450 · Filing Fees | 100.00 | 433961 Wilbun - Vin Inspection |
| 5450 · Filing Fees | 100.00 | 391050 Mariscal - Vin Inspection |
| 5450 · Filing Fees | 80.00 | 457523 Cunningham - Vin Inspection |

Good Afternoon, Eileen Yang

# Online Activity ?

## TRANSACTION DETAILS

### DOMESTIC WIRE

### FRANDSEN BANK & TRUST

**$8,560.40**

Tracking ID: 4020172

Created Date: 4/8/2025

## PAYMENT DETAILS

**Created By**
Debbie LeClaire

**Authorized**
04/08/2025 11:28 AM

**Authorized By**
Natalie Hirshman Approve User

**Process Date**
04/08/2025

**Originator Wire Header**
Woodside Credit

**From Account**
Checking ******0907

**To Account**
XXXXX15443

**To Account Type**
Checking

**Message to Beneficiary**
CREDIT MICHAEL KELLY - ACCOUNT # 1440915443 - TTL & INTE REST - MICHAEL KELLY 457710

**Purpose Of Wire**
KELLY 457710

**Description**
KELLY 457710

## RECIPIENT DETAILS

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|
| FRANDSEN BANK & TRUST | 1440915443 | Checking | 091901202 | $8,560.40 |

Chat

| Wire Name | Account | Type | Beneficiary FI ID | Amount |
|---|---|---|---|---|

**Recipient Information**

**Wire Name**
FRANDSEN BANK & TRUST

**Address**
7429 EXCELSIOR ROAD

**City**
BAXTER

**State**
MN

**ZIP**
56425

**Beneficiary FI**

**Name**
FRANDSEN BANK & TRUST

**Address**
116 Central St W

**City**
Lonsdale

**Beneficiary FI ID**
091901202

**State**
MN

**ZIP**
55046

# TRANSACTION PROCESS

## Company

## Financial Institution

Drafted
Debbie LeClaire - 4/8/2025 10:02 AM

Approval(s)
1. Natalie Hirshman Approve User - 4/8/2025 11:15 AM

Authorized
4/8/2025 11:28 AM

Processed
4/8/2025

Chat

NO. 55630
DATE 11/14/2024

PAY TO THE ORDER OF DMV Stop $ 88,890.29

Eighty-eight thousand eight hundred ninety and 29/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS
DMV Stop

CLEARED

MEMO TTL's

Expenses $88,890.29 Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,101.25 | 443741 Schofield TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,630.50 | 459926 Conforti Jr TTL |
| 1301 · Allowance for bad debt | 21,149.69 | 457921 Caglia TTL |
| 1301 · Allowance for bad debt | 12,863.50 | 458065 Pelayo TTL |
| 1301 · Allowance for bad debt | 15,715.41 | 456087 Gaucher TTL |
| 5450 · Filing Fees | 215.00 | 450198 Ovadia - Duplicate Title Fee |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 8,425.50 | 459540 Enright TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,571.64 | 458619 Hokams Jr TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,799.93 | 458986 Cockrell TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 480.00 | 455499 Tilton TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 956.99 | 459235 Hunt TTL |
| 1301 · Allowance for bad debt | 9,460.00 | 430811 Zimmerly IV TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 3,913.94 | 459419 Stojsavljevic TTL |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,606.94 | 456593 Gallagher TTL |

8/21/2026 2:10 PM
Checking
******0907

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**WOODSIDE CREDIT**
895 DOVE STREET, SUITE 100
NEWPORT BEACH, CA 92660
(949) 717-5100

Woodside Credit
A Classic Approach to Lending

BANK OF STOCKTON
90-103/1211

60427

9/24/2025

PAY TO THE ORDER OF DMV Stop $ **33,435.77

Thirty-Three Thousand Four Hundred Thirty-Five and 77/100*************************************************************** DOLLARS

VOID AFTER 90 DAYS

DMV Stop

MEMO Balances Due for TTL

AUTHORIZED SIGNATURE

⑈060427⑈ ⑆121101037⑆ 1215030907⑈

594334062791 142946 20250929 000000001215030907
TRN_DEBIT TAP6285 33435.77
Ozone Park 0943 94004 5943 0007 0102

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT
NAME OF FINANCIAL INSTITUTION
DATE

**Amount:** $-33,435.77
**Statement Description:** CHECK
**Check Number:** 60427
**Posted Date:** 9/30/2025
**Type:** Debit
**Status:** Posted

NO. 60427

DATE 09/24/2025

PAY TO THE ORDER OF DMV Stop

$ 33,435.77

Thirty-three thousand four hundred thirty-five and 77/100*************************** DOLLARS

ADDRESS

DMV Stop

CLEARED

MEMO Balances Past Due for TTL's

Expenses $33,435.77 | Items $0.00

| ACCOUNT | AMOUNT | MEMO |
|---|---|---|
| Sales Tax and License Payable:Sales Tax and Vehicle License | 126.00 | 455499 ROBERT TILTON TTL-Invoice 20935 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 28.32 | 459770 MICHAEL HARRIS & LISA HARRIS TTL-Invoice 20955 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 614.48 | 458545 MICHAEL ROJAS TTL-Invoice 20984 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 415.81 | 459354 LU TRUONG TTL-Invoice 20985 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 38.50 | 459312 STEPHEN WINN TTL-Invoice 20986 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,316.31 | 456261 JORGE ROJAS JR TTL-Invoice 20987 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 260.35 | 459540 JOHN ENRIGHT TTL-Invoice 20988 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,990.81 | 457921 ROBERT CAGLIA TTL-Invoice 20989 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 341.63 | 443741 ROBERT SCHOFIELD TTL-Invoice 20990 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 341.56 | 457720 DAVID KING TTL-Invoice 20994 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 131.83 | 456548 BENJAMIN & WENDY PEREZ TTL-Invoice 21037 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 63.50 | 458539 ANDREW KONKOL TTL-Invoice 21038 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 15.50 | 460603 DOC V'S CHIROPRACTIC LLC TTL-Invoice 21047 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 1,203.50 | 458065 LIVING MY BEST LIFE LLC & JORGE PELAYO TTL-Invoice 21084 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 2,094.50 | 459809 RYAN LADA TTL-Invoice 21124 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 11,686.93 | 460096 JAMES STEPHENS TTL-Invoice 21167 |
| Sales Tax and License Payable:Sales Tax and Vehicle License | 178.00 | 460834 NICHOLAS MESSERALL TTL-Invoice 21185 |

# EXHIBIT 3

# PREJUDGMENT-INTEREST COMPUTATION

*Woodside Credit, LLC v. Ramos, et al.*, No. 8:25-cv-02146-FWS-JDE (C.D. Cal.) — Trevisan Declaration Exhibit 3

Simple interest at seven percent (7%) per annum (Cal. Const. art. XV, § 1; Cal. Civ. Code § 3287(a)) on each payment listed on Exhibit 1,

from the date of payment through September 24, 2026 (the noticed hearing date). Payments are keyed to Exhibit 1 by row, date, reference, and truncated loan number.

| Row | Payment Date | Type | Check / Ref. No. | Loan No. (last 3) | Amount ($) | Days to 9/24/2026 | Interest at 7% ($) |
|---|---|---|---|---|---|---|---|
| 1 | 10/24/2024 | Check | 55336 | ***223 | 11,713.00 | 700 | 1,572.43 |
| 2 | 10/25/2024 | Check | EFT | ***392 | 195,851.77 | 699 | 26,254.87 |
| 3 | 10/30/2024 | Check | 55390 | ***338 | 18,596.05 | 694 | 2,475.06 |
| 4 | 10/30/2024 | Check | 55388 | ***240 | 20,203.20 | 694 | 2,688.96 |
| 5 | 10/30/2024 | Check | 55390 | ***987 | 23,866.00 | 694 | 3,176.47 |
| 6 | 10/30/2024 | Check | 55391 | ***720 | 27,034.00 | 694 | 3,598.11 |
| 7 | 10/31/2024 | Check | 55409 | ***067 | 1,840.00 | 693 | 244.54 |
| 8 | 11/04/2024 | Check | 55451 | ***098 | 10,910.00 | 689 | 1,441.61 |
| 9 | 11/05/2024 | Check | 55469 | ***055 | 1,583.00 | 688 | 208.87 |
| 10 | 11/05/2024 | Check | 55469 | ***111 | 3,575.00 | 688 | 471.70 |
| 11 | 11/05/2024 | Check | 55469 | ***001 | 7,983.00 | 688 | 1,053.32 |
| 12 | 11/05/2024 | Check | 55469 | ***706 | 13,718.00 | 688 | 1,810.02 |
| 13 | 11/05/2024 | Check | 55469 | ***528 | 16,225.00 | 688 | 2,140.81 |
| 14 | 11/05/2024 | Check | 55469 | ***568 | 17,027.00 | 688 | 2,246.63 |
| 15 | 11/05/2024 | Check | 55469 | ***927 | 25,801.00 | 688 | 3,404.32 |
| 16 | 11/07/2024 | Check | 55509 | ***761 | 15,650.25 | 686 | 2,058.97 |
| 17 | 11/07/2024 | Check | EFT | ***579 | 36,700.00 | 686 | 4,828.31 |
| 18 | 11/07/2024 | Check | EFT | ***801 | 180,966.19 | 686 | 23,808.21 |
| 19 | 11/07/2024 | Check | EFT | ***340 | 299,000.00 | 686 | 39,336.93 |
| 20 | 11/13/2024 | Check | 55595 | ***498 | 7,810.25 | 680 | 1,018.54 |
| 21 | 11/13/2024 | Check | 55594 | ***544 | 7,871.00 | 680 | 1,026.46 |
| 22 | 11/13/2024 | Check | 55595 | ***666 | 8,141.75 | 680 | 1,061.77 |
| 23 | 11/13/2024 | Check | 55594 | ***562 | 8,739.00 | 680 | 1,139.66 |
| 24 | 11/13/2024 | Check | 55595 | ***239 | 10,456.08 | 680 | 1,363.59 |
| 25 | 11/13/2024 | Check | 55593 | ***261 | 10,587.19 | 680 | 1,380.69 |
| 26 | 11/13/2024 | Check | 55596 | ***664 | 16,587.39 | 680 | 2,163.18 |
| 27 | 11/13/2024 | Check | 55595 | ***521 | 18,596.75 | 680 | 2,425.22 |
| 28 | 11/13/2024 | Check | 55594 | ***891 | 22,607.00 | 680 | 2,948.20 |
| 29 | 11/14/2024 | Check | 55629 | ***091 | 2,067.00 | 679 | 269.16 |
| 30 | 11/14/2024 | Check | 55630 | ***811 | 9,460.00 | 679 | 1,231.87 |
| 31 | 11/14/2024 | Check | 55630 | ***065 | 14,067.00 | 679 | 1,831.79 |
| 32 | 11/14/2024 | Check | 55630 | ***087 | 15,715.41 | 679 | 2,046.45 |
| 33 | 11/14/2024 | Check | 55630 | ***921 | 21,149.69 | 679 | 2,754.10 |
| 34 | 11/20/2024 | Check | 55726 | ***673 | 1,494.25 | 673 | 192.86 |
| 35 | 11/29/2024 | Check | 55871 | ***226 | 204.00 | 664 | 25.98 |
| 36 | 11/29/2024 | Check | 55871 | ***286 | 20,461.00 | 664 | 2,605.55 |
| 37 | 12/04/2024 | Check | 55924 | ***272 | 8,978.06 | 659 | 1,134.68 |

| Row | Payment Date | Type | Check / Ref. No. | Loan No. (last 3) | Amount ($) | Days to 9/24/2026 | Interest at 7% ($) |
|---|---|---|---|---|---|---|---|
| 38 | 12/04/2024 | Check | EFT | ***148 | 60,000.00 | 659 | 7,583.01 |
| 39 | 12/05/2024 | Check | 55979 | ***158 | 23,986.75 | 658 | 3,026.93 |
| 40 | 12/06/2024 | Check | 56021 | ***866 | 9,273.00 | 657 | 1,168.40 |
| 41 | 12/11/2024 | Check | 56076 | ***734 | 1,036.47 | 652 | 129.60 |
| 42 | 12/17/2024 | Check | 56148 | ***582 | 26,094.66 | 646 | 3,232.88 |
| 43 | 12/18/2024 | Check | 56180 | ***936 | 76,058.23 | 645 | 9,408.30 |
| 44 | 12/19/2024 | Check | 56182 | ***032 | 34,584.00 | 644 | 4,271.36 |
| 45 | 12/26/2024 | Check | 56262 | ***364 | 159.00 | 637 | 19.42 |
| 46 | 12/26/2024 | Check | 56262 | ***440 | 159.00 | 637 | 19.42 |
| 47 | 12/26/2024 | Check | 56262 | ***409 | 159.00 | 637 | 19.42 |
| 48 | 12/26/2024 | Check | 56262 | ***246 | 293.00 | 637 | 35.79 |
| 49 | 12/26/2024 | Check | 56262 | ***681 | 547.00 | 637 | 66.82 |
| 50 | 12/26/2024 | Check | 56262 | ***125 | 640.00 | 637 | 78.19 |
| 51 | 12/26/2024 | Check | 56262 | ***616 | 984.00 | 637 | 120.21 |
| 52 | 12/26/2024 | Check | 56262 | ***347 | 984.00 | 637 | 120.21 |
| 53 | 12/26/2024 | Check | 56262 | ***349 | 984.00 | 637 | 120.21 |
| 54 | 12/26/2024 | Check | 56262 | ***386 | 1,118.00 | 637 | 136.58 |
| 55 | 12/26/2024 | Check | 56262 | ***075 | 1,118.00 | 637 | 136.58 |
| 56 | 12/26/2024 | Check | 56262 | ***359 | 1,280.00 | 637 | 156.37 |
| 57 | 12/26/2024 | Check | 56262 | ***880 | 1,325.00 | 637 | 161.87 |
| 58 | 12/26/2024 | Check | 56262 | ***735 | 1,370.00 | 637 | 167.37 |
| 59 | 12/26/2024 | Check | 56272 | ***473 | 1,463.25 | 637 | 178.76 |
| 60 | 12/30/2024 | General Journal | 2025.0032 | ***075 | 670.00 | 633 | 81.34 |
| 61 | 12/30/2024 | General Journal | 2025.0032 | ***670 | 670.00 | 633 | 81.34 |
| 62 | 12/30/2024 | General Journal | 2025.0032 | ***700 | 2,310.00 | 633 | 280.43 |
| 63 | 12/31/2024 | Check | 56387 | ***413 | 15,811.16 | 632 | 1,916.40 |
| 64 | 01/06/2025 | Check | 56469 | ***044 | 10,726.75 | 626 | 1,287.80 |
| 65 | 01/15/2025 | Check | 56614 | ***801 | 10,949.00 | 617 | 1,295.58 |
| 66 | 01/15/2025 | Check | 56597 | ***289 | 14,573.00 | 617 | 1,724.41 |
| 67 | 01/17/2025 | Check | 56652 | ***163 | 11,026.75 | 615 | 1,300.55 |
| 68 | 01/20/2025 | Check | 56675 | ***891 | 11,356.13 | 612 | 1,332.87 |
| 69 | 01/20/2025 | Check | 56675 | ***690 | 11,950.50 | 612 | 1,402.63 |
| 70 | 01/20/2025 | Check | 56675 | ***633 | 15,342.81 | 612 | 1,800.78 |
| 71 | 01/20/2025 | Check | 56675 | ***085 | 17,215.50 | 612 | 2,020.58 |
| 72 | 01/27/2025 | Check | 56762 | ***668 | 23,745.00 | 605 | 2,755.07 |
| 73 | 01/30/2025 | Check | 56826 | ***967 | 11,755.25 | 602 | 1,357.17 |
| 74 | 01/31/2025 | Check | 56850 | ***131 | 792.00 | 601 | 91.29 |
| 75 | 01/31/2025 | Check | 56850 | ***546 | 42,050.50 | 601 | 4,846.75 |
| 76 | 02/11/2025 | Check | 56996 | ***802 | 1,194.00 | 590 | 135.10 |
| 77 | 02/11/2025 | Check | 56996 | ***168 | 12,908.00 | 590 | 1,460.55 |
| 78 | 02/12/2025 | Check | 57000 | ***092 | 76,467.93 | 589 | 8,637.73 |
| 79 | 02/14/2025 | Check | 57056 | ***464 | 700.00 | 587 | 78.80 |
| 80 | 02/14/2025 | Check | 57056 | ***816 | 977.75 | 587 | 110.07 |

| Row | Payment Date | Type | Check / Ref. No. | Loan No. (last 3) | Amount ($) | Days to 9/24/2026 | Interest at 7% ($) |
|---|---|---|---|---|---|---|---|
| 81 | 02/27/2025 | Check | 57270 | ***565 | 4,766.00 | 574 | 524.65 |
| 82 | 03/11/2025 | Check | 57475 | ***630 | 9,938.00 | 562 | 1,071.13 |
| 83 | 03/19/2025 | Check | EFT | ***962 | 51,123.00 | 554 | 5,431.64 |
| 84 | 04/10/2025 | Check | EFT | ***710 | 8,560.40 | 532 | 873.40 |
| 85 | 04/18/2025 | Check | 58120 | ***277 | 4,310.64 | 524 | 433.19 |
| 86 | 05/06/2025 | Check | 58467 | ***110 | 1,030.00 | 506 | 99.95 |
| 87 | 05/07/2025 | Check | 58498 | ***981 | 1,614.00 | 505 | 156.31 |
| 88 | 05/07/2025 | Check | 58490 | ***176 | 3,192.00 | 505 | 309.14 |
| 89 | 05/09/2025 | Check | 58549 | ***478 | 4,231.00 | 503 | 408.15 |
| 90 | 05/14/2025 | Check | 58591 | ***494 | 3,878.00 | 498 | 370.38 |
| 91 | 05/15/2025 | Check | 58637 | ***660 | 4,076.00 | 497 | 388.50 |
| 92 | 05/16/2025 | Check | 58654 | ***962 | 3,607.00 | 496 | 343.11 |
| 93 | 06/11/2025 | Check | 59030 | ***474 | 1,305.50 | 470 | 117.67 |
| 94 | 06/11/2025 | Check | 59017 | ***561 | 1,567.80 | 470 | 141.32 |
| 95 | 06/19/2025 | Check | 59189 | ***744 | 12,814.00 | 462 | 1,135.36 |
| 96 | 12/17/2025 | Check | 62404 | ***019 | 3,804.00 | 281 | 205.00 |
| 97 | 12/17/2025 | Check | 62379 | ***847 | 5,352.00 | 281 | 288.42 |
| 98 | 12/17/2025 | Check | 62372 | ***282 | 6,050.00 | 281 | 326.04 |
| 99 | 12/17/2025 | Check | 62370 | ***498 | 11,857.00 | 281 | 638.98 |
| 100 | 12/31/2025 | General Journal | VA 2025 | ***101 | 430.00 | 267 | 22.02 |
| 101 | 12/31/2025 | General Journal | VA 2025.32 | ***473 | 921.21 | 267 | 47.17 |
| 102 | 12/31/2025 | General Journal | VA 2025.32 | ***601 | 1,355.00 | 267 | 69.38 |
| 103 | 12/31/2025 | General Journal | VA 2025 | ***184 | 1,521.00 | 267 | 77.88 |
| 104 | 12/31/2025 | General Journal | VA 2025.32 | ***502 | 13,359.64 | 267 | 684.09 |
| 105 | 12/31/2025 | General Journal | VA 2025.32 | ***605 | 31,652.00 | 267 | 1,620.76 |
| 106 | 01/13/2026 | Check | 62755 | ***669 | 10,000.00 | 254 | 487.12 |
| 107 | 02/11/2026 | Check | 63278 | ***160 | 14,916.40 | 225 | 643.65 |
| 108 | 02/20/2026 | Check | 63396 | ***019 | 1,413.50 | 216 | 58.55 |
| 109 | 02/20/2026 | General Journal | VA 2026.5 | ***261 | 1,316.31 | 216 | 54.53 |
| | | | | **TOTAL** | **1,890,005.07** | | **230,822.32** |

Interest continues to accrue after September 24, 2026 at $362.47 per day ($1,890,005.07 × 7% ÷ 365).