**NOTE CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

v.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [41]**

Judge: Hon. Fred W. Slaughter

///

///

Based on the record, as applied to the relevant law, and for good cause demonstrated in Plaintiff Woodside Credit, LLC's Application for Leave to File Under Seal and the supporting Declaration of Geoffrey A. Neri [41] ("Application"), the Court **GRANTS** the Application. Consistent with Local Rule 79-5.2.2, Plaintiff may file under seal the following documents, with the redacted versions of those documents remaining on the public docket:

| **Document** | **Portion to Be Filed Under Seal** |
|---|---|
| Declaration of Brian Trevisan in Support of Plaintiff's Motion for Default Judgment — unredacted version | Nine consumer loan numbers in paragraph 6 |
| Exhibit 1 to Declaration of Brian Trevisan (Woodside loss-due-to-theft payment schedule) — unredacted version | Entire exhibit |
| Exhibit 2 to Declaration of Brian Trevisan (underlying payment records) — unredacted version | Entire exhibit |

**IT IS SO ORDERED**.

Dated: August 26, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE