Geoffrey Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

vs.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**PROOF OF SERVICE**

Date: September 24, 2026
Time: 10:00 a.m.
Crtrm.: 10A
Judge: Hon. Fred W. Slaughter

**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**

I, Geoffrey A. Neri, declare as follows:

1. I am a citizen of the United States, over the age of eighteen years, and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11601 Wilshire Boulevard, Suite 2080, Los Angeles, California 90025. I am a member of the bar of this Court, and I am readily familiar with my firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, under which correspondence is deposited with the United States Postal Service that same day, with first-class postage thereon fully prepaid, in the ordinary course of business.

2. On August 26, 2026, I served a true and correct copy of the following document, filed under seal pursuant to the Court's Order Granting Plaintiff's Application for Leave to File Under Seal, entered August 26, 2026 (Dkt. 43):

> Declaration of Brian Trevisan in Support of Plaintiff's Motion for Default Judgment Against Defendant Alexander G. Ramos (**unredacted version**), together with **Exhibits 1 and 2** thereto (unredacted versions),

on the appearing parties in this action, by placing it in a sealed envelope conspicuously marked "CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER," with first-class postage thereon fully prepaid, and depositing the envelope for collection and mailing with the United States Postal Service at Los Angeles, California, following my firm's ordinary business practice described above, addressed as follows:

> Benjamin S. Levine, Esq.
> Law Offices of Dale K. Galipo
> 21800 Burbank Boulevard, Suite 310
> Woodland Hills, California 91367
> *Attorneys for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.*

3. Because the foregoing document is filed under seal, it is not served through the Court's CM/ECF system, and service is made pursuant to Federal Rule of Civil Procedure 5. *See* L.R. 79-5.3. The document, in its unredacted form, contains material designated "CONFIDENTIAL" under the Stipulated Protective Order entered in this action (Dkt. 35); it was served in a sealed envelope marked as set forth above.

4. Defendant Alexander G. Ramos is in default and has not appeared in this action. No service of the foregoing document upon Ramos is required under Federal Rule of Civil Procedure 5(a)(2), and the unredacted, confidential material is not served upon him. Ramos was separately served by U.S. mail with the public, redacted version of the Motion and all supporting papers, as reflected in the proof of service filed with the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2026, at Los Angeles, California.

/s/ Geoffrey A. Neri
Geoffrey A. Neri