# Exhibit 3

**Benjamin Levine**

**From:** Geoff Neri <geoff@bnsklaw.com>
**Sent:** Monday, June 15, 2026 3:17 PM
**To:** Santiago Laurel
**Cc:** Benjamin Levine; Dale K. Galipo; Jacqueline Kessel
**Subject:** RE: Woodside Credit v. Elias, et al.
**Attachments:** Woodside Credit RFP Responses (FINAL).pdf; Woodside Verified Rog Responses.pdf

**Caution**: External (geoff@bnsklaw.com)
Sensitive Content Details

AI Managed IT Services

Safe Spam Phish More... FAQ Protection by INKY

Counsel,

Please see attached. Verification for the rog response will follow shortly.

Geoffrey A. Neri
**BROWN, NERI, SMITH & KHAN LLP**
11601 Wilshire Blvd., Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
Email: geoff@bnsklaw.com

BROWN NERI SMITH & KHAN

**From:** Santiago Laurel <slaurel@galipolaw.com>
**Sent:** Friday, May 1, 2026 4:28 PM
**To:** Andrew Purdy <andrew@bnsklaw.com>; Geoff Neri <geoff@bnsklaw.com>
**Cc:** Benjamin Levine <blevine@galipolaw.com>; Dale K. Galipo <dalekgalipo@yahoo.com>
**Subject:** Woodside Credit v. Elias, et al.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

Attached please find the following:

**DEFENDANT FADI ELIAS'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF WOODSIDE CREDIT, LLC (SET ONE);**
**DEFENDANT FADI ELIAS'S INTERROGATORIES TO PLAINTIFF WOODSIDE CREDIT, LLC (SET ONE); and**
**DECLARATION OF SERIVICE**

Please advise if you have any issues viewing or downloading attachments.

Best regards,
Santiago G. Laurel

**Santiago G. Laurel, Litigation Secretary** | **The Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: SLaurel@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.