**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

v.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

*Honorable Fred W. Slaughter*

**[PROPOSED] ORDER ON DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**

Date: October 15, 2026
Time: 10:00 a.m.
Courtroom: 10A

**[PROPOSED] ORDER**

The Motion for Summary Judgment or Summary Adjudication submitted by Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. came before the Court on regular notice at the above-stated date and time.

After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

1. Plaintiff has failed to carry its burden of demonstrating that any genuine dispute of material fact exists that could entitle Plaintiff to relief as to any of its causes of action under California law;

2. Plaintiff has failed to carry its burden of demonstrating that any genuine dispute of material fact exists that could entitle Plaintiff to relief as to any of its causes of action under federal law;

3. Accordingly, Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.'s Motion for Summary Judgment is GRANTED in its entirety.

IT IS SO ORDERED.

Dated:

______________________________

FRED W. SLAUGHTER
United States District Judge