# EXHIBIT I

BROWN NERI SMITH & KHAN

September 10, 2026

**VIA EMAIL** (blevine@galipolaw.com)

Benjamin Levine, Esq.
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367

**RE:** ***Woodside Credit, LLC v. Ramos, et al.*, U.S. District Court, Central District of California, Case No. 8:25-cv-02146-FWS-JDE — Plaintiff's Production of Documents, Bates Nos. WC000001–WC000297**

Dear Mr. Levine:

Enclosed is Plaintiff Woodside Credit, LLC's production of documents, Bates numbered WC000001 through WC000297. Woodside produces these documents pursuant to its June 15, 2026 responses to Defendant Fadi Elias's Requests for Production of Documents, Set One, and Federal Rule of Civil Procedure 26(e).

The production is organized as follows:

1. Woodside's general ledger and loss schedules for the account "Loss due to Theft," October 24, 2024 through February 20, 2026 (**WC000001–WC000006**).
2. Bank statements and check images for the Agent for Montana Titles, Inc. "Woodside Account" at Valley Bank (a division of Glacier Bank), March 2023 through September 2024 (**WC000007–WC000142**).
3. Schedules of the checks and wires from the Montana Agent to Fadi Elias, Classic Motors, Inc. and Jennifer Pope, and of the vehicles your clients purchased from the Partner Banks (**WC000143–WC000154**).
4. Loan-level check, EFT, deposit and repossession-cost documentation for the representative transactions reflected in the loss schedule (**WC000155–WC000202**).
5. Vehicle disposition and release documents, including the Wilhelm release and the related correspondence (**WC000203–WC000226**).
6. Evidence preservation correspondence (**WC000227–WC000232**).

BROWN NERI SMITH & KHAN

7. Public filings in United States v. Ramos, No. 8:25-cr-00106-FWS (C.D. Cal.), including the Information, the docket, the preliminary and final forfeiture orders, and the ancillary-proceeding rulings (**WC000233–WC000274**).

8. The operative Complaint (**WC000275–WC000297**).

A production index keyed to the Bates ranges accompanies this letter.

**Confidentiality designations.** Pages bearing the legend "CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER" are designated CONFIDENTIAL under the Stipulated Protective Order entered May 18, 2026 (Dkt. 35). Consistent with Section 7.1, Woodside has designated document by document rather than across the production. The financial records of Woodside, of the Montana Agent's account, and of non-party borrowers are designated. Public filings and materials Woodside does not maintain confidentially are not. If you believe a particular designation is unwarranted, identify it and we will take it up promptly.

**Your clients' production.** The sole stated condition on thirty-two of your clients' seventy-five document responses was entry of a protective order. The Court entered it on May 18, 2026 — 115 days ago. Nothing has been produced since. No interrogatory verification has been served. Whatever your clients say about Woodside's June 15 responses, the answer the Rules supply for non-production is production, and Woodside has now supplied it. We ask that your clients do the same, and serve their verifications, within fourteen days. I would rather present the Court on September 24 with a completed exchange than with a record of one side producing and the other not.

Woodside's investigation remains ongoing, and it will supplement this production under Rule 26(e) as additional responsive documents are located.

Very truly yours,

Geoffrey A. Neri

Geoffrey A. Neri
BROWN, NERI, SMITH & KHAN LLP

Enclosures: Production index; documents Bates numbered WC000001–WC000297 (297 pages)