Geoffrey Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

vs.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**SUPPLEMENTAL DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF PLAINTIFF WOODSIDE CREDIT, LLC'S REPLY IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ALEXANDER G. RAMOS**

[Filed concurrently with Reply in Support of Motion for Default Judgment Against Defendant Alexander G. Ramos]

Date: September 24, 2026
Time: 10:00 a.m.
Crtrm.: 10A

Complaint Filed: Sept. 22, 2025
Trial Date: February 2, 2027

## SUPPLEMENTAL DECLARATION OF GEOFFREY A. NERI

I, Geoffrey A. Neri, declare as follows:

1. I am an attorney admitted to practice before this Court and all courts of the State of California, and I am a partner of Brown Neri Smith & Khan LLP, counsel of record for Plaintiff Woodside Credit, LLC ("Woodside") in this action. I make this supplemental declaration in support of Woodside's Reply in support of its Motion for Default Judgment Against Defendant Alexander G. Ramos (Dkt. 38) (the "Motion"). I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to them.

2. On August 24, 2026, the day the Motion was filed, I caused the Motion and all of its supporting papers to be served on Defendant Alexander G. Ramos ("Ramos") by first-class mail, in a sealed envelope marked "Legal Mail," addressed to Alexander G. Ramos, USM No. 86299071, Santa Ana City Jail, 62 Civic Center Plaza, Santa Ana, California 92701, as reflected in the proof of service filed with the Motion. That is the facility at which Ramos was personally served with the Summons and Complaint on January 8, 2026 (Dkt. 28) and, to my knowledge, the facility in which he remains in custody.

3. On August 31, 2026, my office received an email from Pedro J. Jirón, Correctional Supervisor, Santa Ana Police Department, 62 Civic Center Plaza, Santa Ana, California, concerning that envelope. Mr. Jirón wrote: "We received mail from your office for inmate Ramos, Alex. He is refusing to accept the mail, tomorrow morning we will be sending the envelope back to you." Mr. Jirón also left a voicemail message for my office to the same effect. A true and correct copy of Mr. Jirón's email, as forwarded to me within my office on September 2, 2026, is attached hereto as **Exhibit A**.

5. The deadline for opposing papers under Local Rule 7-9 was September 3, 2026. As of the date of this declaration, no opposition to the Motion, and no statement of non-opposition, has been filed by Ramos or by any other party.

6. Since the Motion was filed, neither Ramos nor anyone acting on his behalf has contacted my office, and no attorney has appeared for Ramos in this action. The statements in paragraph 5 of my August 24, 2026 declaration in support of the Motion remain accurate as of the date of this declaration.

7. Concurrently with the filing of this declaration, I have caused the Reply, this declaration and its exhibit, the accompanying Declaration of Geoffrey A. Neri Pursuant to Civil Standing Order § VIII.h, and the proof of service to be served on Ramos by first-class mail at the address stated in paragraph 2 above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2026, at Los Angeles, California.

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri