# EXHIBIT A

## Geoff Neri

**From:** Info Email
**Sent:** Wednesday, September 2, 2026 11:18 AM
**To:** Geoff Neri
**Subject:** Fw: Mail refusal.

**Geneva Hopwood**
*Administrative Assistant*
**Brown Neri Smith & Khan, LLP**

11601 Wilshire Blvd., Suite 2080
Los Angeles, CA 90025
(310) 593-9890
www.bnsklaw.com

This message, as well as any attached document, contains information from BROWN, NERI, SMITH & KHAN, LLP that is confidential and privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of this email or attached documents, or taking any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please (1) immediately notify me by reply email, (2) do not review, copy, save, forward, or print this email or any of its attachments, and (3) immediately delete and destroy this email, its attachments and all copies thereof. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

---

**From:** Jiron, Pedro <PJiron@santa-ana.org>
**Sent:** Monday, August 31, 2026 2:29 PM
**To:** Info Email <info@bnsklaw.com>
**Subject:** Mail refusal.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

We received mail from your office for inmate Ramos, Alex. He is refusing to accept the mail, tomorrow morning we will be sending the envelope back to you.

Please let me know if you would like us to do something different. I also called your office at 310-593-9890 and left you a voice mail.

Thank you,

**PEDRO J. JIRÓN**
Correctional Supervisor
Santa Ana Police Department
62 Civic Center Plaza, P.O. Box 1981, Santa Ana, CA 92701
pjiron@santa-ana.org (714) 245-8115

**COMMUNITY FIRST**

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.