# EXHIBIT H

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel.: (818) 347-3333 | Fax: (818) 347-4118

*Attorney for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>*Dist. Judge Fred W. Slaughter*<br>*Mag. Judge John D. Early*<br><br>**DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S RULE 26(a) INITIAL DISCLOSURES** |

Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. (collectively, the "Elias Defendants"), through their attorneys of record, hereby disclose the following witnesses and documents that Elias Defendants may use to support their material allegations that are known to Elias Defendants at this time. Elias Defendants' investigation of this case and the facts associated therewith is ongoing and preliminary. Accordingly, Elias Defendants reserve the right to supplement, amend, or modify the following Initial Disclosures as necessary should new or additional information be discovered or become available.

## I. Witnesses

| | Name | Subject Matter(s) |
|---|---|---|
| 1. | Fadi Elias, c/o Elias Defendants' counsel | Purchases of vehicles with Woodside Credit, LLC; fraudulent misrepresentation by Defendant Alexander Ramos. |
| 2. | Jennifer Pope, c/o Elias Defendants' counsel | Purchases of vehicles with Woodside Credit, LLC; fraudulent misrepresentation by Defendant Alexander Ramos. |
| 3. | Alexander Ramos | Purchases of vehicles with Woodside Credit, LLC; fraudulent misrepresentation by Defendant Alexander Ramos. |
| 4. | Amy Fisher | Purchases of vehicles with Woodside Credit, LLC; fraudulent misrepresentation by Defendant Alexander Ramos. |
| 5. | Other individual witness-employees of Woodside Credit, LLC (names currently unknown), c/o Defense Counsel | Purchases of vehicles with Woodside Credit, LLC; fraudulent misrepresentation by Defendant Alexander Ramos. |

Elias Defendants incorporate by reference all witnesses identified in Plaintiff's and all other Defendants' Initial Disclosures. Elias Defendants reserve the right to identify additional individuals with such knowledge as such persons become known to them or the information they may possess becomes relevant to the claims or defenses of any party, pursuant to Rule 26(e).

## II. Documents

Under Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Elias Defendants hereby make the following initial disclosure description by category and location of

all documents, electronically stored information, and tangible things that Elias Defendants have in their possession, custody, or control and may use to support their claims or defenses, unless the use would be solely for impeachment:

1. Proof of payments for vehicles and related documents.

Elias Defendants' investigation of this matter is not yet complete, and discovery is ongoing. Elias Defendants' incorporate by reference all applicable documents identified in Plaintiff's and all other Defendants' Initial Disclosures. Elias Defendants reserve the right to identify additional categories of documents as they become known to them or they become relevant to the claims or defenses of any party, pursuant to Rule 26(e).

**III. <u>Computation of Damages</u>**

N/A.

**IV. <u>Insurance</u>**

None applicable.

Counsel for Elias Defendants certifies that, to the best of their knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the date indicated below.

However, counsel reserves the right to supplement or amend this disclosure as additional information becomes available, through discovery or otherwise.

DATED: January 15, 2026

By: ______________________

Dale K. Galipo
**LAW OFFICES OF DALE K. GALIPO**

*Attorney for Elias Defendants*

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>Woodside Credit, LLC v. Ramos, et al. | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Dale K. Galipo [CA SBN 144074]<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com | |
| **ATTTORNEY(S) FOR: Defendants** | Case No.: 8:25-cv-02146-FWS-JDE<br>Hon. Fred W. Slaughter |

## DECLARATION OF SERVICE

I, Santiago G. Laurel, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On January 15, 2026, I served the foregoing document described as: **DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S RULE 26(a) INITIAL DISCLOSURES** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

**SEE ATTACHED SERVICE LIST**

**METHOD OF SERVICE**

☐ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☐ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 15, 2026

Santiago G. Laurel

**SERVICE LIST**

GEOFFREY A. NERI, State Bar No. 258802
Geoff@bnsklaw.com
BROWN NERI & SMITH LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
F: (310) 593-9980

***Attorneys for Plaintiff, WOODSIDE CREDIT, LLC***