# EXHIBIT J

| Loan Number | Collateral Vehicle | Bank Name | Loan Date | Date of Recovery | Purchaser | Date Sold | Orignal Balance | Charge off Amount | Sold Price of Vehicle | % of purchase price to amount owed bank | Total Expenses | Net Amount Recovered | % of loan balance recovered | Total Loss | Bank Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted]948 | 2019 Bentley Bentayga | FFNWB | 8/26/2019 | 2/28/2023 | **Fadi** | 3/23/2023 | $107,400.05 | $118,943.52 | **$80,000.00** | 67% | $1,250.00 | $96,833.00 | 81% | ($22,110.52) | ($22,110.52) |
| [redacted]741 | 2015 Mercedes G Class | TCB | 1/14/2020 | 5/15/2023 | **Fadi** | 6/15/2023 | $59,626.00 | $51,179.66 | **$55,000.00** | 107% | $11,330.00 | $43,670.00 | 85% | ($7,509.66) | ($7,509.66) |
| [redacted]925 | 1970 Dodge Dart | CCB | 09/212016 | 9/29/2023 | **Fadi** | 10/18/2023 | $26,622.00 | $8,124.28 | **$7,000.00** | 86% | $0.00 | $7,000.00 | 86% | ($1,124.28) | ($1,124.28) |
| [redacted]219 | 2013 Bentley Continental | BOC | 10/27/2020 | 10/3/2023 | **Fadi** | 10/20/2023 | $82,939.29 | $68,855.02 | **$61,500.00** | 89% | $500.00 | $61,000.00 | 89% | ($7,855.02) | ($7,855.02) |
| [redacted]123 | 2012 Bentley | BOC | 7/17/2017 | 9/1/2023 | **Fadi** | 12/27/2023 | $99,463.00 | $61,969.00 | **$52,500.00** | 85% | $7,610.15 | $44,889.85 | 72% | ($17,079.15) | ($17,079.15) |
| [redacted]892 | 2018 Porsche 911 | CWB | 6/7/2022 | 12/13/2023 | **Fadi** | 1/18/2024 | $102,148.41 | $114,334.49 | **$94,500.00** | 83% | $1,500.00 | $93,000.00 | 81% | ($21,334.49) | ($21,334.49) |
| [redacted]058 | 2022 Aston Martin Vantage | IB | 10/29/2022 | 11/29/2023 | **Fadi** | 2/9/2024 | $147,477.34 | $139,484.79 | **$136,000.00** | 98% | $11,947.96 | $124,052.04 | 89% | ($15,432.75) | ($15,432.75) |
| [redacted]723 | 1965 Ford Mustang | EXB | 3/15/2023 | 11/23/2023 | **Fadi** | 2/25/2024 | $59,896.70 | $64,014.75 | **$65,000.00** | 102% | $1,000.00 | $64,000.00 | 100% | ($14.75) | ($14.75) |
| [redacted]211 | 2000 Bentley Azure | EXB | 2/4/2021 | 10/25/2023 | **Fadi** | 3/13/2024 | $61,425.00 | $52,670.13 | **$41,500.00** | 79% | $500.00 | $41,000.00 | 78% | ($11,670.13) | ($11,670.13) |
| [redacted]402 | 2020 Mercedes Benz AMG GT C R | EXB | 5/10/2022 | 10/3/2023 | **Fadi** | 3/13/2024 | $134,129.03 | $128,442.30 | **$105,000.00** | 82% | $515.00 | $104,485.00 | 81% | ($23,957.30) | ($23,957.30) |
| [redacted]836 | 1963 Chevrolet Corvette | CVCB | 7/31/2023 | 12/3/2023 | **Fadi** | 3/14/2024 | $183,682.48 | $181,958.87 | **$148,500.00** | 82% | $3,500.00 | $145,000.00 | 80% | ($36,958.87) | ($36,958.87) |
| [redacted]227 | 1965 Backdraft Shelby Replica | TCB | 4/18/2023 | 2/22/2024 | **Fadi** | 3/27/2024 | $111,401.75 | $108,214.88 | **$105,000.00** | 97% | $580.00 | $104,420.00 | 96% | ($3,794.88) | ($3,794.88) |
| [redacted]050 | 1974 Pontiac GTO | DSB | 1/27/2022 | 3/5/2024 | **Fadi** | 4/28/2024 | $43,282.00 | $35,126.68 | **$32,500.00** | 93% | $400.00 | $32,100.00 | 91% | ($3,026.68) | ($3,026.68) |
| [redacted]659 | 2018 Rolls Royce Wraith | CWB | 8/25/2021 | 10/31/2023 | **Fadi** | 5/12/2024 | $241,294.30 | $246,316.64 | **$200,000.00** | 81% | $2,000.00 | $198,000.00 | 80% | ($48,316.64) | ($48,316.64) |
| [redacted]845 | 2006 Lotus Elise | EXB | 8/5/2022 | 4/11/2024 | **Fadi** | 5/31/2024 | $45,239.00 | $39,820.85 | **$32,500.00** | 82% | $1,000.00 | $31,500.00 | 79% | ($8,320.85) | ($8,320.85) |
| [redacted]538 | 2012 Mclaren Mp-4 | BOTP | 6/8/2018 | 5/20/2024 | **Fadi** | 6/8/2024 | $107,208.75 | $75,694.15 | **$65,000.00** | 86% | $3,553.50 | $61,446.50 | 81% | ($14,247.65) | ($14,247.65) |
| [redacted]199 | 2021 Rolls Royce Ghost | CWB | 6/4/2021 | 2/16/2024 | **Fadi** | 6/13/2024 | $379,937.58 | $272,822.35 | **$245,000.00** | 90% | $1,750.00 | $243,250.00 | 89% | ($29,572.35) | ($29,572.35) |
| [redacted]608 | 2013 Porshce 911 | IB | 10/14/2022 | 10/14/2022 | **Fadi** | 6/28/2024 | $57,656.57 | $53,026.80 | **$47,500.00** | 90% | $375.00 | $47,125.00 | 89% | ($5,901.80) | ($5,901.80) |
| [redacted]549 | 2008 Bentley Continental | CCB | 4/19/2022 | 6/25/2024 | **Fadi** | 8/8/2024 | $58,244.55 | $51,484.10 | **$47,000.00** | 91% | $0.00 | $47,000.00 | 91% | ($4,484.10) | ($4,484.10) |
| [redacted]308 | 2011 Ferrari California | EXB | 12/17/2021 | 7/26/2024 | **Fadi** | 9/23/2024 | $100,075.00 | $85,120.00 | **$80,000.00** | 94% | $550.00 | $79,450.00 | 93% | ($5,670.00) | ($5,670.00) |
| [redacted]970 | 2023 Osprey Custom 4x4 | EXB | 9/12/2023 | 8/9/2024 | **Fadi** | 10/10/2024 | $111,429.22 | $119,885.67 | **$100,000.00** | 83% | $500.00 | $99,500.00 | 83% | ($20,385.67) | ($20,385.67) |
| [redacted]579 | 1972 Chevrolet Chevelle | BOC | 8/7/2023 | 4/12/2024 | **Fadi** | Stolen | $47,138.00 | Woodside paid $36,000.00 to the bank | | | | | | | |
| [redacted]340 | 2019 Rolls Royce | BOM | 11/21/2023 | loss | **Fadi** | Stolen | $299,990.98 | Woodside paid $322,723.92 to the bank | | | | | | | |
| [redacted]148 | 2005 Rolls Royce Wraith | BOC | 8/22/2018 | loss | **Fadi** | Stolen | $79,803.03 | Woodside paid $22,169.09 to the bank | | | | | | | |
| [redacted]801 | 2020 Mercedes G Class | BOM | 12/17/2021 | loss | **Fadi** | Stolen | $234,891.69 | Woodside paid $218,933.38 to the bank | | | | | | | |
| | | | | | | **TOTAL** | **$2,320,578.02** | **$2,077,488.93** | **$1,801,000.00** | **AVG 88%** | | **$1,768,721.39** | **AVG 86%** | | |