# EXHIBIT K

| CHECKS & WIRES FROM AGENT FOR MONTANA TITLES INC (Valley Bank of Helena - Glacier Bank Account) TO CLASSIC MOTOR INC, FADI ELIAS & JENNIFER POPE | | | |
|---|---|---|---|
| **AMOUNT** | **DATE** | **CHECK NO.** | **PAYABLE TO** |
| $11,465.00 | 3/15/2023 | 239 | Fadi Elias |
| $3,096.00 | 4/3/2023 | 271 | Classic Motor Inc |
| $10,000.00 | 4/14/2023 | 248 | Fadi Elias |
| $15,000.00 | 6/30/2023 | 291 | Fadi Elias |
| $30,000.00 | 7/18/2023 | 295 | Classic Motor Inc |
| $25,000.00 | 7/26/2023 | 298 | Classic Motor Inc |
| $15,000.00 | 8/7/2023 | 300 | Classic Motor Inc |
| $20,000.00 | 9/5/2023 | 319 | Classic Motor Inc |
| $20,382.00 | 9/11/2023 | 320 | Classic Motor Inc |
| $30,000.00 | 9/18/2023 | 325 | Classic Motor Inc |
| $7,413.00 | 9/22/2023 | 327 | Classic Motor Inc |
| $25,000.00 | 10/5/2023 | 334 | Classic Motor Inc |
| $12,000.00 | 10/12/2023 | 338 | Classic Motor Inc |
| $35,000.00 | 10/27/2023 | 1006 | Fadi Elias |
| $35,000.00 | 11/27/2023 | 344 | Classic Motor Inc |
| $12,235.00 | 12/4/2023 | 351 | Classic Motor Inc |
| $25,000.00 | 12/14/2023 | 356 | Classic Motor Inc |
| $35,000.00 | 12/28/2023 | 361 | Classic Motor Inc |
| $2,500.00 | 1/10/2024 | 370 | Classic Motor Inc |
| $22,500.00 | 1/11/2024 | 372 | Classic Motor Inc |
| $25,000.00 | 1/15/2024 | 374 | Classic Motor Inc |
| $35,000.00 | 1/20/2024 | 377 | Classic Motor Inc |
| $35,000.00 | 1/29/2024 | 382 | Classic Motor Inc |
| $9,450.00 | 2/1/2024 | 385 | Fadi Elias |
| $35,000.00 | 2/8/2024 | 386 | Jennifer Pope |
| $36,000.00 | 2/14/2024 | 390 | Classic Motor Inc |
| $40,000.00 | 2/21/2024 | 391 | Classic Motor Inc |
| $40,000.00 | 3/7/2024 | 395 | Classic Motor Inc |
| $19,007.00 | 3/22/2024 | 422 | Fadi Elias |
| $40,000.00 | 4/9/2024 | 434 | Classic Motor Inc |
| $22,500.00 | 4/22/2024 | 402 | Classic Motor Inc |
| $25,000.00 | 4/29/2024 | 404 | Classic Motor Inc |
| $11,700.00 | 5/15/2024 | 411 | Classic Motor Inc |
| $11,700.00 | 5/25/2024 | 437 | Classic Motor Inc |
| $28,300.00 | 5/29/2024 | 442 | Classic Motor Inc |
| $25,000.00 | 6/10/2024 | 444 | Fadi Elias |
| $10,500.00 | 6/10/2024 | 445 | Classic Motor Inc |
| $35,000.00 | 6/23/2024 | 447 | Classic Motor Inc |
| $200,000.00 | 7/5/2024 | Wire Transfer | Classic Motor Inc |
| $43,730.00 | 7/9/2024 | 412 | Classic Motor Inc |
| $100,000.00 | 7/22/2024 | Wire Transfer | Classic Motor Inc |
| $55,000.00 | 7/25/2024 | Wire Transfer | Classic Motor Inc |
| $10,325.00 | 8/10/2024 | 464 | Fadi Elias |
| $25,000.00 | 9/10/2024 | 470 | Classic Motor Inc |
| $20,000.00 | 9/17/2024 | 476 | Classic Motor Inc |
| $15,000.00 | 9/22/2024 | 478 | Classic Motor Inc |
| $35,000.00 | 10/9/2024 | 486 | Classic Motor Inc |
| $40,000.00 | 10/10/2024 | 487 | Classic Motor Inc |
| **TOTAL** | | | |
| **$1,419,803.00** | | | |