**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333 / Facsimile: (818) 347-4118
*Attorneys for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

v.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

*Honorable Fred W. Slaughter*

**DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFF WOODSIDE CREDIT, LLC'S EVIDENCE FILED IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

[*Filed concurrently with Elias Defendants' Reply in Support of Motion for Summary Judgment or Adjudication; Response to Separate Statement of Genuine Disputes and Additional Material Facts; and (Proposed) Order*]

Date: October 15, 2026
Time: 10:00 a.m.
Courtroom: 10A

Action filed: September 22, 2025

## EVIDENTIARY OBJECTIONS

Pursuant to Federal Rule of Civil Procedure 56(c)(2) and Section IX(f) of the Court's Standing Order, Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. ("Elias Defendants") submit the following objections to evidence submitted by Plaintiff Woodside Credit, LLC, in support of Plaintiff's opposition to Elias Defendants' Motion for Summary Judgment or Adjudication.

| Evidence Objected To | Objection |
|---|---|
| 1. Declaration of Brian Trevisan ("Trevisan Decl") [Dkt. 54] ¶ 2 (Rule 1006 summary schedules "available … upon request") | Improper summary. Fed. R. Evid. 1006; *Amarel v. Connell*, 102 F.3d 1494, 1516-17 (9th Cir. 1996). |
| 2. Trevisan Decl. ¶ 3-7, 9 (investigation findings; third-party and agent conduct) | Lack of personal knowledge; hearsay. Fed. R. Evid. 602; Fed. R. Evid. 802; *Block v. City of Los Angeles*, 253 F.3d 410, 419 (9th Cir. 2001). |
| 3. Trevisan Decl. ¶ 8 ("refund" checks/wires the Montana agent "issued … at Ramos's direction") | Improper lay opinion; lack of foundation; hearsay. Fed. R. Evid. 701; Fed. R. Evid. 602; Fed. R. Evid. 802. |
| 4. Trevisan Decl. ¶¶ 8, 10, 11 (loss and proximate-cause conclusions) | Improper lay opinion; lack of foundation. Fed. R. Evid. 701; Fed. R. Evid. 602. |
| 5. Declaration of Geoffrey A. Neri ("Neri Decl.") [Dkt. 53] ¶ 10 (counsel authenticating Exhibits J and K) | Lack of foundation; lack of authentication—attorney "true and correct copy" statement insufficient. Fed. R. Evid. 602; Fed. R. Evid. 901; *Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 774-75 (9th Cir. 2002). |
| 6. Neri Decl. ¶ 5, 8, 10 (characterizations of underlying transactions) | Lack of personal knowledge; hearsay. Fed. R. Evid. 602; Fed. R. Evid. 802. |
| 7. Neri Decl., Exhibit J [Dkt. 53-9] | Best evidence. Fed. R. Evid. 1002. Improper summary; underlying records not admissible or made available to Court. Fed. R. Evid. 1006; *Amarel v. Connell*, 102 F.3d 1494, |

| | |
|---|---|
| | 1516-17 (9th Cir. 1996). Hearsay; no business-records foundation. Fed. R. Evid. 802; Fed. R. Evid. 803(6). Lack of authentication and foundation. Fed. R. Evid. 901; *Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 773-74 (9th Cir. 2002). Vague and ambiguous (blank/inconsistent entries). Fed. R. Evid. 403. |
| 8. Neri Decl., Exhibit K [Dkt. 53-10] | Best evidence. Fed. R. Evid. 1002. Improper summary; underlying records not admissible or made available to Court. Fed. R. Evid. 1006; *Amarel v. Connell*, 102 F.3d 1494, 1516-17 (9th Cir. 1996). Hearsay; no business-records foundation. Fed. R. Evid. 802; Fed. R. Evid. 803(6). Lack of authentication and foundation. Fed. R. Evid. 901; *Orr v. Bank of Am., NT & SA*, 285 F.3d 764, 773-74 (9th Cir. 2002). |

DATED: September 24, 2026

LAW OFFICES OF DALE K. GALIPO

By */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.*