**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>*Honorable Fred W. Slaughter*<br><br>**[PROPOSED] ORDER ON DEFENDANTS FADI ELIAS, JENNIFER POPE, AND CLASSIC MOTORS, INC.'S EVIDENTIARY OBJECTIONS**<br><br>Date: October 15, 2026<br>Time: 10:00 a.m.<br>Courtroom: 10A |

# [PROPOSED] ORDER

Before the Court are Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.'s Evidentiary Objections to Plaintiff Woodside Credit, LLC's Evidence Filed in Support of Opposition to Motion for Summary Judgment.

After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

1. Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.'s evidentiary objections are SUSTAINED.

2. Accordingly, in deciding the pending Motion for Summary Judgment or Adjudication, the Court does not consider the following evidence that is the subject of the objections:

   a. Declaration of Brian Trevisan ("Trevisan Decl") [Dkt. 54] ¶¶ 2-11;
   b. Declaration of Geoffrey A. Neri ("Neri Decl.") [Dkt. 53] ¶¶ 5, 8, 10;
   c. Neri Decl., Exhibit J (Schedule of Vehicle Sales) [Dkt. 53-9]; and
   d. Neri Decl., Exhibit K (Schedule of Checks and Wires) [Dkt. 53-10].

IT IS SO ORDERED.

Dated:

______________________________

FRED W. SLAUGHTER
United States District Judge