**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:25-cv-02146-FWS-JDE<br><br>*Honorable Fred W. Slaughter*<br><br>**REQUEST TO EXCUSE APPEARANCE OF LEAD TRIAL COUNSEL FROM OCTOBER 15, 2026 MOTION HEARINGS**<br><br>Date: October 15, 2026<br>Time: 10:00 a.m.<br>Courtroom: 10A |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Counsel for Defendants hereby respectfully requests that Benjamin S. Levine be allowed to appear in lieu of lead trial counsel at the hearing of the pending motions before this Court on October 15, 2026, at 10:00 a.m.

Counsel apologizes for inadvertently overlooking this Court's requirement that lead trial counsel must attend all proceedings. Defendants' lead trial counsel, Dale K. Galipo, is currently engaged in trial in another matter in California Superior Court and is unable to appear in this case.

However, Mr. Levine is familiar with the case, participated significantly in the drafting of Defendants' briefing on these motions, and has planned and is prepared to argue on behalf of the Defendants.

Accordingly, Counsel for Defendants respectfully requests that the Court allow Mr. Levine to appear in lieu of lead trial counsel for the upcoming hearing on motions.

Respectfully submitted,

Dated: October 15, 2026,

**LAW OFFICES OF DALE K. GALIPO**

/s/ *Dale K. Galipo*
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.*