**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 8:25-cv-02146-FWS-JDE<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS: having considered the request for Defendants' request to excuse appearance of lead trial counsel from the October 15, 2026 motion hearings, the Court hereby GRANTS that request.

Mr. Levine may appear in lieu of lead trial counsel on October 15, 2026.

**IT IS SO ORDERED**

Dated: ____________ By: ________________________________________

Honorable Fred W. Slaughter
United States District Court