UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-02146-FWS (JDEx) | Date | October 15, 2026 |
| Title | Woodside Credit, LLC v. Fadi Elias et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal | C/S – 10/15/2026 |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Geoffrey A Neri | Benjamin Stamler Levine |

**PROCEEDINGS: PLAINTIFF'S MOTION TO EXTEND DISCOVERY CUTOFF [37]
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [38]
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [47]**

Motions hearing held. The Court hears oral arguments from the parties. The Court takes the Motions under submission. Order to issue.

For the reasons stated on the record, the Court grants the Request to Excuse Appearance of Lead Trial Counsel [59].

1 : 48

Initials of Deputy Clerk rrp

cc: