Geoffrey A. Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>**DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF PLAINTIFF WOODSIDE CREDIT, LLC'S REQUEST FOR ORDER UNDER FED. R. CIV. P. 6(b)(1)(B)**<br><br>(Request for Order and [Proposed] Order filed concurrently)<br><br>Complaint Filed: Sept. 22, 2025<br>Trial Date: February 2, 2027 |

**DECLARATION OF GEOFFREY A. NERI**

I, Geoffrey A. Neri, declare as follows:

1. I am an attorney admitted to practice before this Court and counsel of record for Plaintiff Woodside Credit, LLC ("Woodside"). I have personal knowledge of the facts stated below and could testify to them.

2. Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. (the "Elias Defendants") filed their motion for summary judgment on September 3, 2026. (Dkt. 47.) Under the Scheduling Order (Dkt. 26) and Section IX.f of the Court's Civil Standing Order, Woodside's opposition was due September 17, 2026.

3. I calendared the opposition deadline by counting back twenty-eight days from the October 15, 2026 hearing date. In doing so, I treated September as having thirty-one days and calendared the deadline as September 18, 2026. I filed Woodside's opposition papers (Dkt. 51–55) on September 18, 2026. The miscount was my error and was inadvertent. Woodside had no part in it.

4. The opposition stated on its face that it was filed one day late, stated the reason, and asked the Court to excuse the delay under Rule 6(b)(1)(B). (Dkt. 51 at 7 n.1.) My declaration filed with the opposition stated the same facts. (Dkt. 53 ¶ 2.)

5. The Elias Defendants filed their reply, a response to Woodside's statement of genuine disputes, and evidentiary objections on September 24, 2026. (Dkt. 56, 56-1, 57.)

6. The Court heard the Elias Defendants' motion, together with Woodside's motions at Dkt. 37 and 38, on October 15, 2026. At the hearing, I asked the Court orally to consider the opposition under Rule 6(b)(1)(B). The Court declined to entertain the oral request.

7. On the morning of October 15, 2026, before the hearing, I proposed by email to Benjamin S. Levine, with a copy to Dale K. Galipo, that the parties stipulate to excuse both Mr. Galipo's non-appearance at the hearing and Woodside's one-day delay in filing its opposition. Mr. Levine responded that he did not believe he could obtain authority for that agreement in time and that the Elias Defendants would file a request to excuse the non-appearance. They filed that request at 9:03 a.m. (Dkt. 59.) Woodside did not oppose it.

8. On October 16, 2026, at 9:17 a.m., I again asked Mr. Levine and Mr. Galipo by email whether the Elias Defendants would stipulate to, or not oppose, an order accepting Woodside's opposition as timely, and asked for a response by 2:00 p.m. that day. At 12:33 p.m., Mr. Levine responded that the Elias Defendants are "unable to agree to the Rule 6(b)(1)(B) request and retain [their] objections to the late filing of the opposition," that they cannot stipulate, and that they ask that Woodside's filing "note [their] opposition."

9. The Elias Defendants' position, as stated in their reply, is that the opposition should be disregarded or stricken as untimely. (Dkt. 56 at 6–9.)

10. Counsel for the Elias Defendants are Dale K. Galipo and Benjamin S. Levine, Law Offices of Dale K. Galipo, 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367; telephone (818) 347-3333; dalekgalipo@yahoo.com; blevine@galipolaw.com. Defendant Alexander G. Ramos is in default and has not appeared.

11. Woodside does not seek a continuance of any date or any additional briefing on the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2026, at Los Angeles, California.

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri