Geoffrey A. Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

vs.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**JOINT STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE (SCHEDULING ORDER, DKT. 26)**

(Declaration of Geoffrey A. Neri and [Proposed] Order filed concurrently)

Current deadline: October 29, 2026
Proposed deadline: December 4, 2026

Settlement Conference (Dkt. 58):
Nov. 19, 2026, 9:30 a.m. (Zoom)
Hon. Douglas F. McCormick

Complaint Filed: Sept. 22, 2025
Trial Date: February 2, 2027

Plaintiff Woodside Credit, LLC ("Woodside") and Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc. (the "Elias Defendants") (together, the "Parties"), through their counsel of record, stipulate as follows, subject to the Court's approval.

**RECITALS**

1. On January 6, 2026, the Court issued its Scheduling Order. (Dkt. 26.) The Scheduling Order selected ADR Procedure No. 1 under Local Rule 16-15.4, a settlement conference before a magistrate judge, and set October 29, 2026 as the deadline to complete the settlement conference. (Dkt. 26 at 1.) It set the first round of trial filings, including the Joint Status Report Regarding Settlement, for December 17, 2026; the Final Pretrial Conference for January 7, 2027; and trial for February 2, 2027. (*Id.* at 1–2.)

2. On September 22, 2026, counsel for Plaintiff contacted the chambers of Magistrate Judge Douglas F. McCormick to schedule the settlement conference. The first date the Court made available was November 19, 2026. (Neri Decl. ¶ 3.)

3. On September 30, 2026, Judge McCormick issued an Order Setting Settlement Conference for November 19, 2026, at 9:30 a.m., via Zoom. (Dkt. 58 at 1.) That order requires the Parties to exchange written settlement proposals no later than ten court days before the conference and to submit settlement conference statements at least five court days before it. (*Id.* at 2–3.)

4. November 19, 2026 falls after the October 29, 2026 deadline. At the October 15, 2026 hearing, the Court directed the Parties to submit a stipulation addressing the deadline so that the settlement conference may proceed on the date the Magistrate Judge has set.

5. The Parties have not previously jointly requested a continuance of the settlement conference deadline or of any other date in the Scheduling

Order, though Plaintiff filed a motion to continue other Scheduling Order dates, which is currently pending. (Dkt. 37.) On September 18, 2026, the Court on its own motion continued the hearings on Dkt. 37 and 38 from September 24 to October 15, 2026. (Dkt. 50.) Woodside's motion to modify the Scheduling Order as to discovery (Dkt. 37) was heard on October 15, 2026 and is pending; this Stipulation does not address it. (Neri Decl. ¶ 5.)

6. The requested continuance affects no other date besides the deadline to complete the settlement conference, and through this Stipulation the Parties do not seek the continuance of any other Scheduling Order deadline. The settlement conference will be completed before the December 17, 2026 trial-filing deadline, the January 7, 2027 Final Pretrial Conference, and the February 2, 2027 trial date. (Neri Decl. ¶ 6.)

7. Good cause exists under Federal Rule of Civil Procedure 16(b)(4) and Section XIV of the Court's Civil Standing Order. The Parties sought the earliest date available from the Magistrate Judge, and the conference date is set by the Court's calendar rather than by the Parties. (Neri Decl. ¶¶ 3–4.)

**STIPULATION**

The Parties stipulate and jointly request that the Court order that: (a) the deadline to complete the settlement conference under the Scheduling Order (Dkt. 26) is continued from October 29, 2026 to December 4, 2026; and (b) all other dates in the Scheduling Order remain unchanged, subject only to the pending motion to continue other Scheduling Order dates made by Plaintiff, which motion Defendants have opposed and continue to oppose.

IT IS SO STIPULATED.

DATED: October 16, 2026 BROWN NERI SMITH & KHAN LLP

By: /s/ Geoffrey A. Neri
Geoffrey A. Neri
Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

DATED: October 16, 2026 LAW OFFICES OF DALE K. GALIPO

By: /s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Defendants Fadi Elias, Jennifer Pope, and Classic Motors, Inc.

***Attestation.** Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.