Geoffrey A. Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

WOODSIDE CREDIT, LLC, a California limited liability company,

Plaintiff,

vs.

ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:25-cv-02146-FWS-JDE

**DECLARATION OF GEOFFREY A. NERI IN SUPPORT OF JOINT STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE**

(Civil Standing Order § XIV)

Complaint Filed: Sept. 22, 2025
Trial Date: February 2, 2027

**DECLARATION OF GEOFFREY A. NERI**

I, Geoffrey A. Neri, declare as follows:

1. I am an attorney admitted to practice before this Court and counsel of record for Plaintiff Woodside Credit, LLC ("Woodside"). I have personal knowledge of the facts stated below and could testify to them. I submit this declaration pursuant to Section XIV of the Court's Civil Standing Order.

2. The Court's Scheduling Order (Dkt. 26) referred the parties to a settlement conference before a magistrate judge (ADR Procedure No. 1) and set October 29, 2026 as the deadline to complete it. It set the first round of trial filings for December 17, 2026, the Final Pretrial Conference for January 7, 2027, and trial for February 2, 2027.

3. On or about September 22, 2026, I contacted the chambers of Magistrate Judge Douglas F. McCormick to schedule the settlement conference. The courtroom deputy advised that the first available date was November 19, 2026. On September 30, 2026, Judge McCormick issued an Order Setting Settlement Conference for November 19, 2026, at 9:30 a.m., via Zoom. (Dkt. 58.)

4. The reason for the requested continuance is that the first date available on the Magistrate Judge's calendar falls after the October 29, 2026 deadline. At the October 15, 2026 hearing, the Court directed the parties to submit a stipulation addressing the deadline. The parties are prepared to proceed on November 19, 2026 and to comply with the pre-conference requirements of Dkt. 58.

5. The parties have not previously jointly requested a continuance of the settlement conference deadline or of any other date in the Scheduling Order, and the Court has not previously granted or denied any such joint request. Woodside's motion to modify the Scheduling Order as to the

discovery deadlines (Dkt. 37), which the Elias Defendants oppose, was heard on October 15, 2026 and is pending. On September 18, 2026, the Court on its own motion continued the hearings on Dkt. 37 and 38 from September 24 to October 15, 2026. (Dkt. 50.)

6. The requested continuance affects no date other than the deadline to complete the settlement conference, and the parties do not seek through the Joint Stipulation the continuance of any other Scheduling Order deadline. The settlement conference will be completed before the December 17, 2026 trial-filing deadline, the January 7, 2027 Final Pretrial Conference, and the February 2, 2027 trial.

7. Counsel for the Elias Defendants, Dale K. Galipo and Benjamin S. Levine, have reviewed the Joint Stipulation and the proposed order and, on October 16, 2026, authorized me by email to file them with Mr. Levine's electronic signature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2026, at Los Angeles, California.

By: /s/ Geoffrey A. Neri

Geoffrey A. Neri