Geoffrey A. Neri (SBN 258802)
Geoff@bnsklaw.com
BROWN NERI SMITH & KHAN LLP
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
Telephone: (310) 593-9890
Facsimile: (310) 593-9980

Attorneys for Plaintiff
WOODSIDE CREDIT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: Sept. 22, 2025<br>Trial Date: February 2, 2027 |

The Court has considered the Parties' Joint Stipulation to Continue the Deadline to Complete the Settlement Conference and the Declaration of Geoffrey A. Neri filed in support of it. A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The Scheduling Order (Dkt. 26) referred this action to a settlement conference before a magistrate judge under Local Rule 16-15.4 and set October 29, 2026 as the deadline to complete it. The Parties sought a conference date from the Magistrate Judge, and the first available date was November 19, 2026, on which date the Magistrate Judge has set the conference. (Dkt. 58.) The continuance affects no other date in the Scheduling Order. Good cause exists.

Accordingly, IT IS ORDERED that:

1. The deadline to complete the settlement conference under the Scheduling Order (Dkt. 26) is continued from October 29, 2026 to December 4, 2026.

2. All other dates and deadlines in the Scheduling Order remain unchanged. This Order does not address Plaintiff's pending motion to modify the Scheduling Order (Dkt. 37).

IT IS SO ORDERED.

Dated: _____________ 2026 ______________________________

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE