**NOTE CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| WOODSIDE CREDIT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER G. RAMOS, an individual; FADI ELIAS, an individual; JENNIFER POPE, an individual; CLASSIC MOTORS, INC., an Arizona business entity of unknown organization; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02146-FWS-JDE<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE THE SETTLEMENT CONFERENCE [62]**<br><br>Complaint Filed: Sept. 22, 2025<br>Trial Date: February 2, 2027 |

///

///

///

Having reviewed and considered the Parties' Joint Stipulation to Continue the Deadline to Complete the Settlement Conference and the Declaration of Geoffrey A. Neri, (Dkt. 62 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. The deadline to complete the settlement conference pursuant to the operative Scheduling Order, (Dkt. 26 ("Operative Scheduling Order")), is **CONTINUED** from October 29, 2026, to **December 4, 2026**.

2. All other dates and deadlines in the Operative Scheduling Order remain unchanged and in full effect. This Order does not otherwise address Plaintiff's pending motion to modify the Scheduling Order, (Dkt. 37), in any way.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE